RECEIVED

MAY 11 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

JUDGE DAVID GUADERRAMA

**Attachment 1 - Civil Complaint**

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
_____ DIVISION

Joseph Andrew Stanford (Softwho)

(Enter your full name)
        Plaintiff(s)

**EP21CV0105**

CASE NUMBER: _____

(Supplied by Clerk's Office)

Microsoft Inc, IBM Inc, Cisco Systems Inc,
Department of Commerce, Department of Justice,
Federal Trade Commission, H.S.B.C Bank,
Bank of America

(Enter full name of each Defendant)
        Defendant(s)

**COMPLAINT**

First Paragraph (Name and Address of Plaintiff)

Second Paragraph (Name and Address(es) of Defendant(s))

Third Paragraph (Jurisdiction Plea)

Fourth Paragraph (Allegation 1)

Fifth Paragraph (Allegation 2) ...

The final paragraph should contain a statement of the relief you are seeking.   This paragraph should not be numbered.

_____
Signature
Name (Typed or Printed) Joseph Stanford
Address  818 Myrtle Ave #307 El Paso, Texas
Telephone Number                         79901
        806-410-6266

27

Rev. Ed. October 26, 2017

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
525 Magoffin Avenue., Suite 105
El Paso, Texas 79901

JOSEPH A. STANFORD PLAINTIFF VERSUS MONOPOLY INCORPORATED  JOINT
DEFENDANTS, AT LARGE: CIVIL RIGHTS TORT VIOLATIONS AMENDMENT 14, [42 U.S.C &
1982 SECTION 1]; SUBSTANTIVE DUE PROCESS CLASS ACTIONS, RIGHT OF WAY UTILITIES
PROPERTIES NEGLIGENCE AND CASUALTIES ACCOMPANY PROPERTIES SUFFRAGE
CLAIMS AGAINST JOINT DEFENDANTS WHERE RIGHT TO BEAR ARMS: [1] JUDGEMENT
COMPENSATORY RELIEF OF DAMAGES OF TORT BODILY INJURY AND HARMS
OPPORTUNITY OVERTURES FUTURES CIVIL RIGHTS ACT TORT RESTITUTION **AND
WHILE;** [2] CIVIL CLASS ACTION TORT OF DEFENDENTS SUBSTANTIVE DUE PROCESS
RIGHT OF WAY EVERY COUNTY PUBLIC AND PRIVATE PROPERTIES  LOSSES OF TRADE
PROPERTIES RELIABLE WITHIN UTILITY DESIGN AGAINST NATIONAL LEVELS OF DESIGN
FLAWS AND NEGLIGENCE PUBLIC RECEIVERS REVIEWS FEDERAL TRADE COMMISSION
FAIR AND EQUAL TO DRAWS TORTS ARBITRARY PUBLIC AND PRIVATE NATIONAL
STATE CONTROVERSIES.

Herein Civil tort claims of national CLASS ACTION injustice claims of compensatory and punitive
enters petitions-redress Ad lidem and plaintiff court motions indictment official Government business and
private properties herein of Joseph A. Stanford and Softwho plaintiff requesting judicial decision
complaints of civil torts while failures proper incorporations acts of return on investment proceeds
Account to Account venues wherein Joint defendants failed to act by civil rights right of way (thereby
bypass consent pose and return of status quo pose in neutral upset), issues judicially filed herein while
acquisition and royalties and merger and seed Account fiduciary claims of time to time breaches of
Monopoly Incorporated statesman of Corporation monopolies within society and plaintiff draws against
civil tort class actions violations' of public and private conditions under prudent jurisdictions multiple
federal elements and laws consistent with court procedures [and] freedoms of constituents wherein right
to know public and private holdings test basis reasonable versus monopoly joint jurisdiction parties serve
bench warrants class actions and under reasonable conditions prudent sureties of bestow natures
guarantees, wherein; judicial and unanimous plaintiff Softwho comes here with tort violations extended
through period of four years of articles of fair exchanges and fair policies while presentments, includes,
*"table of exhibits purchase and/or reseller and/or royalties agreements of well known public knowledge
private response these manners e.g..";* thereof business agreements articles befit of routines exchanges
and long term basis of partnership and/or purchase and/or utility assignment grief and/or royalties bestow
under contract perjury of acceptance of times stamps and terms and conditions of many sides under
official Government seals receiver over three to four year periods sameness levels sureties namely
economic owners [and] corporation responses gatherings from receivers of gross domestic product
proceeds presentations owned by Softwho and proceeds indictment levels of gross domestic support
economies properties via mass transmittals systems equipment and/or mail out literature afore
procurement divisions established and establishes nature of complaint hereto against defendants, at large,
wherein connected level to level Incorporated and Utility official trails of indictment relevance, file and
filing procedures due process and without due process table of authorities, herein, enters court adjudicate
principles and tables of authorities, and further, enters petitions-redress Ad lidem and plaintiff Judgments,
herein, (versus) defendants, at large,  [within thereof] civil tort compensatory and statutory claims of
responsible wherefore, [direct and indirect via suffrages], and within claims of false trails to
implementation levels of properties, herein, owned by, Softwho, and further, national civil tort restitution
claims versus national and state and county while presentment business bestow properties owned by,

Softwho, and further, within, "laissez faire rules"; includes, bestow agreements of fair gains as reseller properties support levels economies wherein charges indictment right of way against Monopoly Incorporated utility industries: herein civil class actions substantive due process (Amendment 14) charges and warrants motions of petitions where were any and all responsible for ergonomics or hate levels injections to society and supremacy alleged simultaneous negligence of overcasts against we the people clauses' [and] failures of entire industries by way encroachment predatory practices and indictment parallels of methods of hold patterns specifics endurances civil tort claims injustice and incurred skin and face and death threats per second since 2011 and prior year 2020 death threats convenience competition hoaxes of timely to stand in hold patterns of counties and hold patterns threats conveniences by trial and error public receivers and incurred damages by stand off tactics of reseller and/or partnership and/or seed monopoly firms and deprivations public policies accord hereto  against owner of Softwho comes Amendment 14 substantive due process of natures requirements to available to seizures life, liberty, or property of basis blank, syllables, or words within society versus utility availability utility-uses earmarks properties of Softwho includes return on investment ROI national gross domestic products properties while one person enters marketplace, [and/or more], one person enters basic cost of living plaintiff Softwho and owner Mr. Joseph A. Stanford, Social number 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, and State of Texas identification, 43353005 expiration, 04/30/2024, located 818 Myrtle Avenue Apartment #307 El Paso, Texas 79901, general@softwho.us: *Plaintiff Softwho and Joseph A. Stanford (**versus**) Joint defendants at large afore petitions ad lidem against of evidentiary material witnesses bearing self appoint plaintiff Judges reviews versus defendants of statesman, "chain of authorities plaintiff described usual of at large", of plaintiff versus defendant pools and in this particular civil tort case herein Softwho petitions presentments delivered subpoena pro se Judges petition orders court-appearance demands [wherein]: court contests' rules of if applies probable plaintiff uncertain of  utilities public commissions and/or Department of Commerce and/or FDIC Federal deposit Insurance Corporation"; (via) US postal mail or otherwise to join arguments of fact of technicality of infraction;  but uncertain implies consent is derelict of corporations' consent of draws against defendants here with decision execution power; however enforcement fiduciary clauses are multiple defense parties bearing witnesses and chain of command authority paradox of technicality opportunity where responsible for national damages one party may or may not be part of lawsuit of issue raised comport of federal laws against Joint Defendants of bear of witness with arguments pro se material of domicile jurisdiction uncertainty; however majority rules favor of parties involvements of civil rights antitrust of beguiles of one person and grandeur public of futures properties of Softwho against Magna Carta briefs of findings where Magna Carta Implies uncertain of liability but sureties of charges of manifesto implies and herein Joint defendants upon arguments pro se responses of court indictments herein include: Department of Justice, and Department of Commerce, and Microsoft Incorporated and Corporations herein, and F.D.I.C: where Department of Commerce 1401 Constitution Avenue, Washington D.C 20230 and Department of Justice 950 Pennsylvania Ave. Washington D.C. 20230 and Federal Trade Commission 600 Pennsylvania Street, Washington, D.C. 20580 And Federal insurance corporation F.D.I.C 3501 North Fairfax Drive Building E 5h Floor Arlington, VA 22226 and Microsoft Inc. 1 Microsoft Way Redmond, WA 90932.*

## JURISDICTION PLEA:

**In summary with Judge JURISDICTION PLEA HEREIN present petitions' herein of Joseph A. Stanford and Softwho plaintiff versus monopoly incorporated joint defendants, at large were presented presentments of properties belonging to Softwho for durations of groups of mass constituents during economic recession and great depressions of properties of recovery of industry of joint plaintiffs over a period of four years of reseller and acquisition properties owned by Softwho and we well presented non conflicting business systems and operations systems properties of Softwho and demonstrated candor of exercises but upon the issues of sureties and deposits of uncertain public ties and tide to bind joint defendants failed to find legal gross net income in rite of passage and property owner of Softwho implying ensue responsible for tort suffrage and violence**

tort suffrage and suffrage of life casualty against Stanford and public of conflicting statements and audacity overrule issue of rights of public to respond to the issues presented to industrial command corporations joint defendants in the following events within jurisdiction of failure could be responsible for national damages and failure to respond could result in owner life and death of life support betrayal of agreement but failed upon the issuance of command details to seed Softwho and the happenings of support levels economies grossly describes levels of design flaws of marketplace and properties, known majority as, "reseller-only properties": where civil rights tort violations against Amendment 14, [42 Uty .S.C & 1982 Section 1, "31,14,27"]; thereof, laissez-fairer, enters summary herein of breaches and violations against Constitutional rights substantive due process and substantive economic due process and responsible for civil domain rights of national business and freedoms of Homestead Act within fair and equals of right of way utilities and designs properties and includes the violations extended within homestead casualties and unfair hold pattern extremist false of worldly rationale just utilities-properties of suffrage, herein: summary against joint defendants, (manufacturers and Government), where sureties here above and right to bear arms above favor of self restitution and compensatory recovery and right of way remedies recovery law suit complaint sustained losses while afore Softwho properties negligence-conflicting statement among "Amendment 1", (an act of no act is/are act of acted where breaches conveniences), "Amendment 14", substantive due process indictments: wherein complaint includes jurisdiction mainline Constitution rights violations within: [1] Judgment compensatory relief sought of damages of tort bodily and human condition and defamation extremist battery self loathing controversies harms overtures false generations threats conflicting perjury of civil rights oaths all sides where acts of presentments utility and design and right to bear arms with joint defendants failed to address and redress  where fact of presence of consent domicile of at will and freedom implied consent constitute obvious and unanimous unfair and unsafe and unlivable habitat of plaintiffs of business utility and design properties and person where charges herein constitute failures by methods of: "an act of both no act and act of right to bear arms assembly within collide and right to bear arms fair and equal draws against Amendment 14 citizenship where the acts of defendants were responsible for losses by judges protocol of established relationships drawing tort and losses of self and losses of national business wherein ad lidem justifies complaint failure seed venture claims and compensatory claims and punitive claims while right to bear arms collide each other complaints, and while; [2] Judgment perjury of civil class actions tort procedures versus Joint defendants whom failed to act by civil rights right of way against Softwho and Joseph A. Stanford thereby responsible for damages of every county "bypass consent pose and return of status quo pose in neutral upset"; [within county public and private properties failures amid ails of trade properties utility design flaws and negligence public receivers reviews; and unto gross mislead every situation of draws tort arbitraries against corporation machines registered businesses Department of Commerce and Federal procurement divisions since inception incorporations 1900's. In summary, plaintiff versus joint Defendants, at large, courts appearance and demand agency herein, fullness and ripe summary, wherefore enters petitions-redress Ad lidem and plaintiff privilege of courts adjudicate withal jurisdiction State of Texas District Courts United States with respect of damages sought herein to favor of Judges rules and ruling as within national claims class actions wherein **petitions:** Herein withal District State Judge(s) will and should and petition to justification herein order the areas of system wide relevance based upon weighted queues of test reasonable test basis and quantity of reason of entry of the court attest witness Stanford: Judicial punitive cross settlement and favor of second to hour leave of country of conflicting statement two locations whereby court attests witness conflicting perjury, (perjury of consent unto acts are reliable by expressions to commit an act not committed by stand off act of obvious characterize), of one location to another improper jurisprudence of challenges of anykind at all in terms compensatory draws against Constitution fraud of consent and consensual basis fraud and utilities fraud altogether where properties afore and above joint defendants illegally garnered against inappropriate risks of hold patterns tolerance-options of society per day and per month and per second and per mixes of indecent public and private takers

exposure learning process while further illegal bartering of theft of properties hate of hold one and take another civil loots patterns conflicting statement stakeholder of worldly rationale and property defaulted and is not utility rationale of public and private trade, **civil rights domain human well being versus tort multiple considerations of civil well being court agency:**

[1] first joint defendants entirety all sides false State and national controversies of false generations threats county and **state purport since day one and ensue of receivers beguiles opportunities bodily harms unto Stanford age line carriers present** conflicting statement of utility property rights return on investment of Utilities industries, and further, the afore defendant parties findings of hold patterns to commit illegal-attrition arbitrations and illegal think tanks authors USPTO of fosters responsible for claims, and further, [2] second joint defendants failed to examine public at bases use of products and business services owned by Softwho; but demanded properties of beguiles methods and secondly Judge should consider that the conflicting statements of a known bypass that would seize but did not against Softwho but is collide and as well right to bear arms of techniques of barrage against Softwho and any entry of corporation fraud and finally perjury by oath is the utmost claims of suffrages of receiver of benefits and features recovery and utility and design; but stalled with sameness of failures to seed by no act "beguiles and no act and confront of complex unravel by silence techniques" without full bearing utility comparison proofs of deny or no proofs of will deny and further no intentions of recovery utility of county or above; however are still impend against plaintiff Joseph A. Stanford of suffrages of compensatory and punitive levels and Stanford is not the stalled person of society of negligence to reclaim timely of application due process returns of Society perjury, (perjury of consent unto acts are reliable by expressions to commit an act not committed by stand off act of obvious characterize), and [3] third Judgment against joint defendants should summarize judgment basis that the clients were in full knowledge of the issues raised does or not comport worldly rationale primary,[and then secondary], comport utility rationale of presentment comparison of situations but failed to redress any one at all including public notices and requirements of repayment contributing to delinquency and starvation worldly rationale guilty and innocent public and as well did so defaulted to the mainline conceptualize of two way communications at support levels namely management of grouping of Account, and as well; opted tort violence against plaintiff of worldly rationale negligence during phases of opportunity to examine recall of the productions methods and recall of the products deficit reseller gross domestic products must be reseller improvements for sale and recall of the opportunity to clinch, (benefits of Account Softwho agreements of bestow), and, as well; [while], convenience crimes of presented during dangers to one person per county but failed to act in any manner consistent with life, liberty, or property and blank, syllables, or words speech and expressions wherein Stanford must prove that the object with Judge objective is the posit of claims of damages cumulative (in years) of Freedom of Information Act 2010 Right to know violations under terms of constraint of bestow partnership or otherwise of Softwho well within girth of acquisition and royalties and merger of, "factual evidentiary, first time in globe of any acquisition and royalties and merger that is working mechanics of superstructure", per our FOIA 5 U.S.C. § 552 request of Courts prudence of timeline of timely FOIA 5 U.S.C. § 552 events supporting reviews to find Judgment herein the following petition and judgment impose and court motions of Joint defendants failed to act by civil rights right of way (thereby bypass consent pose and return of status quo pose in neutral upset), settlement and held accountable compensatory claims plaintiff claim right of amounts herein no less than, **$4,000,000,000.Four Billion Dollars,** ["within"], compensatory losses against recovery and Stanford recovery and public trade cost of living recovery with properties and right to bear Arms there again with clients or otherwise within rights of: [1] **seeking Judge enforce by impose court declaration relief and restitutions and further implementation court adjourn rules of joint defendants, at large, engagement civil rights class action right of way being held accountable of Amendment 1, (an act of no act is/are act of acted where breaches conveniences), freedom of speech connection verse of Amendment V life, liberty, or property of risk to self and person and prior escapes that Joint Defendants, at large,, ,incorporated statesman,, were fully knowledge of and fully knowledge held ad lidem against sole propriety company Softwho and owner Joseph A. Stanford**

**wherein** parties accompany as either a party to accept proposal or seed proposals or file charges against Joseph Stanford and Softwho but none related were ever compensated while reported damages to life and liberty and properties of utility properties all within multiple industries, and therefore the acts of failure to action address return on investment of properties chargebacks or injustices of indecent and immoral and negligence inadvertent of summary to reclaim; (furthermore, include compensatory for relief of venue seed monies of oneness with his life, liberty, or property and properties of Softwho even upon all known factors before this date because the issue of seeds is one payment or close of sale deeds with plaintiff herein and is not an entire nation class action suit but one payment or more so to survive the situation securities of life and above where classes of compensatory find in errs of clients behalf of $4-Billion dollars liable for damages law suit from one and all clients from parties able to use products and parties able to seed (and), **[2] seeking restitution of change of venue of compensatory damages cumulative (in years) being sought of requirements to beset the satisfied notion of multiple federal laws by approach of the Bench of the Courts and the reasons of supportive reasons of change manifesto which include Civil rights act right of way versus false generations threats county and state and state to nation of public ordain and public municipal codes of requirements of no veto to chargeback due to uninevitability and sustains motions of hardship and public and private debuts in conflicting statement merit from one person to another Miranda Rights Act 1978 without due process and substantive economic due process within public ordain and civil rights act right of way of after the fact substantive, of public access life, liberty, or property where life, and liberty declared public and private and seclude-private stop orders of the fact that all sides whereby admitted of constituents' Government hierarchies of full knowledge of the requisitions of economic due process substantive due process element Amendment 14:** e.g.. "thereof failed worldly and utility rationale litmus consent reasonable test basis durations impact while civil tort while opted subject to basis where Amendment 14, an act of no act is/are act of acted where breaches conveniences); however and further, failed to relate humane risks of Head of Household Adults, ripe right of way life, liberty, or property due process and without due process status quo levels wherein Amendment 14 upholding utility of right to bear arms and citizenship rights fair and equal neutral grounds of freedom of speech and expressions attainment life, liberty, or property under reasonable basis recovery and duties in exchange.

Herein allegation one of two within question surmises support of petition as to presence and presentments and clear invoke petitions law suit against monopolies herein with Softwho and Joseph A. Stanford appearance Judicial witness and Ad lidem and plaintiff emergency and self appointed plaintiff privilege self representation with presentments and antitrust divisions complainants charges of antitrust civil rights right of way and Partnership Act acquisition and merger corporation statesman violations of one person to society and/or more one person to society, since and before years, Partnership Act beguiles of Mr. Joseph A. Stanford, wherein federal laws comport antitrust homeland security ROI return on investment availability properties owned by Softwho relevance versus Joint Defendants acquisition and reconcile Accounts to Accounts, "wherein status quo civil rights right of way negligence invoking consideration of status and consideration of connection utility within settlement claims of indirect unto direct gross domestic products and productions within fiduciary corporations complaints whereof mechanics procedure technicality of at will consent and/or implied consent incorporated-machines"; withal do so commit service deliverables public and private corporations gross domestic products and fiduciary services unto every county utilities public, [within], issue(s) raised; **Amendment 14 and Amendment 2 right to bear arms breaches decision-fiduciary execution powers observed procedures; "useful in campaigns of class action law suit within one or more criminal levels federal indictments multiple federal laws of barrage indictment charges and against reliable resources civil rights claim rights life, liberty, or property mediums of civil rights cost of living and sober Amendment 2 right to bear arms and Sober Amendment 2 corporations right to bear arms within several areas where Joint defendants failed to act by civil rights right of way (thereby bypass consent pose and return of status quo pose in neutral upset)":** *complaint herein composite of projections and properties belong to plaintiff feasibility declaration of national assets, including; trade exchanges per person unto society and*

*ROI returns and support levels economies of trades volumes $400 Trillion dollars national financial trade industries and $200 Trillion dollars digital communications national trade volumes and two way agreements of net worth $30 Billion dollars where invention patent description of, "before and after"; proven trades net worth of Softwho multiple industries before were occupation single basis and after levels of public and private group Accounts management schemes such as co-branding and business to business unto levels of mark up management schemes and name space number theory lucrative established management schemes and digital units and chemicals units and digital switches"*; And further, in going do so coincide against recovery properties presentments properties belonging to Softwho and Joseph A. Stanford partnership and venture and reseller properties to overcome economic great depression and mechanical repair of negligence and/or misfortune and/or hazard properties consumer purchases of national and international structures of mechanics: wherein plaintiff law suit, includes, civil tort class actions draws of, Amendment 14, [42 U.S.C & 1982 Section 1, "31,14,27"]; *"powers to enforce acts of regulate interstate commerce under Article 1 Section 8 Congress Powers amid Amendment 14 substantive due process one person to society and self"*, One and multiple Clauses seeking Judge demand payments compensatory of both damages, ["whereof"]: [1] gross misconduct incorporations of civil tort compensatory of self and others to harm negligence by methods transcend of public accordance civil rights incurred damages by gross national threats and; [2] incurred trauma and hard core consent suffer and suffering and suffer of repair of the economy and incurred losses of freedom and losses of family and friendships and entangled false enemies of ludicrous arrogance of opportunity speech trap-stand off and public entice as speech and expression during entire proceedings, described herein; and moreover incurred management punitive settlement claims class settlement grounds of basis of neutral of losses of right of way within, *Incorporation and Corporations accordance*, no charge back veto to vote within national gross domestic products of affairs by class action complaint methods of witness attestation: herein wherein verses of public society and whether enough evidence indictment against defendants, at large, whereby evidentiary arguments' herein demonstrate: [of wherein, reasonable basis and reasonable scrutiny tests applications against reasonable prudent arguments' issues raised], whereof; before any district and/or Supreme courts with Judges jurisdiction within any and all presentments, hereto, plaintiff Softwho versus Joint defendants, at large, herein scrutiny and reasonable test basis of testimony and civil tort violations: *("whereby an act violations, acts of no action are collisions by association management objects to incur hate violence and responsible for civil tort comes, herein, class actions law suit of relevant articles of injustice relevance due process and opposites claims' contend of suffrages and injustice and unjust facts and actual and real chain of command events, herein, and further, courts review civil tort multiple violations; well established girds presentments properties belonging to Softwho issue raised"):* defined Amendment 2 Right to bear arms simultaneous Amendment of use conflicting statement Judges codes where used opposed and used opposed judicial weight of use and/or in use of same connotation definition of perjury of proper Amendment draws Constitution enforce within multiple federal procedures, [wherein]:

**[a] a/an judicial weight right to bear arms of public stable unless provoke versus right to bear arms human mankind comes, *"within and Judges protocol conflicting statement testimonies of regulatory agencies of commission Amendment 2 right to bear arms freedom use or derogatory use of partnership act volumes or otherwise"*; And, [b] A/an judicial weight conflicting statement of sameness procedure due process violation evidentiary of right to bear arms and enter marketplace right to bear arms bestow of reseller and seller with buyers of Joint Defendants alleged utility properties presentment articles owned by Softwho presentment support level economies against issue raised unable to prove nor sustain above labor of required labor hourly versus above hourly labor of support to support levels against plaintiff no charge back to veto to vote characteristics *national utility properties of cost of goods sold;* [thereof and], further, grandeur public and private proceeds considerations of properties one person and one corporation and one county or utility sameness [while] without due process and within due process Court consideration elements of additional Courts responsive natures of civil tort violence and civil tort violations, and civil tort**

**claims of injustice perjury by oaths corporations Joint Defendants, at large, incorporated statesman, charges against Joint-defendants, at large, unlawful conceal and suppress and did so as to perjury issues raised herein in review against one or more federal act(s) guidelines:**

And therefore indictment civil tort violations herein pursuance of; public and private inclines false generations threats of simultaneous crimes of indecent exposure and non enlistment of seed venture capital investment or otherwise options of Account of Softwho within rights afford of incorporation statesman against Softwho false-scandals approaches civil torts while negligence herein [and] against one person Stanford, wherein; within [indictment every major issue raised], thereof, wherein; properties investments uses and against totals commits uses every one to all persons against Amendment 2, Right to Bear Arms, plaintiff indictment, "Judicial-weight conflicting statements Right to Bear Arms ad with Amendment 14 substantive economic due process of terms of agreement to satisfy utility virtues of returns and settlement oaths", by Amendment thresholds-fully understood principles of authorities sureties utility property rights belong with Softwho and Joseph A. Stanford within Right to bear Arms, [civil rights procedures due process and substantive due process right of way]; of all rights reserved procedures products of digital equipment systems and business systems and business services properties owned of business systems of support levels economies services check cashing agreements and multiple nodes management hosting platform networks 1-x mark up file management networks and digital equipment communication systems, wherein, further gross domestic products telecom equipment switch planes backplates business systems industries, wherein; enters succumb of question mainline judgment whereby against utility monopolies herein and serve as bestow right of way charges filed warrants of full casts and full entries and full knowledge included facts herein, ["within"]; wherein full proofs and ripe of plaintiff rights to secure one's self (via) Congress powers Section 8 US Constitution, [And], Substantive due process Amendment 14 or substantive right of way with owner herein, ["within"], without due process requirements cost of living Or substantive agreements of county and state required labors of one's self within rights of plaintiff enter of law suit class actions, and further, herein Softwho and Stanford: wherein qualified and quantities summary of, (Joint defendants failed to act by civil rights right of way, (thereby bypass consent pose and return of status quo pose in neutral upset charges), where clientele joint defendants failed to endorse returns of responses nets of properties of bestow agreements within one and many federal compliance acts rules, (and above of sameness applicators with plaintiff herein); wherein compares fully utility required and requirements (and) were under known circumstances perjury of left of hate crimes and have left of duped init fallacy hate crimes and posing responsible for public and private and doing so and command indirect poses life threats and bodily harms and uni-criminal descent under false interpretations of society against plaintiff Joseph A. Stanford complaints of left for dead and inhumane pains and starvations losses of business and compensatory damages, ad with, bodily and human harms append responsible for convenience crimes issue of received partnership claims with all sides clients but engages and engaged and conflicting statement responsible for collide of public in tort restraints while properties of, (national utility restraint negligence of culpability and then restraint of properties gross domestic products), upon indictment of circumstances; and further, is/are true properties jurisdiction and prudence to fault line of all sides observer static-allegations, wherein established rules multiple government jurisdictions namely rules of engagement fair and equal where official complaint of versus Joint Defendants, at large, incorporated statesman, receipt of FTC-August 11, 2020, did so filing grievance seeking restitution payment with Account Softwho: and followed chain by dual intersession, against client, "public arena effect to draw against authors"; of and within, Department of Justice, Antitrust United States of America with Antitrust, connected to charges filed March 2020, wherein petitions punitive claims of business agreements adjoining federal laws Acts (plural) against such violations, however root element: were no such return of Account bestow of fiduciary claimant with all sides Softwho, wherefrom many times inspections; including, primary, at-will consent contacts in year 2016 until present year 2021, and further, since presentment articles' fiduciary failures of gross receipts [and] proactive business procedures of Amendment 14 violations of civil due process and due process of plaintiff claims and as well no such contacts of any Government agency, [Softwho complained of,

"stalled and stonewalling by aesthetics Account procedures of due process and substantive due process losses, against plaintiff Joseph A. Stanford", whereof, unlawful dominion against plaintiff Softwho and Joseph A. Stanford endangerment while presentment partnership gross domestic products; where Joint Defendants, at large, incorporated statesman, gross suspicion misleads wherefore made illegal violations, of responsible for violence of civil loots every county by failing to redress consideration of conditions while a false expectation of bear principle of threshold lines ensued failing to include national support levels properties, under known conditions of defective manufacture specifications to recover the situation part corporate-department job flow and government agency; **[wherein joint defendants in acts of presentments established fact of domicile and/or at will consent and implied rationale consent utility and worldly rationale but failed to return collide notions upfront and failed to incline consent boundaries and responsible for collide of levels of consent values chains damages of levels of required against levels of attainments, "laissez faire and above", wherein establishes within: [1] implied consent of properties and agreements worldly with Softwho and [2] domicile consent of bestow trade exchanges utility with Softwho wherein conflict statement, herein and add with, "civil rights right of way at seize venture and properties venture and final venture"; wherein, owned terms and conditions of plaintiff tendency of failures to redress and address failures review with policies internal and flow of business and federal laws and general rules of doubt: However, "any time whatsoever conveniences poses by facts of receiver all levels but management levels of responses are not addressed where inclusion why would all sides bear state representation national capacity but hold no relations with state representations bearers all sides time to time?"; between (pro se versus pro se with all sides), and further; did so commit perjury of oaths and perjury of fiduciary responses to society by failing to redress client premiums of Softwho and Stanford one person utility business and micro entity company seeking corporation status, and further; connotes, "The act of corporations with no such gross receipts of investigation and no gross receipts of fiduciary public notices and the act of thefts of industries comparison receiver but hold patterns ensues opportunities torts against one utility owner Softwho and Joseph A. Stanford"; includes investigation premise and evidentiary as to civil tort related with:** [a/an issue raised public-unable to pay is burden but offset properties within-unable to pay with property owner Softwho and support economies properties for sale and as well unable to pay per person of issue failure to dress and redress and petition of economic virtues and responsible for false injections rather than clean morose injectors of society].

Moreover, court summons and testify, herein, of facts precede (above) and gross misleading society of public agreements all sides arena biases against others inset of after the fact of against collide involvements investigations of gross misconduct arena leads and gross perjury of Amendment 2, "constitution elements wherein simultaneous use of Amendment clause proves injustice"; wherein," cites [and] indictment Constitution where Stanford standard of review prudent basis amid other Constitution Amendments wherein Amendment 2 Right to bear arms": in wherein, surmise question: "why would corporations sustain Amendment 2 right to bear arms management of national and 50-states Constitution, "Every county Mayors-protocols": include trails of institution authorities against national failures of gross sales and gross outlook of production and development over marketing fad allegations but fail to review conflicting statement herein: includes, inspection included audit trails wherein identify of multiple federal laws of comport of question of right of entry of consumer or right of entry of national utility is threshold substantial of one and multiple federal illegal violations of civil class violence and mayhem tort here? Ad within, joint defendants conflicting statements perjury of recognizance before of established; but entry is overture falsehood of collide-violations and collide negligence violence because public and private violations tort of Stanford here state false by failure to respond to utility and rights of multiple federal laws and proofs of property recovery necessary [and] collide issue against Stanford one utility owner herein Softwho: where deny impends against utility and design of USPTO and FTC and DOJ and judicial accord of one person or more applications via multiple federal laws where violations include indictment of civil tort claims; herein: whereby, motions of corporations fraud of instituted comparison and no acts

and nuptial no acts and fiduciary no acts within articles herein of actual and real return on investment ROI principles of authorities of properties and utility within properties and sustained relationships stalled and false of indecent overture and abuse of powers corporations fraudulent systems and tort violations decision powers of act and no act against presentment articles and confession briefs filed and reasonable prudent conducts of all sides against the collide suspicion of support levels to collide responsible and property owner herein of no hold bar to excel collide Softwho and Stanford standard of reviews: **[1] ["Constitution Congress Powers Section 8 bears rights bestow proper and transfer proper of Joseph A. Stanford and Softwho with Joint Defendants At large"]:** wherein Amendment 14, [42 U.S.C & 1982 Section 1, "31,14,27"]; include lay and national utility civil rights bears onto nation of right to secure one's self authors justices properties of statesman Congress powers seals wherein copy right act 1978, DRAWS AGAINST MULTIPLE FEDERAL LAWS HEREIN, And [2] Trade Secret Clarification Act 2015 where the act of zero is self owner and the reseller is zero but decision power mislead of overture futures and present false power struggles decision powers proving misconduct of trade secrets of levels of intermediary falsehood of decision execution of past status quo and present trade secrets requirements of zero fate levels, laissez-fairre rights, upon compare opposites codes breaches after the fact substantive, of properties Amendment 14, against one person to society weights substantially one corporation or all corporation"); And further, [3] Antitrust Act 2010 17 U.S. Code § 504 and 35 U.S.C & 271, federal acts of unfair marketplace responsible for collide of decision execution mix of false marketing premises of property rights accorded with sources and resources and reseller of required marketplace of cost of living while corporation overtures against right to bear arms violates federal law of antitrust act 2010 direct and direct conflicting statement perjury by oaths direct of persons and liberty return on investment properties against indirect properties to consumers, and [4] Amendment 14, [42 U.S.C & 1982 Section 1, "31,14,27"]; 88-352 78 STAT 241; "within Amendment 14 guaranteed substantive due process proceeds benefits of citizenship United States of America Joseph A. Stanford, registered business of Softwho, social security, 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; and further, tenacity national utility of willing and able behalves: however tort here cites of perjury by oath herein where invoke and unfair and unfit marketplace with evidentiary un-judicial grounds of dismissal of over the counter and unfair dismissal of royalty rights upon future reviews, at this time; and further, unfair practices of marketplace post question fact basis where audacity of utility and person products and business services and well being warrants against beguiles; (include hold patterns per dishonor of utmost status while known risk facts of public end upon right to bear arms chastise and person owner chastise and beguiles proofs of Softwho utility business owner and wherein violated within Amendment 14 substantive convolute due to unreasonable biases continuums in due process and without due process and privacy ex parte filed herein of Constitution violence of Amendment 1 speech and expression and Amendment 2 right to bear arms where incline speech and expression and act of no act nor action responsible as act and actions against Softwho and Joseph A. Stanford bear witness law suit class actions unto right of way), [42 U.S.C & 1982 Section 1, "31,14,27"];, "acts of regulate interstate commerce and Amendment 2 right to bear arms under Article 1 Section 8 Congress Powers": **[1] supportive of issue of consent at will and consent of acceptance and consensual conducts of business and Account to account exchanges of civil rights tort claims of right of way past, present, and future against plaintiff of Softwho with question surmise why would all sides glean durably during and before and while and after the fact and upon recovery poses utmost public and private scandals or until-totals in escapade of all recognizance worldly values possible comparative worldly rationale or utility rationale properties comport of standard comparison reasonable test basis "while" utmost init of automation civil rights public earnings while properties presentments herein federal illegal premises of harms of society and harms tort against owner but all sides are exacted of utmost-until totals of society life, liberty, or property conflicting statements afore (above) described illegal false generations threats convenience federal and state and county crimes against others but requirements of cost of living and cost of goods sold corporation and below are held responsible of information acts and properties acts and corporations business flows of production thereby responsible for collides of classes-tort violence and tort violations, of civil class actions substantive charges liability stonewalling against plaintiff**

by failures to review and remedy and ordain and recovery within reasonable fiduciary-considerations against plaintiff Softwho of utility bestow to begin and utility failures to seed by implementation gross domestic products embargo unanimous and obvious trade properties of disaster collide responsible for epidemic claims gross negligence of circumstances collides decisions powers resultants of past and present executions within unto and within proper accord response of society and from society cost of living, "as per individual prosecutions…in question what were the mechanics structure before downfall then why would downfall of present and future be tolerance motions of joint defendants necessitating change of recovery downfall?"; thereby enforcements herein liens law suit herein civil rights tort of even, laissez-fairer, after the fact substantive, of tolerance beguiles to glean and take holders against society proofs utmost falsehoods and districts damages against plaintiff of support levels economies properties sole-finding, and; [2] secondly question of civil torts claim element where plaintiff Stanford and Softwho sues class actions and enforce: Confirmed the response by proving the exact guilt of state-status being defaulted less working models but conceal of facts speech each other investigation and draws against plainttif, <u>for example, why are all proper fair and equal decision fixated of guilty status quo false rural state representation conceal contact opportunity and tort violence contact but right of way of return utility is concealment of truth a challenge of withdraw but verse with and complex unravel about persons information to proceed as decision powers' against county and state false generations contacts diverse threats?</u> Furthermore, and therefore; civil class actions right of way Softwho and joint defendants, in review, of and withal, *("where status quo must be homage being agreement witness")*: *because guilt of state-concealed status constants against interpretation-agreements, however; if all sides were not involved of right of way corruption falsehoods and falsehoods selective discrimination every county then why would implementation of all known utilities of prior statesman be of chastise of guilt situations all sides being conceal state or unravel by battery associations and comparisons of upon utility required and alleged sender and receiver are corporations or not but bias here is the record of review where question of state representation receiver and illegal hold or hold pattern and receiver properties wait but state representation is confirmed by county and state of false blackmail by admissions of rural versus rural conflicts of interests prior to entry? And further, support question,* Why would public and incorporations contend status quo of negligence with induction by court contest challenges or no involvements speech and expression demands fate tolerance current reviews where time to time conducts against charges of init-fallacy Amendment 1 Freedom of Speech and Expressions conflicting statements perjury issue raised of consent each other clauses: therefore right of way of biases established by fact of required responses and utility responder and init fallacy of adjudicate required to establish bias tendency, for example fair and equal of consent of speech and expression promises and established promises but against what status quo? Where answer of therefore status quos of seizures opportunities? [3] And finally, question of tort civil claims suffrages breach element Amendment 2 Right to Bear Arms claims (while a part of number 1 and while part of number 2) plaintiff versus incorporation monopolies public utilities and hereto complaints of false generations stand off demands while presentments, "laissez-fairer compliance", and after the fact substantive, of prior completions commits acquisition and royalties and mergers, as per, (USPTO), and (FTC) federal-guidelines sureties gross receipts Government: [do and while of business plans], plaintiff Softwho and Joseph Stanford enter suffrages and where final question merges obvious and unanimous claims suffrages after the fact substantive, of questions connections proofs, and further; did so violate Amendment 1, (an act of no act is/are act of acted where breaches conveniences), speech to commit question 1 takeholders hold patterns bypasses of hold-patterns or other opportunity and means substances by methods of contact and connect to question 2 bypass demands are reliant upon seize of take or agreement conceal or agree to stop seize holder patterns question 1 therefore civil rights of divide are not the tort violations, of bypass holder patterns persons are neutral ground of property right of way is no proof of response material but all sides of **connections' persons but utility and person are the substance** and therefore civil rights after the fact substantive question fact that speech to connect and connect to utility not merge of coincide of federal guidelines nor federal laws, basic where include life, liberty, or property and blank, syllables, words as

visage property motive, of laissez-fairer, after the fact substantive, of one to connect unto one or the other however reasonable test basis of question 3 include the fact, [Amendment 2 Right to Bear Arms is a constant of social classes and worldly rationale and connections utility rationale], within, Right to Bear Arms of Amendment 2 are the rights of Softwho to engage and multiply of property owner herein of national marketplace, (as per SEC rules and FTC rules and DOJ rules), and; includes statutes and fullness limitations: here withal summarize fact that the nature of consent each other clauses and convenience element each other clauses of comparison to conclude bypass (above) and seizure (above) are failure at responses persons utility and nature of bypass or properties are submits and motives are recorded values but the opportunity to return fair and equal and against damages of civil tension collision rights of way public and private are in commence and bear arms in commence: one person to utility and utility to substance findings and fair and equal of sameness as such as one person to society business agreements and utility patents and design patents plaintiff within **Civil class actions substantive due process charges connected with Civil rights act lay after the fact crimes: [(either A. persons divide or B. property access divide of right of way)]**, specified by, "Laissez-fairre"; after the fact substantive, clause wherein use of Civil rights class action garners support of any trial whatsoever; where issue, substantive due process of conflicting statement persons or properties access rights denied and in denial and will deny of fact of past tense working mechanics versus substantive due process claims of property mechanics properties owned by Softwho include property divide after the fact against right of way of issue persons not connected to property defaulted and is fault line and right to bear arms of Amendment 14 faults: **[1] definition herein Amendment 14, [42 U.S.C & 1982 Section 1, "31,14,27"]; of persons divide claims law suit class action tort of simultaneous hate crimes which draw against embezzlement convenience crimes of bypass and right to seize failure while violence of any county or state county or national and state and county wherein disputed as described persons and properties non-nuclear motive attachments decision status quos, and within; And, [2] Substantive Civil rights tort claims wherein the connote federal law ensue one victim of direct connection Civil rights First Case and future stake clarity one person victim class action of verse right of way utility owner support levels economies established, whereof; direct use is connection of property and indirect use connection to person and right of one person direct and indirect utilities use of property failures to identify properties of bestow established direct reviews Amendment 1, speech and expression init fallacy fact of one person to society highest utility reviews:** *[of one person to society, within Laissez-fairer, after the fact substantive, connection utility established property eases comport and as well eases of utility of mass public or one person and connection return net worth per situation], for example, "after the fact substantive, wherein, corporation of industry and utility or design patent owner public responders", substantive due process, "especially connect verse federal laws property rights act 2010 direct and indirect damages associated within utility and Civil rights redresses and petitions": [A] After the fact of properties to attach utility or design USPTO against county of properties right of way property divide and person divide against public within Amendment 1, (an act of no act is/are act of acted where breaches conveniences), Civil rights merits associations of properties and; [B] utility properties of right of way state controversies first of several breaches of tort while rights of way owner and society:*

## ALLEGATION/ARGUMENT 1:

**First place of Why would consent of at will confide trust responses only to Softwho and Stanford responding to fact that the question of development of RFC languages were true condition during time inspections of progress of orientations between Sofwtho and Joint defendants; but failed to respond during presentments and failed to respond during two way groups and President of America conferences and round tables during years 2012-2021 as after the situation to review Softwho and properties owned by Joseph A. Stanford: the simple conclusion the confide of many corporations included provided fact that the element of response but corporation continuance correct but the continuance of self destruct were tangle of public distress and public interlope interrogative of recovery of allegation worldly rationale first and were consensual relations during**

years of presence present fact that the corporations were confirming the present need of either a lag of answers against the working mechanics or confided by earmark of the opportunity to enter marketplace within fair and equal clauses but confirmed a outcast opportunity during and while and public commits of endangerments incredible during and while breakthrough orientation surmise time lines but would not confirm settlement of Stanford of claims of requests of required cost of living exposures of level to level economic associations and so the comparison of confided at will consensual basis and confided nature of explanation and confided agreement of unknown to relevant known but upon confront created hostile environment of public or fine tune industries public or selective public of conundrum tactics that placed Mr. Stanford's life in danger since the opening and during and close of business transactions of at will and consensual exist of confide trust assured confirmed presence of accompany of Softwho and nature of properties of domain service provider and application service provider of multiple websites file management within marketplace and developments while reported violations infractions accompany: Within concept of right to know and Amendment 1 speech and expression conflicting statement plaintiff incurred losses substantive while indictments relevance and balance act charges against Amendment 2 Right to Bear Arms and Amendment 14 Substantive due process where abuse each other leads to duped violence and turbulence of non available resources and sources of Amendment 14, [42 U.S.C & 1982 Section 1, "31,14,27"]; against right of way national-volumes, and herein, Right, where after the fact substantive of failures to return replies law suit agency leading cause and led to causes herein, [**within],** Amendment 1, freedom of speech and expression init conflicting statement applicable upon, "State Controversies speech and expression property divide wherein property is element of property rights hereto sustains motion of available rather than interpretation constants against receivers"; evidentiary takings techniques and damages physical abet anywhere posed life threats and casualty and damages tolls and damages from begin to end include Amendment 1 altogether responsible element herein, within and thereof of principle of authorities civil rights right of way business of Softwho objectives and Joseph A. Stanford and/or Softwho Right to Bear Arms Amendment 2 issues raised as to why is Softwho owned by single owner identifying multiple industries of public utilities and expertise of support return on investment being held at bay of public envy tort violations against established past, present, and future utility marketplace; and further, why is Joseph A. Stanford impended by conceal of facts gross negligence in wait liability of cost of goods sold property right to facet time allot up-bring physical commotion motions against explain conceal of facts every side and why is right to bear arms failures to investigation entire premises of tort violations but the indictment charges vindicate conflicting statement trusts of expressed interests intrigue receiver of papers and effects business plans of Softwho and offer of acquisition of for sale articles but past, present, and future articles indicate that simultaneous situation afore fail to redress proper accord of factual events of allegation joint defendants failure to redress premises flow of business with Softwho of relevance init of concede both right to bear arms simultaneous events history tort claims while **payments requisitions petitions and acquisition trains requisitions behalf of plaintiff and defense accordance but the review of actual tangible gross domestic products of the issue impediment by utility failed to endorse seed ventures and failed to seed Account Softwho and Stanford and nature of combined init charges of tort civil class actions.**

In further review, [Arguments 1 and question 1]: Does civil rights class action support tort right to know privileges of business properties and bestow nature of properties and clarification act properties and lifestyle United States economy of entrance of papers and effects whereof balance returns of property and persons (above) within for sale business properties and purposes present as to relationship comparisons herein of Softwho and Joseph A. Stanford entry support allegations of conflicting statement management and conflicting statement speech and expression and conflicting statement responses where return reply initialize agreement foster but review of durations includes additional grievances proofs bearing arms of public suspicion confirmed after violence and sureties properties lamented but no return responses and gathering the conceal nature of tort violation summarize one effective point that the fullness of initial response and medium of stills and nature of

properties inconsistent bears of Amendment 2 and Amendment 14 of corporations steadfast of response initialize and response of chain of events but reviews casts of doubt against, [a] properties and liberty of prior commits transfer and transmit public avail but avail of properties never demonstrated accord Economic Stimulus Act 2008 and forward but opted bias causes against plaintiff Softwho and [b] public damages of ensues selective discrimination time to time conflicting statement address and [c] eases of right to bear arms properties owned of Softwho: supporting question surmise why would right to bear arms of all sides of tort violations, versus eases of status quos support levels economies and ergonomic support levels economies and balance act support levels economies and properties of one person be angst against society and client altogether are tort violence and violations? *[(whereby tort violations include all sides of an act violations, acts of no action are collisions primary relevance of recovery or balance or ROI or balance Act or support systems economies association management objects to incur past, present, and future methods of contact interpretations basis against sure of judges protocol, "simultaneous uses of right to bear arms against onslaughts", wherein explained unacceptable of defaulted by Amendment 2 right to bear arms of laws of versus withal of audacity-perjury of all sides statesman of life, liberty, or property and blank, syllables, or words as per person be upon, [summary of inadvertent tort violations, evidentiary proofs wherein recovery or convenience default status quo defaulted class action negligence of Great Depressions compares with national and county and state and one or more corporations utility properties)],* where identified conflicting statement burden is sole owner Stanford and Softwho of proving the party received the information understood of properties reseller multiple industries public utilities]; (via) the articles of property are national support levels and utility properties and entered consumer reports failures of utility mechanics and failed to merge levels of outcry part of public utilities commission responses until finale without due process and further subtle support question, further, [why did public utilities and Government hierarchies not respond unto Softwho and further not respond to marketing levels but did respond to marketing envy of prior procedures and processes and prior public accord FOIA Freedom of Information Acts 5 U.S.C. § 552 subpoenas trails of said allegations withal stated factual of priors conducts and condones civil tort reliable just causes herein, [......standard of review in addition of standard of review gross receipt included and include, for example, question proof of State Constitution attorneys against Softwho where speculated proof include the right to know official business prior filings motions of Government State Constitution appoint official attorneys cabinet charges sought against Softwho, "where laws of utmost consent and properties bestow and compares with seize properties and public mayhem", therefore: the established FOIA 5 U.S.C. § 552 freedom of information act of responses to society in return, including, Government hierarchies attorneys economic due process requirements recognitions of since, 2015-2019, around all attorneys in the nation of Government state attorneys filed against FTC Ad lidem and plaintiff Government associations: Federal Trade Commission suggests' around over 20,000 attorneys State Government speculated-confirm per perjury issue of courts to enter as statesman property owner herein plaintiff in person complaints filed of seize of properties without owner present": as well, conclude conflicting statement perjury above any other perjury issue is the recognitions of Government hierarchies attorneys admit to properties but deny per county is national counties conducts and admit to properties belonging to Softwho but fail litmus incorporated statesman options and negotiations; and further pronounce against Softwho owner but the liabilities of USPTO of hold patterns establish hierarchies convenience criminals and confirm official hierarchy but being rushed by national profiles of county to state and confirm question deadlock jury as to why would official government business against Joseph A. Stanford and against Softhwo include indictment of admissions of extent of product by deficit knowledge but real candor of product remain with privacy of joint defendants of actual specifications of any court and cover up techniques and perjury of corporation statesman need to know FOIA 5 U.S.C. § 552 of statistics not part of the reviews but Softwho provided the statistics solely in any court of law whatsoever where Government hierarchies...]"? Moreover, Civil tort violations, (whereby an act violations, acts of no action are collisions by association management objects to incur onslaughts, indict against joint defendants where inclusions are civil tort descriptions of fact of corporations must have known the public

hardships of connote of conducts while plaintiff entries and explanations and clarifications; because Softwho literature stated were in amid unreasonable circumstances and must demand payment as soon as clarifications bestow of right of seed of corporation and as well corporations of issue raised where situation, and further; Softwho asserts civil tort unto joint defendants received merits from Softwho for over four years in all cases of presentment articles and clearly understood behalf of joint defendants civil tort ensues were within these encumbrance-properties, hereto; therefore the joint defendants were selected grounds neutral of suitable management economic burden versus implementation eases and must have accepted merge of the civil tort violations, (whereby an act violations, acts of no action are collisions by association management objects to incur onslaughts); within factual that the utility use could be jeopardized by public response of utility against one sole owner; but the fact that the public response were in county confirmed civil tort county maturities deficit already occurred proves substantial civil tort violations, (whereby an act violations, acts of no action are collisions by association management objects to incur onslaughts), compares assumption joint defendants' believes is recipient of properties of Softwho true state of condition of national true owner albeit reseller and/or royalties and/or otherwise whereas proves that civil tort violations were either compared with owner Softwho or statesman of qualities reviews of utility against deficit of maturation of county senders and receivers communiqués speech and expressions and therefore include fact that, [civil tort were within engage further or withdraw of speech and expression]; prior propositions assuming are withdraw of public accordance thus acknowledge fact that further engages would be grounds of arguments raised guilty by self admission of civil tort either already engage or guilty to withdraw conveniences of risks associated with trains and therefore presume fact that civil tort were fully ripe and/or fully acknowledged by guilty assessment and guilty by observe statesman and therefore the fact that the status quo of situation proves substantial proofs in plaintiff favor of understood boundaries of civil tort violations against situation of one person to society and nature of corporations status quo within society under these circumstances: wherein descriptions herein from 2007 through 2021: Ad with, Civil tort claims of injustice against Joint Defendants, at large, incorporated statesman, businesses of Monopoly Incorporated  and public utilities bestow agreement of active guild partnership act and property rights acts and civil rights act of 1964, [within], right of way we the people and Trade secret clarification Act and Right to Bear Arms Amendment 2 adjoins within Copyright Act of 1978, comparatively; of economies of public utilities with judicial transcendco of facts, includes; (financial management transactions money markets F.D.I.C and financial check cashing services business every county improvements and digital information systems reseller telecom and management telecom of public and private arrays database cultures DACS networks digital access communications systems and as well switch planes blades of routers and CPUS and servers and computer terminals and hard drives and mother boards and reseller with OEM-monopoly firms of telecom-switches and risers terminals propriety switch Layer 2/3 and router-hyperterminal chassis of mesh protocol environments, "ad with equipment-clarifications of digital communication public utilities design flaws on all presentment articles of equipment and IEEE public utilities networks", and as well, reserved properties, non conflicting of Softwho all rights reserved trademark earmarks; of which included, Softwho of switch planes vortex channels token ring equipment and refinement TCPIP which were verse of economic support level economies mixes of society:

**ALLEGATION/ARGUMENT 2:**
Wherein rules of engagement of Courts adjudicate, **Arguments 2, question 2: Does Softwho maintain clear and present consensual standing and delivery and products of bestow and objects of transfer industrial properties accord of civil tort of claims of against Joint Defendants, at large, Department of Commerce and Department of Justice and Public Utilities Commission to establish class action suits: where, [prudent question interlope of public utilities engines support levels each other issue raised why would audacity of public utilities incorporation status quo either deny or accept as time wait position but proof of more than one utility incorporated statesman be proof and proof of mechanical management design flaw fail to redress and as well why would claims against public utilities defaulted as to change against Joseph A. Stanford owner of Softwho presentments of**

mechanics specifications and as well engage deny or accept by blank and syllables comparison agency but perjury is mechanics specified level to level overture public utilities as per one county and one person and one, [incorporations connection to all counties], countering the fact of defaulted must concede change commits of mechanics utility one location two way communications of utility mechanic and connection property two way levels of connected defaulted one location to connect and second location connect and utility public commission is connector? Further, as to why would all sides parties confirm    neglect and negligence or merger option and acquire option and partnership option and purchase privately option and/or royalties options with replies and responses and receives and information broad of mass emails and meetings organization think tanks across the country from reports of FOIA 5 U.S.C. § 552 of 2016-2021; but upon the gross receipts of utility responder of time to time Stanford and Softwho return back into contain gross mislead of perjury and gross mislead of utility design flaws and mechanical break down failure of management design public utilities design flaws gross receipts and where status quo is, [presentments mechanical failure utilities], [but all sides enter deny by failure to redress incorporated status and further conflicting statement of perjury while consent conditions are chastise to issue defaulted but utility requirements of identified to recover and utility requirements of identified presentment articles], however, but convenience crimes of failure to enter marketplace dictated by business agreements under terms and obligations or action items were fully deny of public culpability draws of Civil tort, class action and laissez-fairre violations, after the fact substantive, joins of parties together Amendment 2 Right to Bear Arms tort aond compensatory and punitive unjustified utility design flaws and negligence no chargeback to veto claims plaintiff, herein, Softwho; wherein acclaims of seeds with Stanford and Softwho as proofs of utility public utilities commits but deny involvements of time to time audacity of entrance and wait and Right to bear arms chastise and withal worldly rationale taint of small business industry with collide of public and collide of public utilities and public designs management design flaws and working mechanics design flaws to sustain national markets of several industries proving substantial wayside of arguments 2 issue raised of presentments versus denial opportunity while compensatory claims of negligence responsible for chastises of many classes.

In review herein, include Judges sworn unto ,"duties of testimonies", herein; factual exhibits herein: as to whether and firm with enough evidence to demonstrate reasonable basis and reasonable scrutiny basis herein and courts review civil tort where the public findings from 2010-2021 include while presentments organized approach of theft but takers left the scene same conducts upon complaint, and as well; Complaint record-trail indicates theft a-separate leaks unto public and stand by hold patterns of thefts however the time stamps during years indicates the learning of properties failed to nurture utility rationale from worldly rationale conflicting statement theft admissions per record time stamps of perjury oaths public and theft public and receivers timely R&D milestones herein: during and while presentment articles and while without due process and within due process Court element of additional Courts responsive natures within federal guidelines of FTC rules and regulations of Sarbanes-Oxley Balance Act Stanford versus Department of Justice and Public Utilities Commission from and since years 2012 around through 2021 herein trade exchanges properties belonging to Softwho and Stanford herein risk to profit trade-volumes with public utilities incorporated firms of levels of management, of arguments one and arguments 2 includes: OEM levels of Fortune 1000 and over 20 incorporations (and) non conflicting business models levels of industries of Softwho and in 2016 over 600 incorporations Fortune 1000 Financial institutions and in 2018 Department of Commerce and Chamber of Commerce of over 300 county-level Chamber of Commerce of inbound management domain service provider business models and featuring file management node objects and network and relational database Application programs of cross connection name space business add on virtual platform 1-x by 1-x login administrator hosting zone administration and switch-seams industries mathematics of applicators and chemical-jumper and gerontology age reverse biotechnology; and further, the breaches of Civil Class action merit of the fact of ignore and failure to investigate and failure to invitation of Softwho and failure to seed and failure to

promote concept and failure to secure management bosom and failure to secure one person to society of single point of failure concept is the breaches: In further review, wherein descriptions of disciplines and accordance encumbrances, beginning, May years since 2012 and through 2021, Stanford owner of Webcomm technologies or Softwho requested major manufacturers' consideration Economic Recovery Act 2008, time requirement dual Government-applications, requesting available partnership freedom of speech established business agency where Government seeking public citizens' petitions monies disbursement We the People public notice available monies requisition application advertising, (time derivative risk free partnership agreements),"no risk-eligibility Government applications", (where underwriting official Government Economic Recovery Act 2008,time requirement applications, applications, (thereby seeking Underwriting patent invention of name space networks within industries and chemical industries and construction firms and software and chipmakers-CPU firms and financial institutions and Department of Commerce and Government procurement 50-states utility applications drives since January 2012 and July 2007 and consultation firms and April 2016-2021: (utility 1-15 earmarks), and al processes claims patents from January 2017-2019 (utility patents 1-7) and procedures claims patents from June 2018-2019, (utility patents 1-10), and processes claims patents from January 2020 through and July 2020, (utility patents 1-14), and procedural claims patents from October through December 2020, ("1-14 utility patents"), and verified patents and processes patents of commits utility mechanics from, December 2021 through May 1, 2021, (utility patents products lines related and derivative definitions within all sides, utility patents products 1-8 final quotas and final quotes and with Joint defendants, at large, neutral each other clauses with proposal and bid and prospectus and presentation features and benefits within all societies of incorporations status of Softwho patents verified procedural or otherwise all rights reserved 100 years oath securities of Department of Commerce USPTO proper accordance encumbrances of Softwho claims no chargeback no veto to vote against plaintiff: Within court elements of civil rights act motions of class actions of public and private petitions court motions of objective and with objections clarification of properties of bestow herein wherein timeline of complaint elements: [1] firstly papers and effects implied consent long term year by year proofs of presence and proofs of properties and clauses nuptials partnership and/or merger and/or acquisition and royalties and/or product Incorporated and Utility purchase by contract volume of properties within reasonable test basis reviews timeline of affairs During around since 2010 through 2021 included official business of wishes of probate attorney self appoint breaches of contract of corporation Fortune 1000 status quo herein; proper of accord and accordance included all elements, included, wherein; implied consent filibuster and at will consent basis wherein breaches of contract and filibuster right to enter national contracts of purpose of 100% oceans full breadth of venue of corporation status and venue of agency micro entity firm Softwho unto oligopoly firms within concepts, conceptualize dual copy labors, conceptualize future of cross connections and sessions management and management protocol of management information mesh protocols and levels of industries full casts productions within charges with presentation properties and elements: [2] secondly gross receipts of actual consent contact proofs of relevance evidentiary witnesses therefore submitted with business propriety national joins of multiple levels of industries routines of business agreements and properties exercises, all sides, from 2010 through 2021, grossly of partnership official reliable mainlines, herein, includes inquiries and receipts of the conditional offer of Softwho public announcement statement of profession integrated RFC-protocols R&D in 2016: where stated that the goals of the company of domain service provider seeking (R&D research and development) would require an advocate of witness of RFC request for comment and that the nature of the receipt proving and sustaining full drawn of protocols involvements defendant of mass emails returns receipt of recognize of nature of long term affairs and Softwho exhibit main explains research and development of long term of all sides as defendant unto, and further, herein plaintiff hath received herein table of gross receipts of partnership act and business agreements defined fair and equal embargo natures, Table [1]: [main gross receipt of incorporation status from 2016 indoctrinates proceedings, routinely four to eight transmission obligations of duties exchanges Annually, ad with chain of events herein filer Josephastanford@hotmail.com and general@softwho.us., owner herein; Softwho.us and Softwho with respect Microsoft Incorporated file June 5, 2016 through year 2021, and further, totals-

gross receipts: multiple industries receivers of mass presentment articles where corporations are mass-Congress powers exercises of Ad lidem and court privilege of justified table of authorities including Department of Justice, and Department of Commerce unto all Businesses registrations, and F.D.I.C unto all Banking institutions and Coin currency markets and Fortune 1000 financial institutions and corporations of SEC computer manufacturers of OEM original equipment unto all computer digital equipment systems and errors to suit, and Chamber of Commerce United States of America and biotechnology firms of priors negligence of age reverse allegations "false misleads cryostasis and stem cell research and DNA researchers against well known chemical atomic masses"; end of bid close December 2020 and January 2021 presentation prospectus]: wherefore, on June 5, 2016 after submits as to all sides and did so returned by Board of Directors of Microsoft stated in verbal-consent, (although not attached exhibit), witness handwriting executive signature basis of incorporation representation with Utilities incorporation parties present and as well other gross receipts where Softwho accepted Microsoft terms and conditions by email of return exchange commits hereto of the following characterize: "Softwho will/shall work at your own risk of our company as competition or company as investigator or our company as stakeholder of cross examinations or proceed at own risk agreement of actual consent basis"; and further, Softwho during the five years since 2016-2021 of said time frames and as well the fact of non negotiable interests of the fact that the receipt and nature of request were fully received of Softwho and fully received of the OEM-manufacturer of Microsoft, wherein coexist, timely of the affairs, settings of agreement of time to time durations, of plaintiff owner of national company, Softwho, within fixation, of business plans and time to time business plans and; intellectual properties, of the TCP/IP name space networks and domain service provider business and integrated mechanics superstructure and structures of domain service providers markets, and as well; within the profit oligopoly of the firms of sole responder of the enterprise Microsoft Incorporated and thus Softwho understood in six years the owners at stake of requirements of SLA service level agreements tenure and as well Softwho understands and understood and maintained implied consent of partnership agreement opportunity of the right to enter with marketing brochures with marketing emboss trademark to be on this premise and as well understood the Microsoft executives may engage a final decision of business plans and execute contract of partnership with Softwho or above of working relationships or other options upon the desired contents of the corporation Microsoft and/or other OEM oligopoly corporations within conceptualize of the agreement made on this day called nuptial affairs and nuptial partnership agreement of witness without incomes of the agreement and as well nuptial of the clauses of the rules acceptance of the company Softwho owned by Joseph A. Stanford and sole propriety company Softwho]: [item #2 gross receipt Microsoft Inc. above and Table 1 below]:

I.     Around 2012, partnership presentation and Economic Stimulus Application of over $4 Million dollars, OEM clients around all Operating systems companies and partnership of R&D and embed of add on business levels suiting, "XML extensible mark up language", and TCP-routing POP" architectures of social applications part of social reform embed of routing equipment add on proxy business models: A/an Development Application social application flat social networks: co-authorship proposal with pre-notices of intellectual properties bid or use or reseller opportunities of around $5,000,000.00, Million dollars; (per Application Economic Recovery Act 2008 Webcomm technologies or Softwho also Softwho and Softwho.us properties of managed service provider agencies, Tour guide, tourism sub-contracting scheduling agency): "On June 2012 where The person in email no longer works for Cisco Systems Inc and only response was Cisco Systems Inc around June 12, 2012 of the mailbox is not the official level of correspondence and would be rejected if not submitted to Incorporated and Utility offices or if the matter were not posing direct subject matter related with Business of Cisco Systems Enterprise Inc".

II.    Around May 2013, public forum with USPTO ombsudman Dale Shaw and notorious Mr. John Fitzhugh which were not apparent as tip off receivers and replacement terrorism juveniles until later years in 2019 reported to legal divisions of Patent offices however discussed the properties of Softwho around May 13, 2013 for one hour and related the business levels management with

law suit request and law suit pro bono assistance but the person were not employed with USPTO and stalked many authors with stolen properties over the years and arrived at locations of business premises of Softwho from March 2016 spotted in Little Rock, Arkansas and then again spotted in Amarillo, Texas in June 2016 and spotted again in El Paso, Texas in 2020: in question proving civil rights tort claims is the fact of the public management of beguiles had not commenced of around "18-social elites from 2018-2021 or taker higher bypass is false public constants" in America of tolerance of taking techniques as permanent management techniques of mass public or tip off unto public in question why did Patent omsbudman compete as independent parties but do not know that each person exists upon the fact that the party is representing social class of a particular sect of replacement by camouflage or these parties depend on the concept blackmail foul play is not trace oriented or tolerance is quit constants and so further the inquest of state representation must have been priors of corporations because the fact that the two government spies or solicitation spies are able to commit tolerance murders and replacement hostile takeover of the Government and present bona fide presence or tolerance society stand off is the question of prior completions with other Corporations and here we believe the commence of these two parties particularly seized and merged and tried or failed".

III.    Around November 2015, state procurement Governments: public competition markets public and private economies developments: R&D and further official letters of indictment receipts with USPTO filed, "from June 2015 through April 2016, filed "three to five complaints  SB-16 complaint USPTO Government business forms", whereby, addressing the issue of public encroach public receivers": OEM clients around all Operating systems companies and partnership of R&D and embed of add on business levels suiting add on deliverable with content and management levels virtual departments digital-public and private social applications within routing and server architectures of social applications part of social reform embed of routing equipment add on proxy business models:  and never received any such rejection notices year after year effects of and it is in this year 2021 Softwho requested round table of all Software firms of issue R&D management level protocols of RFC request for comment but will not file RFC "comments", (IEEE), methods of official government business; but rather patent properties according to USPTO rules "poorboy filed in 2004" part of gross receipts of micro entity firm and that if there is no response of assistance pooling then the company Softwho would request and require the merge of Civil rights Class Actions in 2016 for perjury of oaths filed with Department of Federal Trade Commission per phone call April 13, 2016 with USPTO director Shiela Murray and as well trade commission director of the fact that the public from years 2012-2016: [1] issue one public encroaching and yet the corporations are stonewalling and agreements suspicion injection of public and "state representations organized"; of an issue raised of question and answer of the mediums at hand pending but the motions of the wait factor are not in answer of the plaintiff Stanford, and further, the parties have already received good faith of the USPTO guidelines of arcticles receipts but have not responded and further [2] the Corporations of OEM have not rejected the properties of receive of properties of newness convention and business partnership but indicate that the rules are the guidelines somewhat of rejection but will accept but have not responded and the fact that the Corporations are receivers of new information with false generations threats of beguiles to convenience crimes class actions.

IV.    USPTO: Gross receipts from March 2016-October 2016, filed patents of domain service provider name space networks during these times of around four submissions and SB-16 clarifications of public and private displays gross receipts and included perjury by oath claims attached to SB-16 forms of complaint process to Legal Division of USPTO United States Patent and Trademark Offices where February 2016 SB16 of failures to negotiate the bottom line of patents related with domain service provider and April 2016 failures to resolve conflict by contributing seed monies after venture capital complaint of abandons venture capital in Menlo Park CA but will not seed Softwho and in June 2016 statement of did not abandon any application and that the public encroach are forcing state to state relocation but promise completions by end of year 2016 of file

management multiple nodes of SB 16 forms of attached patents related and proofs of prior submissions and presentation upload in June 2016;

V.  Around June 4, 2016 Softwho filed motions seeking corporate sponsor received receipt via USPTO and FTC powers (Account josephastanford@hotmail.com) of acceptance of underwriting patent claims of Softwho and venture capital oversight signed by askboard@microsoft.com and secondly in September 5, 2016 filed Department of Treasury gross receipt seeking procurement and FBI procurement of financial grouping Accounts and financial combination networks tokens of receipt (although not attached exhibits) proving substantial at will consent basis of witness of findings of criminal onslaught which implied consent attached with element of judicial just cause of Softwho request ad lidem in 2016 seeking jurisdiction of mass criminal element while proving concepts of Softwho domain service provider name space and file management in laymen concept merge of multiple websites with database and functions of name space networks within well known protocols from gross receipt 12/14/2013: USPTO patent content management routing systems.

VI.  Around July 2017, announcement of R&D management protocol finale of Softwho to find common ground of file management multiple node objects and TCP/IP and RFC protocols within reviews and practices gross receipts of errors and working mechanics superstructure including: "command line MS-DOS medium and Addressing protocol management developments R&D models known as Internet protocol version 7 long form supervisor chassis of Hexadecimal and binary and network Analyzer supervisor console".

VII.  Around October 2017, filed with presentations with clients: Financial institutions of combination financial tokens of name space networks of initial witness and partnership of market rally and developing and development of zone administration of 1-x Accounts group management business agreements check cashing services and login hosting of login banking attachments with Over 800 financial institutions present: gross receipts of entered improvements and any clarifications were never posed unto Stanford nor Softwho none at all and gross receipts of improvements of national branches Corporations filed SEC security exchange commission were from October 5, 2017 and May 4, 2017 and articles of property within reviews and upon December 2017, and then next reviews upon July 2018 featuring over the counter Point of sale typify of patent of geometric shape treasury account management filed USPTO July 6, 2018 and next filing with clients round table around November 2019 and December 2019 closing Bid of Softwho Account and requesting emergency review s and emergency stimulus fund Account and Emergency implementation of notices of presentment since over three years in a row with over 800 Fortune 1000 banking institutions present.

VIII.  Around 2018, filed motions of Department of Commerce of mail out contract and financial combination circulation bound tokens of management Accounts grouping agreements trade exchanges of resources and sources of against Great Depression but there were no chain of formal responses of Government sector Department of Commerce.

IX.  Around 2019, In June 2019 filed motions against clients OEM manufacturers with small claims courts in Amarillo, Texas before relocation as strategic maneuver in case in additional problems with a receipt from court clerk stating is not official document of Potter County and withheld homeless situation of Salvation Army with informants to FBI imposter teams of question of what is motive since year 2010 at University of Montana Dillon, Montana and the method of test of all sides were public notices unto website of methods of investigation of criminal conducts of described calibers and as well updates to our website of Softwho.us to include the discussion of round table of Government petitions but no one at all anywhere have this copy but the download of the website could be reviewed gross receipt as received and analyzed but professional statesman were not consistent of public notices of properties owned clarification owned by Softwho and as well public notices of criminal outbursts are not Softwho but county where the parties were concealed and concealing abet of methods perfected to hold patterns civil loot and civil tort claims of injustice known as manslaughter and as well tort violations, consent receivers

tip off practices up to hit and run and left for dead convenience criminals and convenience criminals new ideas that work for all sides selective discrimination machine of 50-states profiles attacking while Great Depression Civil tort claims presentment and gross receipts attached of collide consent 2007-2021 receipts.

X.   Around 2020, In June: questions of OEM manufacturers and Financial 1000 firms and Department of Commerce and Chamber of Commerce of looms of presentment articles of Amendment responses to uphold but there is no response included mail outs of contracts and bid closure of March 2020 but there were no responses and secondly the limitation finding of the digital communication equipment barrier that Softwho merged as solution of configuration BGP access points were undue civil tort violations by fact that the equipment development of any other sessions other than existing limit the transmission and retransmission trains of the digital equipment and therefore the Civil rights issue around "gross receipt, March 2020 contract to seal transfer of objects and reserve properties of Softwho, drew public tort and private corporation tort became the virtue because the element of able to review were merged with perjury indict consumer reports negligence of the equipment of sessions only reference per document Quality Assurance and LAN local area networks, "only of node file management constraint called 255.255.0.0 multicast were bridged"; and the fact that the properties of Softwho were sole source of one area of trust of utility merged the fact that probate and civil rights tort violations and right of way filibuster must be considered from this March 2020 episodes and as well bridge the areas of continued development to correct and debug BGP protocol with TCP/IP protocol and mesh protocol of usher Stanford and life and limb claims from so many years of a public and private taunting cycling of convenience criminals and overture criminals of false rushes perhaps under here influence of wrongful claims to produce convenience rushes of every county under influence of convenience generations threats supremacy of Head of Household Adults violations recognizance presentment of SB16 red flag of right of way Civil rights tort violations of issue worldly rationale or utility rationale deficit of Utilities industries proves is errors of Great Depression responsible for the casualties' of every county of under privileged Americans and Globe Americans whom depend on foreign-business license gross domestic product but the haphazard of inability of reseller gross domestic product to create alternative selective discrimination under terms and obligations and convenience of county constants recognizance bias continuums of negligence of worldly rationale against others in contact without motive but agree by techniques rather adopted by all profiles of speedy race issue raised of Amendment 18 age 18 violations of public overture convenience crimes but fail litmus of eligible for work history at blue collar and/or white collar and/or working class or above inceptions".

XI.   Around December 2020..."End of Bid multiple industries": [1] sessions risers networks and [2] access point networks and [3] vortex communication networks and [4] December 12, 2019 financial combination tokens circulation zone administration networks and [5] chemical seams numbers theory age reverse gerontology and [6] SEC securities stock exchange stock tickers, whereas; pending allegations mass public is not utility of properties conflicting statement: SB16 filed and filing and as needed from 2014-2021 of false generations threats every year and findings investigation and emergency investigation and feedback responses, from USPTO since, April 18, 2021 and Antitrust, "Mike" April 18, 2021: of filibuster of issue raised Civil rights right of way tort claims with District Courts of Western Texas filed April 18, 2021 conflicting statements and complaints to justify law suits while public encroach and corporations still unpaid of any balance of one person to secure one's possessions and secure one's homestead and secure the national utility of one second per one person and above: declared all bestow of properties since December 2020 and close of bid however there is no response at all since the first issue of gross over the counter requests of ad lidem with Microsoft Inc from 2016 through 2021 and further demand letters of payment of restitution filed June 2020 still no proceeds: whereby, herein; requested December 2020 and January 4, 2021 a/an 48-hours and $10 Ten Million dollars bond-emergency stipend or Hedge Account.

STATE OF TEXAS – JUSTICE COURT EL PASO, TEXAS OF El PASO COUNTY DISTRICT COURTS OF WESTERN TEXAS:

JOSEPH A. STANFORD PLAINTIFF VERSUS MONOPOLY INCORPORATED  JOINT DEFENDANTS AT LARGE: CIVIL RIGHTS TORT VIOLATIONS CIVIL RIGHTS ACT 1964 AND AFTER THE FACT OF RIGHT OF WAY UTILITIES PROPERTIES AND CASUALTIES ACCOMPANY PROPERTIES AGAINST JOINT DEFENDANTS EVERY COUNTY: [1] COMPENSATORY RELIEF OF DAMAGES OF TORT BODILY INJURY AND HARMS OPPORTUNITY OVERTURES FUTURES CIVIL RIGHTS ACT TORT RESTITUTION **AND WHILE;** [2] DEFENDENTS CIVIL RIGHTS RIGHT OF WAY EVERY COUNTY PUBLIC AND PRIVATE PROPERTIES OF AILS OF TRADE PROPERTIES UTILITY DESIGN FLAWS AND NEGLIGENCE PUBLIC RECEIVERS REVIEWS FEDERAL TRADE COMMISSION FAIR AND EQUAL TO DRAW ARBITRARY PUBLIC AND PRIVATE NATIONAL STATE CONTROVERSIES.

### Versus
### DEPARTMENT OF COMMERCE AND DEPARTMENT OF JUSTICE
### MONOPOLY INCORPORATED OLIGOPOLY AND PUBLIC UTILITIES COMMISSION AND;

| | |
|---|---|
| H.S.B.C Bank | Microsoft Incorporated |
| Bank of The Ozarks | Cisco Systems Incorporated |
| Chase Bank, U.S. Bank | Juniper Incorporated |
| PNC Bank, BB&T Bank | IBM International Business Machines |
| Suntrust Bank, TD Bank | Oracle Incorporated |
| Fifth Third Bank | BAE Systems Incorporated |
| Citizens Bank | Intel Incorporated |
| Citibank, Citibank Bank | AMD Incorporated |
| BNY Mellon Bank | AT&T Incorporated |
| TD Bank Bank | M&T Bank |
| Suntrust Bank | Morgan Stanley Bank |
| | American Express Inc. |
| Merrill Lynch Financial Products | Apple Computers (Apple  Pay) |
| Goldman Sachs Bank ` | Walmart Incorporated Arvesta Bank |
| Charles Schwab Bank | Discover Incorporated |
| Wells Fargo Bank | U.S. Department of Treasury F.D.I.C |
| Regions Bank | Bank of America |
| Key Bank | **PLAINTIFFS UNDER OATH MOTION:** |
| Happy State Bank          Per U.S.C 28 & 1654. | **Softwho  owned sole, Mr. Joseph A. Stanford,** |

818 Myrtle #307
El Paso, Texas 79901
Email: general@Softwho
Telephone (806) 410 6266

PTO/SB/23 (07-09)
Approved for use through 07/31/2014. OMB 0651-0059
U.S. Patent and Trademark Office; U.S. DEPARMENT OF COMMERCE
Under the paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(b) | Docket Number (Optional) |
|---|---|
| | US Pardon: Citizen Quit |

| In re Application of | SOA-service oriented architecture dynamic Internet-network-administration free enterpri⊞ |
|---|---|

| Application Number | U.S.,Treaties procurement states; "Acts-Rebuild" | Filed | 02/2014,opposites without caus⊞ |
|---|---|---|---|

| For | Joseph Stanford 35 U.S. CODE § 271-INFRINGEMENT OF PATENT,(seeks international relocation) |
|---|---|

| Art Unit | "public use option and 911 public use self ⊞ | Examiner | "infringe seeks federal benefits via Treatie⊞ |
|---|---|---|---|

This is a request for an extension of time of __20-year royalties and international federal benefits.__ (days), (weeks), (months) under 37 CFR 1.136(b) in this pending application. An extension of time is not available in this application under the provisions of 37 CFR 1.136(a); however, additional time to respond may still be granted under the patent statute. The petition fee under 37 CFR 1.17(g) is required. The reasons for requesting the extension of time are the following:

close of year 2019: December 29,2019 do certify all claims in patent writes are well connected properties of author in condition of servitude of USPTO patent writes claims process and commission of manufacturers use to extent of self owners methodologies per Cases reviews and per commissions of patents authenticity and issue of patent write methods to own our claims of patent strategy offset of employments since 2004 IPIC internet protocol icon companion and here since 2004 include statement of authenticity and brief that the public rushing did not infringe our methods of patent writes non at all and that the property owners rushing while patent writing submitted to your offices from first day until finalizing legal closure two parts civil rights post formations illegal blackmail and secondly include the hostility of trade secret clarification act 2013 along with partnership Act 2010 issue raised of monopoly breaches to effect of public stand off false hood against STanford and fact of multiple utilities is needs of public and is not patent utility properties issue of patent write at all but negligence of Constitution laws and order and cost of living and patent write utilities of one person in inbound central locations of authority is central tenet of our right to design and utilize is within realm of processes first fair and square to your offices and that your concern may be context of public rushing and that Softwho described prepared and ready and counter-conducts claims through around 200 911 phone calls El Paso, Texas and that now they are at false command levels 2019 since around 200 voice mails to district attorney in Abilene, Texas and at this time with Courts and Supreme Court and all FBI offices suprisingly with all Government and all miiltary psychiatrists with issue on the board "competition and affirmation accessory serial is not obligation consent whatsoever public allegations and further public is at stand still of self recognizance blackout" and here again with patent offices the issue of fair routines to obtain facts gather the date of around 11/2018  and 12/2018 per 911 phone call around day of January 12, 2019 issue of public assimilations concern and that our patents have already been ⊞

| Joseph A. Stanford, (digital signature) | 05/28/2019; 07/06/2019 |
|---|---|
| Signature | Date |
| Joseph A. Stanford | 15/689,970 and 14/184386 |
| Typed or printed name | Registration Number |
| owner/President Softwho.us | 1-915-258-8864 |
| Title | Telephone Number |

This collection of information is required by 37 CFR 1.136. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1–800-PTO-9199 and select option 2.

# Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# CERTIFICATE

No. 14616

**FILED**

2014 NOV 24  PM 3: 24

TENA O'BRIEN
CO. & PROBATE CLERK
BENTON COUNTY, ARK

## DOING BUSINESS UNDER ASSUMED NAME

I (We) do hereby certify that I am (we are), or intend to, conduct or transact a business under the assumed or designated name of _Softwho-us_

at the location address of _512 East University Street Siloam Springs, AR 7276_

and I (we) further certify that the true full name or names of each person conducting or transacting said business is (are) as follows:

| NAME | MAILING ADDRESS |
|------|-----------------|
| Joseph A. Stanford | 512 East University Street Siloam Springs, Arkansas 72761 |

This Certificate being executed in compliance with the provisions of Arkansas Code Annotated 4-70-203.

Signed: _Joseph A Stan11_

## ACKNOWLEDGMENT

STATE OF ARKANSAS )
COUNTY OF _Benton_ )

On this day, before me the undersigned, _Cristina L. Beattie_, Notary Public duly commissioned and acting within and for the County and State aforesaid, personally appeared _Joseph A. Stanford_

to me

personally known to be the identical person(s) whose name(s) is (are) affixed hereto, and who executed the above Certificate, and acknowledged that he (she) (they) executed the same for the uses and purposes therein contained and set forth.

Given under my hand and seal on this _24_ day of _November_ _2014_

(Seal)

Notary Public

My commission expires: _July 25, 2016_

FILED FOR RECORD on the date and time noted herein

BUSINESS NAMES Book _24_ Page _264_

_Tena O'Brien_  COUNTY CLERK

BY _A. Gaines_  Deputy Clerk

 **USPS.COM**®

Secure & Private   USPS HOME   |   FAQs

# View Your Change-of-Address Order


We are unable to modify your Change-of-Address at this time because it is still being processed. Please come back after 72 hours.

---

## Move information

**Processed On**
APRIL 12, 2021

**Type of Move**
PERMANENT

**Name**
JOSEPH A STANFORD

**Requested Start Forwarding Date**
MONDAY, MAY 03, 2021

**Who's Moving**
INDIVIDUAL

**Requested End Forwarding Date**
SATURDAY, APRIL 16, 2022

**Email Address**
GENERAL@SOFTWHO.US

**Old Address**
818 MYRTLE AVE
EL PASO, TX 79901-1512

**Phone Number**
806-410-6266

**New Address**
GENERAL DELIVERY
PAGO PAGO, AS 96799-9999

---





We the People

Of the United States,
in Order to form a more perfect Union,
establish Justice, insure domestic Tranquility,
provide for the common defence,
promote the general Welfare, and secure
the Blessings of Liberty to ourselves and
our Posterity, do ordain and establish this
Constitution for the United States of America.

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

UNITED STATES OF AMERICA

PASSEPORT
PASAPORTE

USA

Surname /
STANFORD

Given Name
JOSEPH ANDREW

Nationality / Nationalité
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
30 Apr 1973

Place of birth / Lieu de naissance
INDIANA, U.S.A.

Date of issue / Date de délivrance / Fecha de expedición

Sex / Sexe / Sexo
M

Authority / Autorité / Autoridad
United S

USA

P<USASTANFORD<<JOSEPH<ANDREW<<<<<<<<<<<<<<<<
6575922437USA7304300M190120273685989000<596240

# Department of Justice negotiations.

Per 12/2020 agreements with OEM manufacturers of business systems and MOS management operations systems and chipmakers CPU central processing units.

[1] access points hub transfer and hub coupler border gateway networks solution March 2020.

[2] MOS management operations systems session risers networks protocol consortium with several industries: routers, servers, computers, and business systems file management LED networks.

[3] March 2021 gross receipts consumer reports of 7 and 8 and 7 receipts 10/2020 and 11/2020 and 02/2021 and March 2021ion implementation Quality assurance of ARP address resolution protocol and LED remote carrier sense modulation of configuration-terminal and remote backplates configuration terminals.

# NOT FOR SALE PROPERTIES.

## NOT FOR SALE PROPERTIES.

## VORTEX COMMUNICATION NETWORKS HEREIN.

The items, concepts, patents, products, business plans are intended of business fruits of ROI return on investment consumers and partnership IP royalties and designed to meet required cost of living per person in society presentments accompany previous business economic propriety properties since 2004 and 2007 and 2012 and 2016 and 2017 and 2018 and 2020 with similar coupled business systems and digital communication equipment "fruits of work"; and together feature our robust national utility of switch plane networks called vortex communications networks dual chassis token ring and control token networking to well established line of business doings IP royalties and IP production properties here in presentation of any kind are suitable line of business products include: Microsoft and Cisco Systems Inc and Netgear Inc, and USPS United States Postal Service and FBI and Juniper Networks Inc and Oracle Systems Inc and AMD Inc and Intel Inc and Nortel Inc and Fortran Inc and Army Corps of Engineers, and Sap Inc and Lucent Technologies and Texas Instruments and Motorola Inc:

Herein properties: Are not for sale properties vortex communication networks but part of contract of [1] IP royalties shared patent and [2] properties business plans production of Softwho; [1] TCP-session risers and TCP/IP backplates networks and [2] vortex communication networks upon terms and conditions business plans of Softwho.



| | |
|---|---|
| **Subject** | **Re: Fwd: Presentation - Financial Combination Tokens** |
| **From** | <general@softwho.us> |
| **To** | <huntington.investor.relations@huntington.com>, <InvestorRelations@syf.com>, <ed.bilek@bbva.com>, <InvestorRelations@comerica.com>, <IR@etrade.com>, <james.abbott@zionsbancorp.com>, <moleary@svb.com>, <ir@mynycb.com>, <investor.relations@cit.com>, <steven.bodakowski@peoples.com> |
| | <huntington.investor.relations@huntington.com>, <InvestorRelations@syf.com>, <ed.bilek@bbva.com>, <InvestorRelations@comerica.com>, <IR@etrade.com>, <james.abbott@zionsbancorp.com>, <moleary@svb.com>, <ir@mynycb.com>, <investor.relations@cit.com>, <steven.bodakowski@peoples.com> |
| | <synovusboardofdirectors@synovus.com>, <webmaster@mutualofomaha.com>, <inquiries@astfinancial.com>, <jason.patchett@cibc.com>, <InvestorRelations@eastwestbank.com>, <InvestorRelations@firsthorizon.com>, <katy.hall@bokf.com>, <CEscochea@bankoftexas.com>, <privacymanager@johndeere.com>, <investor.relations@raymondjames.com>, <investorrelations@firstcnb.com>, <InvestorRelations@fnb-corp.com>, <robb.timme@associatedbank.com>, <investor_info@wintrust.com>, <directors@frostbank.com>, <ab.mendez@frostbank.com>, <investor@iberiabank.com>, <enebb@optonline.net>, <InvestorRelations@hancockwhitney.com>, <heather.worley@texascapitalbank.com>, <tmangan@websterbank.com> |
| **Cc** | <patentpractice@uspto.gov>, <PatentsOmbudsmanProgram@uspto.gov>, <antitrust@ftc.gov>, <FDICconnect@fdic.gov>, <probono@uspto.gov>, <reportmisconduct@undp.org> |
| **Date** | 2020-12-30 05:42 |

- Prospectus Abridge Banks Only.docx (~1.4 MB)
- Journeyman Electrical Guild TCUIIP.docx (~151 KB)
- Softwho Project Plans 2021.docx (~36 KB)
- efilingAck39420297.pdf (~79 KB)
- efilingAck40010314.pdf (~66 KB)
- efilingAck40590927.pdf (~63 KB)
- efilingAck40686545.pdf (~60 KB)
- efilingAck40757862.pdf (~46 KB)
- efilingAck40834856.pdf (~66 KB)
- efilingAck41004439.pdf (~63 KB)
- efilingAck41028666.pdf (~63 KB)
- efilingAck41064569.pdf (~60 KB)
- efilingAck41064575.pdf (~63 KB)
- efilingAck41064582.pdf (~60 KB)
- efilingAck41064593 (1).pdf (~60 KB)
- efilingAck41064603.pdf (~60 KB)
- efilingAck41422531.pdf (~60 KB)

Dear Sirs,

Please review complete business models of RFC industry computers and CPU and vortex communications with Prospectus attachments and everyone that I know of is counting on financial combination tokens to merge with pay check cashing services per county and merges with Affiliations and here is the final offer from November 2019 with our postulates with additional postulates of lump sums economies and grid x/y repeaters and as well the proofing of postulates included updates if need be....please send our account rectify at once of income per daily needs attached as soon as possible. Thank you Softwho and Regions Bank and Go bank have been updated about any ACH transfer that would need to be done before leaving the United States of America of the famous citizenship Application to another country. Thank you so much and anything will work for the time being of capital available and hedge account remedy to leave the State of Texas for the end of the year and within 5 minutes with our OEM firms and Bio tech firms attached and Department of Commerce and Chamber of Commerce with official authorization to transfer the objects and create the available nutshell of labor required even after many felonies per person and the requirements that USA may have in mind to find labor rather for the time of labor before consent please......Thank you so much..... issue 1: Save Stanford right now....Softwho pleas bargains of around $10 million dollars to net income to pay for one's way and safety within 5 minutes and public collide of dupe at this time is not cover up but is real and prevalent and closing in fast within a few days. 12/29/2020. Please advise our international clients at once and any set backs met with available nutshell marketing for our partnership in the works and the international FDIC parties to enjoy the latest business products of manual two way communications of financial combination tokens networks.

Issue 2: Softwho includes demand letters and Antitrust laws of threats with the only supportive issue raised Softwho is the only company on any legal hearing with OEM firms or Banks institutions Fortune 1000 or Affiliation corporations Fortune 1000 or Chamber of Commerce 54000 counties and Department of Commerce: with gross mislead errors within concepts of Softwho of networks of name space and formats of name space and formulas of name space and business utility USPTO filed since fair times stamps ratios only man in America or abroad to apply manual and digital communications systems

Issue 3: whitepapers and inclusions of Vortex communications networks of Softwho include our guarantee versus over 2000 RFC patents with one question is flood gates and reliable host management and reliable switch planes of outlet and output within flood DACS networks.

Wow! thank you so much. everything is done and complete from LAX airport from the alleged convenience crime theft of escape from United States from Stanford and Softwho August 10, 2020 and all of the counties have DA's involved since pressures of defaulting (all of the criminals are detained opportunities) and as well Softwho guarantees vortex communications networks offers new age technology mediums of adapters and plugs and butts and splicing than ever seen in the globe --- Guaranteed SLA from day one 2007 interlayering OSI and 2020 vortex communications networks not for sale but will bargain if need be and as well gerontology aging reverse complete guaranteed proofing and analysis without too many chemicals and we are ready to fly out of the United States with citizenship application elsewhere as promised with President of United States of America fixing our deficit of having goods to offer to another country from 2016 and 2019 and 2020 and would kindly rescind upon prompt payment from your offices from one or more or consortium - we okay with whatever to get moving within 48 hours and I have to call these people and they are going to get into a bind the man is closing in convenience crimes wise we have to get moving and the banks are a new discovery since again of only a few were renders of aid per one and many and all! omg!. 2020.

please find demand letters attached of March 2020 antitrust threats of suitable convention of properties for sale stipulated fault line of unable to produce clarified by November 2020 of BGP line access remote networks and multiple protocols unequitable of boot flash technology properties clarified of November 2020 and capability of the products of TCP/IP and TCU/IIP of backplanes and frontplanes uplink DACS and router processor and cross connectors lacking scales roots roots cause and as well the resell value of $500 trillion dollars of our products of name space networks of Softwho and as well the same letter used with Financial institutions of Fortune 1000 over 200 financial tokens combination networks and Chamber of Commerce every county and as well Fortune 1000 OEM firms of our vortex communications networks featuring security of RFC never again up for grabs of RFC of reliable gateways master codes to replace the one to two of procedures that we have on a router known as routing-switch plane reliable gateways networking of Softwho and TCU/IIP and as well final close of the deal within timely of over night for suffrage of Miranda Rights per county and state county and national county of the fact that bosom is management utility and not so much management person and so we need to merge new feasibility compares of 2 out of 10 persons of heighten is also 8 out of 10 whom admitted to heighten and that the issue of adaptable consent of available is probable root cause as speculated with so many conventions of Softwho of manual agreements of upfront lump sums as and same as effective as digital communications networks and finally the vortex communications networks backup plans with our pedigree engineer RFC firms in case there are any struggles that you all may incur and so our final letters of 2020 celebrate true of the Softwho company of limited by text and multiple websites to achieve the most premiere technology of processor

# Does Softwho contend postulate theory of .01 cents and money and treasury host processing via input algorithm and treasury mint where equality and why standards are a management relational meaning true state and condition?

Answer: Softwho reviews theory scope and mathematics postulate of around three versions pertaining to relational combination financial tokens standards:

- 1. postulate #1 supporting issue treasury .01 via host processing baseline

- 2. postulate 2 supporting issue of treasury and time being .03 outstanding parts of geometric cycles revolutions supporting caution and potential.

- 3. postulate 3 supporting analogy of host processing equals meaning and equals four decimals of analogy box in ocean equals .01 and equals 1 and equals 1.0.

- 4. postulate 4 supporting theory of quantum physics issue of geometric output being .01 of treasury mint and meaning of 1-x where subnet of decimals equals 1.0 and host process is .01 and therefore input of numbers input and mechanism host processes geometric shape of .01 and treasury mint not necessarily relate to .01 or formula in any way whatsoever.

- 5. postulate 5 supporting theory of dynamic agreements where attenuate of .01 or 1.0 or .001 contend zero length or treasury concept 7-parts and whole being .01 or 1.0 or .001 SOA start of authority host processing

- 6. postulate 6 issue of treasury mint and .01 schemas where 7-parts of a whole equal around eight functions explaining fact of .01 equals 8 functions of business executions and when applied host processing input algorithms there are around eight functions and OOO that directly mean or equal ?-=?

- 7. postulate 7 where treasury mapping equals .01 and treasury mint equals .01 and fact of host processing input algorithms are functions of .01 after every use of every function and establish fact of OOO within .01 being one or many or one by one or 1-x use and therefore relate to fact of .01 being treasury mark because the use of OOO equals eight parts and if one or more are not utilized then these are not proper treasury marks when applied within isotopes of input functions and eight functions and OOO eight functions and eight business functions where a management decimal term explains proper is verifications.

- 8. postulate 8 where issue of resolver business management isotope is .01 when applied to basic use of tokens creations of resolver origin being input of .01.03.2.x resolvers code of algorithm establishing management thesis of business management being host processing where input algorithms within concept of geometric being x variable applied within concept host processing and resolver running lists of decimals within gravity mention and recall being agreements being isotope of spatial context of running decimals within four part placeholders accurately depicting some management terms that are very basic where input of .01 is the SOA of the host process and explains a management starting point.

- 9. postulate 9, where issue of treasury mint being geometric descriptions of elements includes 90/0 variable when calculated comes to around 1.90 and .90.1.x.x equalities when variables are used to prove and sustain issue of geometric such as tangency lines and input defaulted natural order pairing where input and equaling .01 and whether treasury is the actual and true condition is only found upon .01 = output phases of 90/0 proven by fact of geometric shape of rectangle where there must be a decimal output of .00 or .01 based upon percent of geometric tangency and natural output of pairing agreements or IIO.OII natural order where treasury mint include fact of .01 being host process of geometric output of rectangle of 90/0 when calculation is used of 90/0.0.90.1 when processed includes geometric shape of a rectangle not a circle and circumference is not found where issue of treasury or mint may relate to proper word etiquette of business agreements not necessarily treasury circular mint printed by management processes.

# financial combination tokens. 1-X

## Softwho.co

*What are some key mechanics that are relevant with our bank and a zone circulation at any time?*

You can use an input any real number within four places known as Log Multiplier and have (interchange even number of representation)

Your can use the compute symbols in OOO left to right for an output total request to reconnect with.

Your offices can divide among groups of 1-x and post reconnections to these groups for durations of time and change your mind at anytime you want.

Your offices can provision employments and resellers altogether at minimal circulations of losses against total revenues for example, $100,000 revenue in one year and around $10,000 credit line changes of posting via log input mechanism changes everything.

The tokens combinations make sense you are able to create a compute for classifications with interchange of types of math related with reconnection mainly.

The tokens can be used to make spending trees happen in just about anything with the use and release of benefits happening. Such as reconnecting amounts and re-divvy which changes the penny and nickel and dime and quarter into a long term check up of many and many locations and constant reviews of a private topology that you can generate and business work that you have money for with the conversions of interchange monies.

"Public and trade devises per position net worth authority"



**roundcube**

| | |
|---|---|
| Subject | **Re: Fwd: Presentation - Financial Combination Tokens** |
| From | <general@softwho.us> |
| To | <huntington.investor.relations@huntington.com>, <InvestorRelations@syf.com>, <ed.bilek@bbva.com>, <InvestorRelations@comerica.com>, <IR@etrade.com>, <james.abbott@zionsbancorp.com>, <moleary@svb.com>, <ir@mynycb.com>, <investor.relations@cit.com>, <steven.bodakowski@peoples.com> |
| | <huntington.investor.relations@huntington.com>, <InvestorRelations@syf.com>, <ed.bilek@bbva.com>, <InvestorRelations@comerica.com>, <IR@etrade.com>, <james.abbott@zionsbancorp.com>, <moleary@svb.com>, <ir@mynycb.com>, <investor.relations@cit.com>, <steven.bodakowski@peoples.com>, <synovusboardofdirectors@synovus.com>, <webmaster@mutualofomaha.com>, <inquiries@astfinancial.com>, <jason.patchett@cibc.com>, <InvestorRelations@eastwestbank.com>, <InvestorRelations@firsthorizon.com>, <katy.hall@bokf.com>, <CEscochea@bankoftexas.com>, <privacymanager@johndeere.com>, <investor.relations@raymondjames.com>, <investorrelations@firstcnb.com>, <InvestorRelations@fnb-corp.com>, <robb.timme@associatedbank.com>, <investor_info@wintrust.com>, <directors@frostbank.com>, <ab.mendez@frostbank.com>, <investor@iberiabank.com>, <enebb@optonline.net>, <InvestorRelations@hancockwhitney.com>, <heather.worley@texascapitalbank.com>, <tmangan@websterbank.com> |
| Cc | <patentpractice@uspto.gov>, <antitrust@ftc.gov>, <FDICconnect@fdic.gov>, <reportmisconduct@undp.org> |
| Date | 2021-01-17 07:55 |

- SOHO1099 Contract Softwho.pdf (~888 KB)
- efilingAck41369263.pdf (~57 KB)
- efilingAck41369270.pdf (~66 KB)
- Softwho Vortex Communications Networks Final.pptx (~3.5 MB)

Thank you so much for the opportunity to serve your companies and find our best the globe has to offer; please find our clarification presentation of vortex communications seals dual chassis token ring and master mapping kernels gateways images networks from 2020 and end of 2020 from our business models of Softwho sessions risers networks from June 2020 BGP line relays of our internal discoveries regarding limitations of domain networks and line access and router processing within the last year presentments of December 2019 of mesh protocols of TCP/IP and RFC well known protocols with articles of indictment close of bid to our understanding right of Ad lidem of Stanford and Softwho to enter marketplace with prestige of firms included to find clarification and find patents of utility and save our planet earth from any potential losses and offer maintenance from our famous George Bush President in 2004 and President Trump in 2018 of meetings of The Generals and again offer any meeting you wish with prospectus bid closed 12/15/2020 and 12/31/2020 of the Softwho company micro entity firm seeking close of bid of the for sale properties of how you wish and we will consider and offer of vortex communications networks as will however our business plans included with SOHO contracts are situated for the next ten years along with chemical engineering of Softwho of gerontology and food supply equipment to hire and employ 1099 workforce of around 40-60 target employments with the IP royalties and punitive settlement claims included with our proposal since March 2020 and our offers are completely yours to the pedigree of meeting and use if you will please as soon as possible and I have to have our backup monies principle paid within the next 48 hours to get to Honolulu, Hawaii or to San Diego, CA to obtain our SOHO relationships and to present our vortex communication networks seals envelopes dual chassis token rings with International companies such as Samsung and Fujitsu and Adtran and Netgear and try to find bid with Nortel Switch Inc and Fortran perhaps or Juniper Networks Inc for the next round and will consider this bid closed for the duration with offers unchanged from our literature from 2019-2021 as of January 17, 2021 unpaid with three phones calls to Department of Justice Antitrust seeking Ad lidem and requests to pay punitive settlement as soon as close of business due to unreasonable collide manifesto to protect the sole owner within 48 hours or less to arrive at the airport and live near the air port until a deportation of flight arrangements are commenced schedules Fiji Flight around March 9, 2021 from Honolulu, Hawaii - We are completely excited to offer a sessions network with router primer and any reasonable deal will work overnight and as well formid of the national utility of Electrical engineer firms and as well Softwho Vortex Networks Switch planes featuring executive token ring dual chassis and channels seals chassis and backup plans of electrical posts of VLAN and VOIP of end to end mapping tier environments as noted with our literature and again thank you for the opportunity to serve your organizations' and offer will merge well with formidable goals of the company Softwho and our SOHO living arrangement and rights to fund the planet if we wish here in the United States of America and we have accomplished our best of the world has to offer your OEM firms and the ISP resellers that you all advertise over a ten year period and as well Telecom giants and Cable giants and Layer 3 Switch giants and so our relationship is just beginning and not closing as we are proud of the sessions risers networks and hope you will find time to review the errors of backplane reported to Department of Justice Antitrust divisions within timely manners supporting the environments that we speak highly of and the struggles of text and hyperlinks and HTTP of domains and remote DSP's and ISP's we called R&D over a four year period and 7 year period of business to business with icons interlayering and TCP/IP and as well NAT domains of remote gateways reliable networks and many other interfaces and interfacing skills for all technology professional certificates in the near future.

Than you again please rectify our account with Regions Bank and Gobank so we may take our security rights of Ad lidem to the next level as planned within the 48 hours as we have requested since June 2020 with Demand letters and many new additions to complement the offer and presentations and prospectus that we included December 15, 2020 and please find time to review our companies wonderful journey with Switch planes called vortex communication networks seals of processors and as well dual chassis token rings of DACS token rings and that we have to move on to another country for citizenship as soon as possible and have packed all of our business possessions and recovered concept that Alaska Airlines flight stewards saved Stanford's property August 2020 and as well recovered the public of followers per 76 cities of less than 100,000 population responsible and many other court advantages of followers that are not our issue raised of required labors before consent contact closed with blackmail resolved with December 2020 and finally the announcement of our company Softwho to relocate to another country within timely of age and chemical engineer and Intellectual royalties that we requested and should not have a problem and as we stated again and from August any amount to get Stanford somewhere safe and have money in the Account will work and we will not accept clutches as we are acquirement status of SOHO contract to obtain employees where the money goes first at salary amounts of around $50,000 of around 50-100 employees in Fiji Island and will return to United States as needed and have scheduled our flight arrangements March 5, 2021 and leaving for good March 9, 2021 - Thank you again and please find a copy submitted to the Department of Justice Antitrust division unchanged of punitive settlement claims and suffrage Miranda rights and collide Miranda rights of new claims ROI per person one person to society claims and Miranda Rights claims of avoidance presentment articles since 2016 to all State governors and all state procurement offices and as well Department of Commerce every country and Chamber of Commerce in 2017-2020 and all major financial institutions featuring recovery by utility use of productions and 1-x by 1-x used in every foundation from here to vortex communication networks. Thank you so much.....any amount will work we want no troubles of clutches from these parties as our information has been unchanged for 30 years now and we included the the fact of 800,000 available parties and everyone's jaw dropped about the advantages of the courts' and the privacy invasions and many other concerns that we simply cannot stay for the rest of this year 2021 and offer the close with the easiest recoveries possible with your offices and same message to the Chamber of Commerce and message same with Department of Justice and Federal Trade Commission and as well Financial institutions and Affiliation companies in which all of the solutions are submitted to everyone possible and every trademark over 3,000 it is my understanding are in support of two way communications and best wishes for the new year and please have no discomfort at all to release any information to obtain development with your teams within any time you want please feel free to contact whomever you wish at anytime and please feel welcome to close the deal with Joseph A. Stanford with the best terms and conditions there are on the market for these properties of risers and sessions networks and remote WAN line access access points and backplates TCP/IP of constant runs of TCP/IP of the issue raised of SLA agreement hierarchies of TCP/IP and all of our equipment with ROM and RAM easy to change terminology within your realm of the affairs of R&D and thank you so much for your support since 2016 during our first emails to your offices and the years and discovery bullet points we both found charming such as networks.hosts in 2013 and 127.0.0.1 loopback and remote loopback and remote peer to peer and inbound management and dual copy from 2016 and credit fractions in 2016 and elastic and carriage roots in June 2018 and root elements of digital communications xxxxxxxx.xxxxxxxx IPX/SPX ODI and in 2019 mesh protocols of lines 1-4 of the concept of WAN frame relays and 256MB of text emulation and bouncing emulations and the problem of 2020 of mesh protocols of line relays limited by WAN of 16 lines and the clarification returning back to the United States of Midpoint networks and tunnels networks and our close of the year goals complete with end of year of midpoint networks syncs information and as well vortex communication dual chassis token ring and our final prospectus included thank you a round of applause to my old manager Dan Say and Rusell Villemez from Pagemart Wireless Inc and I hope to send some aid and comfort to my manager of the executive council of Paging and Wireless and our wonderful journey of Jumpers DACS and chemical Jumpers of jumper and meats of injections of chemicals and as well the cylinder treatments of helium and natural helium and gerontology prospectus within timely manners of explorations of white blood cell commands to the human body and hope to review the college degree of a few college degrees within the next five years to meet the issue marketing of the FBI within timely manners of our business development goals within the next five years and thank you so much again for our opportunity to enter as IP royalties business and second line of wowl another business of vortex communications networks and even a backup plan of VOIP and VLAN called tier mapping programs declarations of electrical scales IP roots. Thank you.

Thank you so much,

5/10/2021    Roundcube Webmail :: Re: Intellectual property IP reseller agreement featuring: close of deeds transfer draft real SLA: TCU/IIP relays of ...

Case 3:21-cv-00105-DCG    Document 3    Filed 05/13/21    Page 35 of 102

| | |
|---|---|
| Subject | **Re: Intellectual property IP reseller agreement featuring: close of deeds transfer draft real SLA: TCU/IIP relays of subnet masks and relays of MTU and remote login profile uplink DACS.** |
| From | <general@softwho.us> |
| To | <randall.stephenson@att.com>, <icare3@amcustomer.att-mail.com>, <info@att.com>, <dataprivacy@al-enterprise.com>, <cloudsupport@hp.com>, <AskBoard@microsoft.com>, <media.australia@apple.com>, <privacy@cisco.com>, <privacy@juniper.net>, <nonmanagementdirectors@us.ibm.com> 8 more... |
| Cc | <memberservices@amd-member.com>, <nfo@nvidia.com>, <txn@ti.com>, <tsupport@us.fujitsu.com>, <NETSUPP@us.ibm.com>, <trademar_us@oracle.com>, <pims@sis.com>, <IR@via.com.tw>, <txn@ti.com>, <tsupport@us.fujitsu.com>, <NETSUPP@us.ibm.com>, <trademar_us@oracle.com>, <pims@sis.com>, <IR@via.com.tw>, <embedded@viatech.com>, <att@computershare.com>, <memberservices@amd-member.com>, <nfo@nvidia.com>, <txn@ti.com>, <tsupport@us.fujitsu.com>, <NETSUPP@us.ibm.com>, <trademar_us@oracle.com>, <pims@sis.com>, <IR@via.com.tw>, <embedded@viatech.com>, <att@computershare.com>, <nortelusclaims@nortel-us.com>, <info@skadden.com>, <privacy@klgates.com>, <jweinzim@debevoise.com>, <sarosenthal@venable.com>, <jjbruton@venable.com>, <pemccahan@venable.com> |
| Date | 2021-04-13 14:49 |

*roundcube*

- OSI Models vortex networks Softwho.ppt (~1006 KB)

On 2021-03-01 15:28, general@softwho.us wrote:

Pat, @ 202-344-4000 c/o Joseph A. Stanford Account balance $0 versus over the counter and levels of support economies comment of Department of Defense "resources and resources per county" requesting immediate emergency Hedge Account funding and/or seed balance paid and/or chargeback Punitive settlement paid within 48 hours from March 1, 2021 and March 8, 2021 will not accept use of LLP properties life, liberty, or property while not denials of management per hedge funding account rationale basis of Softwho and Stanford Regions Bank informed and alternative of Department of Treasury direct.gov Account #Y 723 959 955 @ 844-284-2676 "per escalation President Pardon March 1, 2021 mediation with Antitrust divisions and USPTO offices of support levels of economies" Thank you so much for taking the time to hear the wrap up summary of requests of Account Hedge and/or Punitive settlement claims within 48-hours filed 12/28/2020 and 01/08/21 and deadline 02/10/2021 with Department of Justice Antitrust and FTC Federal Trade Commission and as of within the next week have no deposits of seed capital known as court motions seeds with Softwho owner Joseph A. Stanford motions Partnership Act 2001 filed March 2020 of failure to appear of Amendment 14 substantive due process claims and escalations processing within 24-hours of Miranda Rights Civil rights Act 1964 right of way of After the Fact claims seeking President mediation and Army OIG and Marine OIG of Department of Defense hot line 800-424-9098 and explained is eases versus requirements of two locations and discard of recovery and rebuild per failure to appear since 2017 Financial Fortune 1000 firms and requests of Hedge Account relief within 48 hours of Stanford and Softwho seeking Honolulu, Hawaii and place of contact of visitation with our new employees and the equipment as we described as noted "will not be disappointed and without failure of our end at Softwho since 2017 and available at 5am of turnover of the objects IP property and no such warning nor question posed of hierarchies of Government over 20,000 counties per state of support level economies if you please and owner is sole owner and is not the instrument of change manifesto at 5am to recovery and rebuild of sources and resources commented by Department of Defense"

Dear Sirs:

If you please Stanford and Softwho account is at zero balance and betweeness redress-instruments is not Stanford suffrage acceptable of forfeit-failure to appear and cannot accept 20 years ago claims of no veto of President Pardon changed to venue of management rather than accessory related of mediation after several phases of USPTO completions of processes and then mathematics and then proofs of gross receipts 20 years ago and cannot accept no for an answer of speeds trap of causation the questions posed with Homeland Security management social applications-Government any one within acceptance through their doors of business per county per requirements of able and willing and now we need to open our relationships elsewhere and elude consumer reports since 1990-2020 of equipment telecom and rebuild telecom equipment malfunction and solutions DACS file management of CDN and errors backplanes are truly business operations systems MOS of scales roots proper seals"

If you please act according to our emergency escalation needs as soon as possible within 48 hours and contact the OIG of Marine Corps and Army Corps of Engineers regarding Hedge Account and your own issue raised of eases versus requirements of suffrage and Miranda Rights claims and I am sure any amount approved and authorized to Regions Bank or in person or in Honolulu within Saturday March 6, 2021 will work sufficient of our needs with Vortex Communication Networks as our issue not taking things for granted is the first Active Presentation of PPT of digital communications of backbone errors of this era of 2000 and 1990's and must be urgent of the surprise of emergency and emergency of the owner not in collide but gratitude of the amazing abilities of the backplates industry of scales OOO and IP routes and TCP/IP and processing primer as we discussed with presentations and prospectus. You have to call them to get the payment and we will authorize this pro bono approach to obtain some Account Hedge amounts from many offers of agreements since 2018-2020 from 2020 and the bounties we explored together and clarified national business with digital communications equipment.

Please contact the software firms and financial firms within 24 hours to obtain our hedge account and punitive seeds monies and Partnership act remedy of the filed motions of March 2020 and the final products attached please of collide issue and phase of inopportune of our text of multiple websites overcome and the issues afore. Here is the final offer and the opportunity of backup R&D of VLAN cells and rainbow routers and our vortex communications should not be stonewalled of the issue public using properties over the counter but unable to pay $5.00 bills is not a false object of Stanford nor instrument of petitions of redress and would mean that we have verified our need to relocate to another country and State of Hawaii will arrive March 9, 2021. Please satisfy this request and obtain our hedge accounts at once.

Thanks,

Joseph A. Stanford

Te;l 806 410 6266

818 Myrtle #307

El Paso, Texas 79901

On 2021-02-10 22:22, general@softwho.us wrote:

Follow up of 48 hours demand letters notice February 8, 2020: per our security initiatives and seed monies and punitive settlement needs addressed with several pedigree software design of Visual Studio.net and command.com code languages and ROM random access memory languages and reserve of properties Softwho of mapping envelope reservations systems: vortex communications networks includes our petitions with pro bono attorneys and pro bono attorneys of United States of America Antitrust federal divisions with several posts of authority chain of command versus convenience crimes of the issue false partnership act 2001 beguiles against my client since 14 years ago and additional years and includes our chain reaction of events and as well additional issues raised to meet cost of living per day and per month and rights of IP intellectual property royalties since our initial reviews filed in Potter county March 2020 of Partnership Act 2001 threats however the issue of conflicting statements of authoritative and due process of Amendment 14 and 15 and 6 are included at this point of requests of Hedge Accounts of 48 hours or less is not public appetite of forfeit with surprise witnesses including resurrection civil rights Act 1964 since and now 2021 of mass casualties surprise

# Internet Layering Classes and Classifications
## TCU/IIP Classes Network Administration
## Peer to Peer Arrays Reservations Administration

**Peer to Peer Subnets Leases Hierarchy**

**Session networks Layers and Sub layyers via Peer to Peer Provisions**

Leases Layers Transmission on Session networks

Arrays Two way DACS Subnets QOS

Gates Gateways Ansd Networks

Remote Layers

Peer to Peer Uplink Chassis connectors

Peer to Peer two way DACS streams Networks Session Netowrks

P2P remote netowrks

Peer to Peer Vector Paths Cesspools

**Arrays Builder Classes Transport and Presentation and Transmission and Session Networks Sessions**

**Arrays Uplink data communications access Networks**

**Arrays DACS Teases structures Layers**

**Arrays coprocessors**

Mesh protocols domains

Domain union pairs of concrete domain union networks

Domain RPE resolver and targets

Domain head to head decimal stacks

Domains to router two way communicatio ns

Domain link state RPN: NAT networks

Domain functions of elastic AP's

Domains networks of session and field trunks

Domain link state remote RPE

Benchmark domain networks

DDC Distributed declaration content
CDN content delivery networks

**Two Ways Subnets Plates TCP**
**Transmission networks to Peer P2P and**
**Domains arrays hierarchies**

Arrays DACS

executive fields-objects subnets

executive fields-objects gateway netowrks

VLAN output Coprocessor engines

Domains of protocol MTU

VLAN DACS

Arrays

Variables subnets masks

Variances lines subnets

Hierachies

Provision Layers Networks

Provisions hop networks

Name space places subnets

Reliable gateways

Remote gates

Borderf gates

SOA connectors Formats

Hierarchies

DACS LSP

List service provider domains call and assignment

Arrays Types of Payloads "kernels" "gateways" gates

Peer to Peer two way DACS session host cloud gateways

Collapse cycles Borderf gates Netowrks and relays hierarchie Domains netorks

Ring assignment Tip and ring or tip and call and assignment

# FOR SALE HEREIN PROPERTIES.

## FOR SALE PROPERTIES.

## SESSIONS RISERS ELECTRONICS AND TCP/IP COMMUNICATION NETWORKS HEREIN.

The items, concepts, patents, products, business plans are intended of business fruits of ROI return on investment consumers and partnership IP royalties and designed to meet required cost of living per person in society  presentments accompany previous business economic propriety properties since 2004 and 2007 and 2012 and 2016 and 2017 and 2018 and 2020 with similar coupled business systems and digital communication equipment "fruits of work"; and together feature our robust national utility of switch plane networks called vortex communications networks dual chassis token ring and control token networking to well established line of business  doings IP royalties and IP production properties here in presentation of any kind are suitable line of business products include: Microsoft and Cisco Systems Inc and Netgear Inc, and USPS  United States Postal Service and FBI and Juniper Networks Inc and Oracle Systems Inc and AMD Inc and Intel Inc and Nortel Inc and Fortran Inc and Army Corps of Engineers, and Sap Inc and Lucent Technologies and  Texas Instruments and Motorola Inc:

Herein properties: Are not for sale  properties vortex communication networks but part of contract of [1] IP royalties shared patent and [2] properties business plans production of Softwho; [1] TCP-session risers and TCP/IP backplates networks.

# Framework sessions and tunnels risers

networks

I.  Identify coprocessor output adapters: 180/2/x/y = 180/2/x/x = 180/2/x/y = 32 sessoins/ x sessoins delimit

II.  Identify technology of sessions risers networks: 180/2/x/y/x = x.x.x.x / 180/2/x/y  / 180/2/x/y  / 180/2/x/y  = x.x.x.x = x/x/x/x/x/x/x/ = 32 sessoins or above

III.  Identify TCP/IP backplates bit masks parity and fetch parity and risers ARP unique fetch parity and checksum parity

IV.  Identify output backplanes risers networks primers: geometric, cross connector arrays, output flood arrays, TCP/IP subnet masks of 99999999.9999999.99/x : 9999999.99999999SD.10.16/3/4/5 =  9999999.99999999SD.10.16/3/4/5 /3/4/5 = 32 sessions output of input /7/8/18/108/360/180/5/4/3/2/48.48 or 180.108 or 7.108 or 7.8 or 8/108 or 108/108.18/255.255 or 999.999/9.9999999/18.108 or 108.108 = 108.18 /3/4/5 = 108.108 = 108.18 /3/4/5 = 32 sessions / x sessions

V.  Identify collapse networks backbones of DACS:  input any times 255.255 or 999.999 /180/2 = x.x.x.x = x/x/x/x/x/x/x = 32 sessoins /x sessions

VI.  Identify equipment via Queues of DACS equipment lines and new line of equipment: 180/32/4096/24.64/32/8/9/7/6/5/4/3/2/x/y = 180/32/4096/24.64/32/8/9/7/6/5/4/3/2/x/y =

VII.  Identify telecom and mabell ISP terminal truncation equipment lines: input any times 255.255/2/180/2/2/x/y = x.x.x.x / x/x/x/x/x/x/x/x = 32 sessions/64 /x sessoins.

VIII.  Identify open and close networks IEEE mesh protocols "as is" and input and output of risers electronics outboards and inlays boards and outboards WAN's Any times 255.255 = x.x.x.x 7.8.18.108 delimit field /2/180/x = Any times 255.255 = x.x.x.x 7.8.18.108 delimit field  /2/180/x = Any times 255.255 = x.x.x.x 7.8.18.108 delimit field  /2/180/x = x.x.x.x 7.8.18.108 delimit field  /2/180/x = /32/64/128/4096/10.16 millionths registers terminal servber gatewways

I.  Identify IEEE mesh protocols of command 16kb: 16bytes.24bit/43.48 or 156.167 or 198.199 or 141.131 or 141.7/7 or 7.108 / 16.108/180/2 = x.x.x.x = x/x/x/x/x/x/x = x.x.x.x / x/x/x/x/x/x /32/64/128/256MB/64MB/2/180/x/y = x.x.x.x = x/x/x/x/x/x/x = 32 sessions/64 sessions / 128 bit /4096 ATM cells /2/x/y/360/.05/.03/90.45/2/180/2/x 16.15/9.9999/7/8/7/6/5/4/3/2/108.18/x

I.  Identify IEEE mesh protocols of sonet ring decimal Sessions-Arrays (not containers) chassis: x.x.x.x = x.x.x.x = x.x.x.x /1111.FF00.1854.1994 hex registries of attributes.system MSDOS /2/180/x/y = x.x.x.x = x/x/x/x/x/x = congruency /2/180/x/y = x.x.x.x = x/x/x/x/x/x = 32 sessions / 64 sessions / x sessions delimits

II.  Identify business objects executive field languages and DACS networks crawler file management, mark up languages loop centers,

Input any times 255.255/187.156/2/180/x/y = x.x.x.x = x/x/x/x/x/x/x = x.x.x.x / x/x/x/x/x/x /32.64/32 sessions/64 sessoins/ 128 sesoins / delimit sessions integers arrays /3/4/5/108.18/9.999.99/9.999

I.  Identify sessions networks primer processor within coprocess outlet and output and seals and mains envelopes of routers "as is": 108.18/8080/4.5/9.999/7 = x.x.x.x 8080.9000.255255.108.18/9.999 = 108.18/8080/4.5/9.999/7 = x.x.x.x 8080.9000.255255.108.18/9.999 = 108.18/8080/4.5/9.999/7 = x.x.x.x 8080.9000.255255.108.18/9.999 = 108.18/8080/4.5/9.999/7 = x.x.x.x 8080.9000.255255.108.18/9.999 = 108.18/8080/4.5/9.999/7 = x.x.x.x 8080.9000.255255.108.18/9.999 = 108.18/8080/4.5/9.999/7 = x.x.x.x 8080.9000.255255.108.18/9.999 /32.64/x

II.  Identify enterprise servers partition mapping networks

I.  Input any times 255.255/2/1280/x/y /4/3/2/180/x/y = input any times 255.255/2/1280/x/y /4/3/2/180/x/y = input any times 255.255/2/1280/x/y /4/3/2/180/x/y = x.x.x.x / x/x/x/x/x/x = x.x.x.x / xx/x/x/x/x/x/ 180/2 = x.x.x.x / x/x/x/x/x/x/x/ 8.64.16.108.18/2/180/x/y/ 180/2 = x.x.x.x / x/x/x/x/x/x/x/ 2/180/x

I.  Identify Wafer Fab Lucent Technologies and Texas Instruments DACS of PIP and ROM and RAM : input any times 255.255/180/2/x/y /255.255/8.108/180.08/7/6/5/4/3/2/180/x = x.x.x.x = x/x/x/x/x/x/x = x.x.x.x / x/x/x/x/x/x/x = x.x.x = x/x/x/x/x/x/x/x = x.x.x.x / x/x/x/x/x/x/x/x = x/x/x/x/x/x/x/x = x.x.x.x / x/x/x/x/x/x/x/x/x = x.x.x.x / x/x/x/x/x/x/x/x /32.64/2/180/x

# sessions and tunnels cross connects arrays tables theory.

| | 1.44 | 16KB | 16.32/9.999 | 8080/x |
|---|---|---|---|---|
| | 255.255.255.255 | 255.255.0.0 | 255.255.255.255 | 255.255.255.255 |
| | Multicast | Frame relays | Anycast interfaces | Output arrays midpoint networks |
| | TCP/IP ARP or FTP or Telnet or Hyperterminal sessions LAN | TCP/IP sessions Throughput midpoint networks LAN to WAN relays and arrays | TCP/IP sessions arrays LAN and WAN arrays and WAN relays sessions delimits | TCP/IP interfaces queues input and output session networks |
| | LAN | WAN | WAN | Output Midpoint IIO/x interfaces |

Router Session connect with MP output

Output session Route or Router with array tunnel 16KB

Input within queues or arrays database inject or array sessions

output proxy and IIO/x interfaces inject and output via delimit router

Lodge Fetch
45.48/.24.FF

Lodge-fetch
180.45/.45/3/48.
31.41/3/4/5=
360.3.14.45.999/
3 large faxxfix

Asq/Bsq = Csq=
x.x.x.x =
X/X/X/X/X/X =
X/X/X/X/X/X =
16KB sessions

"bandwidth"

Lodge fetch
speculated
attributes
default primers
%/!/.%//!/$/.$$.3
.45.49.AT.AP.I5.
6.16KFOO.FFGG.
AU/48.49/2
Lodge fetch
1500.FF00[GG.H
H.AZ.150048

1500.45.90/3/4/
5 = x.x.x.x =
X/X/X/X/X/ =
27.999/3/4/5 =
27 sessions
electrode
cyclinders

IIO/x = IIO/x =
3.14/3/4/5 =
3.5/.05/.03/45.9
0/9.999/27.7/3/
4/5 = xix.x.x
3.14.27..180/2 =
IIO/x=.IIO/x=
x.x.x.x =
x/x/x/x/x/x/x =
8.8.16.32 bit and
byte conversion
arrays session
cross unions

primer tables.

Where sessions networks are 256KB divisions of 1.44 because the 255.255.255.255/44 equals 16KB proper coding 0.52%.% where 192 / 255.255 or any number divided by 1.44 equals percent equalities network.host and delimit of router and sessions and tunnels as 256MB floppy bit masks of 16/32 bit streams and fetch and keep alive MTU of DACS equipment or router processor cross connection systems primers.

A unique ARP gateway session speculated as (8.8 bit map) of floppy bit masks of 16/32 bit remote WAN wide area networks where octet of reliable remote gateways sensor of return octet and return subnet congruency of 8.8 = 8.8 = 255.255.255.255 = 255.255.255.255 = 180/2/48.49 = 180/2/48.49 = IP address connection WAN of BGP or WAN line access points..

A push and pull algorithm of percent signs and number counts of TCP/IP speculated of (48.49/2) or 4.3 IIO of midpoint IIO/x floppy bit masks of 16/32 bit output and outlet sessions and tunnels-Arrays (not containers) networks and sessions risers networks star and bus and FDDI and router processor and gateways multiplexing approved of port 8080 port forward only is not switch plane random switch planes of port 8080 or above but existing ports and existing firewall ports and existing TCP and UDP switch planes of compile and builder and build profile and boot flash and tear down leasing envelopes offering the most comprehensive bit masks utility envelopes networks called sessions risers networks in Today's router and server and CPU and computer and terminal server history offering output and outlet flood gates that change the highest premium SNMP of data output floods as well.

# How it works specifications: Sessions risers networks.

i. The primary connection to any router or session networks of direct connection is database midpoint networks: Arrays connectors consists of database of electrodes within posts and ARP processor of the router primary gates of router processor and primer of names and numbers and letters and decimal formats known as TCP/IP of subnet masks and TCP-addresses.

ii. The secondary midpoint networks addressing star and bus Arrays routing-database modulations within electrical lines and within port forwarding adapters and within route processors and within route tables and within the router LED block of TCP/IP command line and TCP/IP output and input command addressing structures within cabling image broadcast networks.

iii. The output of primary and secondary and proper scales OOO of one interface to next interface and output command kernels within: Arrays database arrays cross unions via delimits of domain union concrete protocol.

iv. Command kernels of routing networks and router command lines and LED command lines and output and input databases cross connections inherited proper scales OOO within algebra containers ($x.x.x.x = x/x/x/x/x/x/$): within Arrays database of plates subnets protocols OOO standards of subnets-TCP/IP where subnet matches with standard switch plane protocols

v. The internet and networks and input and output remote and carriage and local host domain NAT network address translation tables within DHCP or RIP or TCP/IP IP routes and IP addresses cesspools within TCP/IP RIP-based or DHCP base or WAN base of Collapse networks extranets and backbone kernels master gates and master gateways and output WAN master kernel images of 16KB arrays of RIP and split horizon output flood gates switch planes networks.

vi. The IIO/x switch planes interfaces and undercarriage interfaces and processor interfaces and output command kernels interfaces within Arrays database ARP processor flood gates container systems of router contain the router database materials arrays unique addressing structures of most of the router output networks of IP hosts and IP hosts DHCP addresses and IP addresses of the TCP/IP plates of the router and star and bus networks and collapse development gateways of exranets of outbound and collapse inbound traffic congestions managed host provisions.

*roundcube*

**Subject**    **Re: aging healthcare concepts gerontology from 2011 Webcomm Technologies and Softwho 2020**

**From**    <general@softwho.us>

**To**    <investor@labcorp.com>, <info@rrf.org>, <Public.affairs@biogen.com>, <monir@aci-bd.com>, <info@afar.org>,
<Investor.Relations@cardinalhealth.com>, <info@techandaging.org>, <InvestorRelations@mylan.com>,
<ipca.delhi@ipca.com>, <info@asaging.org> <investor@labcorp.com>, <info@rrf.org>, <Public.affairs@biogen.com>,
<monir@aci-bd.com>, <info@afar.org>, <Investor.Relations@cardinalhealth.com>, <info@techandaging.org>,
<InvestorRelations@mylan.com>, <ipca.delhi@ipca.com>, <info@asaging.org>, <invest@regeneron.com>,
<openinnovation@lilly.com>, <info@biolex.com>, <DPO_EU@mmm.com>, <office-wien@bausch.com>,
<legal@tri.global>, <Customer.Service@bausch.com>, <kontakt@bausch.com>, <custsvc_me@bausch.com>,
<ebc@uspto.gov>

**Cc**    <efilingsupport@supremecourt.gov>

**Date**    2020-12-30 05:20

- Journeyman Electrical Guild TCUIIP.pdf (~683 KB)
- Prospectus Abridge Banks Only.docx (~1.4 MB)
- Aging statement quality assurance 2019.pdf (~307 KB)
- efilingAck40101962.pdf (~63 KB)

Dear Sirs, from Joseph A. Stanford requests punitive amounts paid as soon as possible with clarifications additional designs of cylinder treatment of helium chambers of age reverse whiteblood cell command trace and need education fulfillment right away any chemistry training would be much appreciated please find time at once for our flight of March 7, 2020 leaving El Paso, Texas with Fiji Island and this email submitted to over 1000 other partners with no income posted to our Regions Account nor Gobank Account as of yet....If you all will please we need seed monies or punitive claims suffrage paid right away and please find our new filings submitted to your offices with minute changes and reflection gross receipts from 20 years ago included.

issue 1: Save Stanford right now....Softwho pleas bargains of around $10 million dollars to net income to pay for one's way and safety within 5 minutes and public collide of dupe at this time is not cover up but is real and prevalent and closing in fast within a few days with Software OEM firms and biotechnology firms and NASA and NSF and as well Fortune 1000 Banking firms right away please. 12/29/2020

Issue 2: Softwho includes demand letters and Antitrust laws of threats with the only supportive issue raised Softwho is the only company on any legal hearing with OEM firms or Banks institutions Fortune 1000 or Affiliation corporations Fortune 1000 or Chamber of Commerce 54000 counties and Department of Commerce: with gross mislead errors within concepts of Softwho of networks of name space and formats of name space and formulas of name space and business utility USPTO filed since fair times stamps ratios only man in America or abroad to apply manual and digital communications systems

Issue 3: whitepapers and inclusions of Vortex communications networks of Softwho include our guarantee versus over 2000 RFC patents with one question is flood gates and reliable host management and reliable switch planes of outlet and output within flood DACS networks.

Wow! thank you so much. everything is done and complete from LAX airport from the alleged convenience crime theft of escape from United States from Stanford and Softwho August 10, 2020 and all of the counties have DA's involved since pressures of defaulting (all of the criminals are detained opportunities) and as well Softwho guarantees vortex communications networks offers new age technology mediums of adapters and plugs and butts and splicing than ever seen in the globe --- Guaranteed SLA from day one 2007 interlayering OSI and 2020 vortex communications networks not for sale but will bargain if need be and as well gerontology aging reverse complete guaranteed proofing and analysis without too many chemicals and we are ready to fly out of the United States with citizenship application elsewhere as promised with President of United States of America fixing our deficit of having goods to offer to another country from 2016 and 2019 and 2020 and would kindly rescind upon prompt payment from your offices from one or more or consortium - we okay with whatever to get moving within 48 hours and I have to call these people and they are going to get into a bind the man is closing in convenience crimes wise we have to get moving and the banks are a new discovery there again of only a few were renders of aid per one and many and all! omg!. 2020.

please find demand letters attached of March 2020 antitrust threats of suitable convention of properties for sale stipulated fault line of unable to produce clarified by November 2020 of BGP line access remote networks and multiple protocols unequitable of boot flash technology properties clarified of November 2020 and capability of the products of TCP/IP and TCU/IIP of backplates and frontplates uplink DACS and router processor and cross connectors lacking scales roots roots cause and as well the resell value of $500 trillion dollars of our products of name space networks of Softwho and as well the same letter used with Financial institutions of Fortune 1000 over 200 financial tokens combination networks and Chamber of Commerce every county and as well Fortune 1000 OEM firms of our vortex communications networks featuring security of RFC never again up for grabs of RFC of reliable gateways master codes to replace the one to two of procedures that we have on a router known as routing-switch plane reliable gateways networking of Softwho and TCU/IIP and as well final close of the deal within timely of over night for suffrage of Miranda Rights per county and state county and national county of the fact that bosom is management utility and not so much management person and so we need to merge new feasibility compares of 2 out of 10 persons of heighten is also 8 out of 10 whom admitted to heighten and that the issue of adaptable consent of available is probable root cause as speculated with so many conventions of Softwho of manual agreements of upfront lump sums as and same as effective as digital communications networks and finally the vortex communications networks backup plans with our pedigree engineer RFC firms in case there are any struggles that you all may incur and so our final letters of 2020 celebrate true of the Softwho company of limited by text and multiple websites to achieve the most premiere technology of processor routers and bandwidth electricity and gerontology of reliable being bosom of age reverse of all time and we have no problem at all with public speaking events and no problem at all with attending college and training and will accept your box-of gifts of charity of laptops and plane tickets to Fiji Island and payment for a hotel at no extra cost and minimal as possible and we are leaving in about two months from now scheduled March 7, 2020 and we have to get our possessions from LAX airport after arriving to Fiji Island and this is only opportunity timeline that we can stand off so many facts to join with the issue roots cause-Softwho has to pay for expenses and we could have assisted over night to rent a hotel room and we could have assisted to rent a car and we could have made a reference of character to the government of Fiji Island for this man and as well his family situation doesn't right at all and the fantasia game is over with and we found all of the tip off parties and we established against the Senators of guilty before any inmate of prison or jail and so I have to get moving over night okay ....I'm not even kidding please assist right now....I have to have a deposit of money to the bank account with Regions of Softwho to pay for the needs at once and there is not other options and they are ruining with perimeter and perimeter is the much worsen of the child spitting on the school-walls okay....Now please assist with our payment rectify so I may enjoy my life and please appreciate that you all are at marketing distances and can severe the relationship within 30 seconds and now I love my manager Dan Say from Dallas, Texas and elite worth of over $50 billion dollars and have no problem having his family over the rest of their life okay and now I need to get my manager to a 30 second protocol with Joe here okay.....now the gross receipts again are from 20 years ago and our protocol of locked doors was sufficient but the accessible sprees are not contained yet and the opportunity against a manager cannot happen okay....now please transfer some proceeds for our net income to grow in th next year from our flawless and guarantee and guarantee there again and guarantee in front of crowds and guarantee flawless of computer systems.....if you will please....I have to get going right now...

In addition to updates with Gross receipts with Software firms known as "OEM firms"; includes the fact of perjury by oath inclusions of negligence blackout accessory followers where Softwho includes final draws to the security liasion of every county with question of threshold-negligence by techniques of do injury and do and will and have injury; however, since 12/29/2020 our famous question of (public blackmail) includes the red flags of perjury by oath where Softwho testifies maintained contact with all OEM firms over 4-years however the opportunity of cover up blackmail were prevalent in all contexts of the situation of OEM firm and Softwho since issue raised init fallacy copy cat convenience crimes where the question litmus will parties continue or abridge nucleus concept of issue raised french kiss of profiles each other rural and substandard or is there a red-dot of recognizance of guns or military warfare "to seize the other highest opportunities" denouncing these parties as the fallacy of technique works but hinders the issue of threshold admissions upon the issue presentment of articles of confession and articles of proofs against any such notion or gumption of arrival or timed arrival or machine war crimes or answer final of the fallacy of speech trap "Bill Gates the owner of Microsoft" typify of the experience of illegal designs of expert conducts versus admissions of expert criminal reports of threshold to demand punitive settlement amounts upfront of the next issue raised of forfeit of economic due process or above within due process of management uses of consent such as opportunity to enter dwellings or opportunity of minimum wage or befool of the fact of required management inbound relationships and we should include that our best of footprint of mastermind crafts of the machine of copy cat and civil riots looting of hold patterns and civil post formations were per county and per state and deduced as first interview bank and denied while children were in school and then the trap of the whereabouts of children per county per threshold question minimal at hand of questions of greatest aptitude and is guilty and second gaunter is there mass admissions of county rural man of related with first conduct of at scene of crime and third was decency of blackmail signature transitions made upon mass encounters or were the alibi part of the working condition to offer cover up and failure upon finding mass profiles at work such as home

5/10/2021 Roundcube Webmail :: Re: aging healthcare concepts gerontology from 2011 Webcomm Technologies and Softwho 2020

Case 3:21-cv-00105-DCG Document 3 Filed 05/13/21 Page 42 of 102

property of social classes and signature of deeds transfer but question entered why would someone be listed as missing persons' if the scene of the yellow tape were blackmail of signature transfer so the occupation of techniques noted recent of 2015 had to have the benefits of cover up by accessible crime sprees but the fallacy of the techniques to include courts' prelude of facts including at scene of crime negligence and whether blackmail were prevalent of signature to blackmail offer or county or state allegation rural and substandard and finally the act of criminal doing of blackmail in many capacities to gain and hold patterns and supremacy and supremacy to conquer but questions posed against threshold recognizance that we must include per punitive action with Department of Justice Antitrust and Federal Trade Commission antitrust is basic theory of why the blackmail were forfeit of basic tenet of cover up signature but the parties all are under manslaughter investigations per county of interrogation presence of the fact that the public notices would or would not prevail a public marketing debut of all sides were not a blackmail posture at all of signature transfer of deeds and as well attached Judges panel of El Paso Texas effective December 2020 of the issue pro bono necessary to find daily amounts for Softwho and Stanford of the multiple promises of SoHO and completions of our prospectus campaigns and here our final questions posed the question of forfeit thresholds or admission forfeit or accessible by forfeit recognizance of issue inbound management required and here our issue of psychotic must contain that our best footprint to find your future benefits of society and profit watches and possible stoppage of payments for lost revenues of labors required of lazy eye convenience crimes over a period of time must be heard that the threshold values there again cross examine the fact of:

question entered did the public at every number receive highest utmost information of properties and objects to connect in verse but fail to endorse at any level the appropriate chain of events to enter a bona fide criminal or bona fide psychotic or bona fide of threshold tolerance of toddler aesthetic use of vices communiques and benefits of communiques but fail to respond to any such gumption of several support systems levels where the appropriation must be heard of the fact that the psychotic of the accessible is the fact of fast and faster and faster as cover up and cover up is tolerance and cover up is the act of taking something by any method of vice but failing to present a return negotiation and here Softwho states that the chasten of psychotic question of whether tolerance of psychotic is fact of cover up being the act of alibi replacement while reminder systems of one's self stated many times to entire Fortune 1000 companies as gumption of replacement cover up of false objects consent of reminder systems required serial recognizance but in any case: did you and your cohort of any kind examine techniques of communiques to hold patterns taking of verse objects but fail threshold values of simplistic arrogance of presentments to eases of alibi to be a replacement party against others: because under no time has our company Softwho been appreciated for name space networks nor merging beyond text of emulation multiple websites nor gross receipts to adapt new treasures within the business models nor at any time has our company been brainwashed of the profiles of 60-80 bosoms per county nor these people appreciated nor has there been any appreciation at all whatsoever of the articles to Fortune 1000 companies back again within the concept of speech trap and opportunities of threshold right or wrong of communiques practices nor has there been any support nor comment at all about the most vulnerable situations' nor the rushing of the parties of guilty nor the deaths of the counties of children possibilities nor the loss of the utmost of the thefts taken from 18 persons nor any comment at all accept for maybe our dear Presidents about the vortex communications and multiple routers nor any comment at all of the gerontology of age reverse found with anamoly properties nor close of year 2020 from over twelve years of defaulted resellers about anything and so we must brief the judge once more requesting over night of safety and the over night effect of what the testimony consists of here with threshold and psychotic and that the opportunity of the lifetime of careers is at stake and we ask again within close of year 2020 to assist Mr. Joseph A. Stanford with his wishes of 48 hours to leave the country and the amount of flexible hedge account within 48 hours is just fine and we ask again to rectify our arrangement of prospectus of the Account 806 410 6266 FTC Federal Trade Commission as the issue of reseller defaulted by reseller properties of one business across America and that we urged SLA agreement of payments made to these Holders of Fortune 1000 over 20 years ago to commit to 3am of deadlines to a better lifestyle from every Corporation filed with Better Business Bureau in America and now it is with urgency to leave because of opportunity of cover up that really isn't to the likeness of cover up nor blackmail nor foul play nor cover up accessible whatsoever of parties not eligible to attach to remedies of labor required because of a first run of denials at the bank and mass entire 200 million persons in America epidemic and misunderstand and misdirect of possible renders of aid misunderstanding that they were never approved with a bank account since the first rural man or rural woman entered the bank establishment and that the essence of banking assistance is misunderstood table of objects of recognizance of the fact that the majority of the arrests Across 50-states and over 200 million people have been the reserve of cover up trap to hold pattern and yet the conflicting statement is underway in just the same as the first threat to the banking institution on the first day of this man's presence to the banking institution to establish motive?

If you will please with United Nations on board and all Presidents of over 50 countries to celebrate Construction business of scathes and construction business of chemical walls possibilities and Chamber of Commerce 1-x agreements of multiple websites reseller paycheck cashing services inbound management and the fact that Banking institutions for the first time in history appreciate FBI-marketing of the concept of 110 feet at a marketing sign of deserved respect to another from 2017 and then again in 2018 with Department of Commerce with uplift to web pages by monitor of powers of Government per county at no overhead of Intel at all of business licenses and embed of approval of pre-monies known as lump sum economies and treasury maps economies and 1-x grouping itemize economies trades and assumed names lists service providers trades to a business attachment and digital communications breakthroughs that we over came together from 2019 with our focus of phases management of patterns of procurements 2018-2019-2020 of Softwho and all OEM firms of the issues of phasing the meaning of the digital communication with use of utility and utility mechanics and then utility of processes and then utility of design to cross connectors of reliable gateways and geometric priming lines and router processors and the final properties that invited with your financial CFO of Anderson Consulting and Earnst and Young and other famous GAAP standards to include GAAP Account of worth over $500 trillion dollars of the fact of two way communications used with support systems levels noted with DOJ Mike on 12/15/2020 and fact that the company Softwho includes gerontology chemical jumper arrays called meats and cyclinder electricity posts of bandwidth virtual plugs and vortex communications networks as the premium of router and routing technology surpassing our goals of the fact of over 2000 RFC protocols registered and Softwho closes year 2020 with final theories and the fact that your businesses and OEM firms can include the equipment to many reseller partnerships on your side of the picture of the equipment for sale gross domestic products of routers and computers and CPU's and electrical units and monitor adapters and plugs and as well Softwho includes that our business has also included save the day of the fact that the equipment under processes are totally yours and Softwho of the total business of equipment filed under a headway of Vortex communications offering bit map and number bit map and management bit map and master codecs bit map and in which we at Softwho.us include the final gross receipt of 2020 of identification-router and identification of protocols TCP/IP with TCU/IP of fact of mapping digital images are master code-gateways as final theory of digital communications as noteworthy of vortex communications networks of DACS of router boot flash or flash of DACS or DACS of flash and coupler of random order and above pairing routing services networks and TCP/IP via TCU/IIP different type of router of DACS open flood and seals floods similar of hyperterminal routers and hyperterminal programs of the boot flash and coupler of systems Routers and enterprise services and many many more developer prospects for our new SOHO agreements under way within new year of 2020.

Thank you again and please find our initial white papers of the uses of functions of routers (TCP/IP via TCU/IIP tunnels if you wish TCP/IP classes refinement uplink plants and TCP/IP of cross functions designated technology adoption standards of non-RFC with white papers of many uses to name a few and many more upon close of the deal overnight to pack our things and business software and cell phone we have and belongings and disappointing final question is that the response versus utmost is not at all our needs and we have to go ahead and make international arrangements with our remaining life time and find that a distance of countries is the best liasion of such issue as gerontology and age reverse on the way with bio tech firms and router developments in another country called vortex communications digital communications networks and that Stanford and Softwho made the most strides possible to severe the relationship at once to the utmost pedigree of your wishes and have not received the gumption of properties transfer of deed as of yet but include that our offices made every possible avenue of public notices verse of the issue of management deficit from reseller burden of products to itemize of 1-x off the shelf of the man's trademark corporation to yet another stride of before anyone should receive our bosom management and manager information and techniques and as well calm any such notion of alibi of standing to learn someone best premiums and finally the support systems of levels of support to run a country with little from promises from the four year vote from our dear Presidents and that the eases of implementation versus eases of convenience crimes far is too doubtful for our presence at family levels to frustration levels of CEO's and to the fact of eases of goods to assist ratios and the fact that 8 out of 10 changes to 2 out of 10 upon financial tokens networks issued and 40 to 60 locations in a zip code available for two way agreements changes the focus to related to one's self and yet from our records the issue of the channels and segments 1-x of Department of Health takeover of home equity loans and homes and apartment units could change and has changed this feasibility outlook forever reducing 8 out of 10 communiques receivers and the fact that 2 out of 10 would be changed permanent of someone interested in their home life of adaptation of the apartment for use of home dwelling for a reasonable amount of time per person and again Stanford and Softwho state the arrogance and nor gumption placed on this placed nor the restore of Military rebuild of the Economic Recovery Act of years 2014 08 and years 2015 have not taken place at all - so if you would not mind please acquire our properties please and please submit our bid please and as well I need to get to another country right over night honest - the people are receivers utmost and every time I enter to 911 or leave 911 or the opportunity of dupe the issue of stop and cover up is at hand and now you must respond right now please - I have to get out of the country right now within 48 hours okay....the plane ticket is purchased and I have two to five tickets to Fiji Island and the amount needs to be transferred to our new banks savings account and Regions Bank account and Gobank account that we have prepared for this journey in Fiji Island - and Now I have already reviewed all of the payments of over 40 Billion dollars to all of your RFC non registered to USPTO accounts and Mr. Joseph A. Stanford states any amount will do and you may not have an option of response to me or my probate at all of prenotices of emergency to this level and we will not accept rescind of the offer of the our account because of cost of living versus ability to pay a basic amount with priors that have never been before any major council at all nor the mass email in which you all never briefed anyone of authors that were close to the area of relevance and then experienced ultimate losses and now I will not accept this type of bargaining with over the counter parties at all nor parties that have been out of work of employment after being briefed from Supreme court so many times and so many Presidents with notices of development of any other venues since 2016 from over 100 countries to your attention and as well the fact of anyone tries of blackmail as aesthetic against Joe Stanford as after the fact of communiques receivers and our techniques out in the open is simply unacceptable to the issue of civil rights compared with tolerance of beguiles nor the messages from Presidents of President's

5/10/2021 Roundcube Webmail :: Re: aging healthcare concepts gerontology from 2811 Webcomm Teahnologies and Softwho 2020

Case 3:21-cv-00105-DCG    Document 3    Filed 05/13/21    Page 43 of 102

plates of $25000 be in public heirs at this point of manipulation or fix of chlosterphobia nor cover up of grievance was participant as national generation-crimes and the fact of the state representation of seeking national debut found as guilty as that man and woman of rural schizophrenia and many other areas and my new employees are begging me in their own way of management to their employee for god's sake to get some money so we can merge and move to another country elsewhere to Fiji Island is the most terror of ediface I have ever witnesses and I have the obligation and mentorship to change this once the deal is complete.

Please remit on time by end of year 2020 of amount of Miranda rights suffrage and President Pardon of one person to society and the other poised positions of legal actions taken to leave the United States of America as soon as possible: Thank you again of amount of $80-$100 million dollars and the completion of deeds of quick transfer of the objects or objections raised to our end of IEEE networking engineer and fact that the public can and have and will probable of accessible crimes but with alibi there again of torture of image line of psychotic and so we need some transfer of net income by end of year 2020 with all of the work complete promises to society from Softwho and please find our email there again charming to the end of resolved and that the computer and CPU and router and server can be changed for the rest of your life for the end of the days of Earth and that we answered so many thresholds of support systems levels with positive dwelling of labor and positive dwelling of repair and Military rebuild to this end as any manager you employed when the business of computers came to the scene around 1995 and please find that the transfer of monies will not go without the blessing of the company Softwho with our new SOHO deal merging just fine to Fiji and Australia countries with the citizenship application that we are welcome to with business rights of USPTO to transfer at anytime we wish and this is our probate wishes to seal the deal and merge vortex communication networks and rainbow router networks and backup plans that we have near to the issue of Softwho developer of mapping gateways networks and low overhead of business employees that any business registered with BBB is entitled to carry as new beginnings in their ten year lifetime and this will close our concern of relevance with witnesses of so many attached with FBI and so many attached to Presidents across the globe and so many attached to the issue of communiques and so many attached to self accessible after utmost injections and so many attached to without due process opportunities and so many attached to duping consent and so many attached with cover up of emergency is speech trap etc...If you will please I need to get going over night and need around 2 months in the United States to merge our vortex communications networks and obtain a single attorney of civil rights from pro bonos probably Skaggs attorneys and as well we need to secure our possessions at the airport at LAX with storage and laptops as we requested and any signature you need and again anything will work okay...please assist our company to leave per security rules of royalty rights before someone causes a dupe to trap and trap to cover up and trap to tolerance please again...this is the situation and again the work of self preserve with the Department of Health and IRS internal revenue service of withhold of tax without representation and as well paychecks in advance of two weeks and this is the 20th email since 2019 of elastic and carriage square roots and the clarification of many protocols of RFC engineers whom never examined the facts of the outlet feature of the system boards - and so again I have to leave right now please take the email to serious connote that Joe here has to leave right now over night and he is telling you if god has power of vehicle and transport then he will purchase the items he needs while separating from the location of safety problem and again this is Joseph Stanford from Dallas, Texas and I explained to you that the party of any is forfeit and opportunity of collide cover up tolerance and I explained to you this is within the next second of engage of distance of person A to person B and intermediary C of telekensis and I explained to you this is a state of emergency and the owner Joseph Stanford here has to leave in 5 minutes no exceptions okay...seriously I have to pay the bill of any item and seriously this is not your convenience crime of response to aesthetic and seriously I believe you made an over the counter purchase in the last four hours and seriously I have to leave right now ...I am simply buying time on an hourly basis of false objects consent and I am simply fulfilling our obligations for totals reference and seriously we proved that the reference is negligence blackout accessory recognizance and seriously I cannot take everyone on of the aesthetic of missing persons and seriously I have to leave within 5 minutes right now...okay...the response is not equating to gerontology bio tech firms of age reverse but tolerance of speech trap and please send some of Hedge account money right now...any amount will do and I explained we have already embarked 911 services of thresholds and the essence of someone gaining against your 911 bosom is not going to happen here so I need you to pay something so my business can be made elsewhere please.

Thank you and

Mr. Joseph A. Stanford

Softwho

818 Myrtle #307

El Paso, Texas 79901

Tel 806 410 6266

general@softwho.us

josephstanfordmail@gmail.com

call the 911 service dispatch of El Paso Texas if you all need to and I have spoken with Regions Bank and we expect a payment so Joseph Stanford can leave the country and any speculation that should be easily able to find in another country from yourself or security issues raised and Gobank should be doable with Softwho or any other arrangement like around $10 million dollars or to settle outside of court punitive settlement claims submitted within aims of threats March 2020 and finalized with Department of Justice "Mike" 12/15/2020 with inclusions of Miranda Rights suffrage and President Pardon of United States of America of one person to society of the fact of available versus not available resources per not guilty parties.

Thank you and best of God be with our journey of age cripple with bio tech firms and I hope to see you in round table with these agencies to assist with Army Corps of Engineers to save their precious bosom from the issue of needs to see beyond black of presence and the entire whistleblower of life and human life and age span and here we believe we can do it and the goals are done thank god...and thank god for your presence....now please submit some money or more and close this deal with the wonderful work Softwho and Joseph Stanford have made within the years of crisis and economic crisis and out of work crisis and answers crisis and society crisis and management crisis and please get this done for god's sake they are going to merge total and I am not the party of 911 thresholds at all and have never made relations of codependency famous psychology terms of large and small requirements assault and battery and accessible psychotic two cameras consent lines at all of 911 services and now I need to get moving right now please.

On 2020-12-21 16:19, general@softwho.us wrote:

Per Softwho include patent end of year 2020: "if you please the opportunity of thresholds and perimeter of catch is not acceptable consent relationships of after transmissions of support systems unto industries per USPTO and DOJ and FTC Antitrust divisions Mike 12/19/2020 requesting punitive and/or Hedge Accounts amounts to leave United States at once within 48 hours and you must comply please any amount will do I do not want a power struggle of our national properties of beguiles of thresholds per recognizance of stop bypass of recognizance bypass properties and forfeit properties and uni crimes stop recognizance implicates others....these gross receipts are 20 years ago and I was manager then of Pagemart Wireless Inc and the selective discrimination of affirmation must uninclude myself out of the picture right now....for god's sake you cannot have my life and for god's sake we have already included 1-x hierarchies of extension buildings with probation lifestyle if you please so I may get my managers out of harms way of their phone calls and hang up please of recognizance and accessory followers recognizance before any such additional agreed upon fast approach and fast to threshold perimeter and fast to replace and fast to available dupe and fast to identity theft and fast to forfeit against one's labors etc...of accessory blackout maneuvers...."

I. vortex communications TCU/IIP networks (not for sale dual chassis tokens and chipset networking via reliable gateways bit masks subnetting VLSM via midpoint networks). Everything is ready and works and the tests from 2018 and 2019 elastic and roots and 2020 IPXSPX S.D and 2020 endoscopy all here for professional certifications and mass upgrades that will do wonders for your wonderful computer equipments" Thank you so much for the time witness of 2016 and that we feel is appropriate for 2000 and from 1995 and 2007 and 2010 and 2013 and web protocols 2018 and 2019 and 2020"

II. Sessions TCP/IP networking Layer 0 for sale as you wish and Hedge account right away to our banks over night.

"truly amazing from our gross receipts dual chassis token ring chipset and call and assignment and bit maps arrays master kernels networking reserved and ready for transfer next year 2021 at consideration for your needs and our needs as telecommunication company with Softwho and my new managers on board within Fiji Island rules and regulations business license Softwho or otherwise"

Please be assured our conversation authorization with FTC and DOJ and Presidents across the Globe is truly at heart and the support systems are already submitted and timely of the apprises and as well feel joy that the business works are solely owned by Softwho of relational domains and uplink networks and sessions networks and processing and processor cross connectors networks and so many other wonders and if you can protect me tonight I can get away to a hotel in hands of mid range management concerned about Mr. Stanford and his goals and no other way is the request against any chargeback not satisfactory of the Account Softwho of life securities within 48 hours notice...we are packed and ready within the next March 9, 2020 and as well the contacts with our management are almost ready with security considerations and as well the work is complete here with phone calls with DOJ antitrust of summary and authorization to commit the issue support systems

5/10/2021 Roundcube Webmail :: Re: aging healthcare concepts gerontology from 2011 webcomm Technologies and Softwho 2020

Case 3:21-cv-00105-DCG    Document 3    Filed 05/13/21    Page 44 of 102

of Softwho and the we the people cause of the issue collide manifesto so if you please we must go ahead and leave before the scheduled ticket of March 9, 2020 of Fiji Island and make our dreams of business vortex communications networks of DACS and open and close environments called CSS-cascade networks and Cascade CSS cascade style sheets and autoexec.bat and hyperterminal and our notes are the best of the concept bit map images and will always be with Softwho and Mr. Stanford and will always offer the secure and robust image of negotiables within the maximum density of telecommunications from this day forward. Thank you again.

Thank you. Everything is transfer to your firms likeness.

Joseph A. Stanford

Softwho

818 Myrtle #307

El Paso, Texas 79901

Tel 806 410 6266

email general@softwho.us

call Regions bank and I can transfer to a few accounts or transfer to Gobank and I can make arrangements there or send a credit card or cashiers check so we may make a trip to Regions bank of any amount at this time 12/21/2020 and yes we will leave after Christmas 2020 and yes we have to go ahead and leave to another country at once and I assure that an amount of $10 million or above will satisfy our needs for the time being until full rectify but we have to have the backup plans going and have to have the issue of backup-Stanford money to pay for himself and pay for his colleagues for a duration of time please. anything will work. please do not wait for power struggle of this issue at hand I have explained the parties of wait and catch and perimeter is against threshold knowledge and new one by one opportunities after hanging up the phone and totals of the presence if you please...about 48 hours.

Cc: Mike Antitrust division Department of Justice Antitrust authorized to speak to Presidents across the Globe authorized to speak with CEO's of OEM firms etc...

Cc: FTC Darcy and Ashley Federal Trade Commission (same as above)

cc: President of United States and President of Fiji Island and President of Mexico and President of China

cc: United Nations Presidents


On 2020-12-12 18:28, general@softwho.us wrote:

close of bid 12/13/2020 ######### Softwho with Mr. Joseph A. Stanford inclusions part 1 Access point WAN wide area networks and telecom business objects search engines and part 2 risers and relays midpoint networks here with OEM firms major Fortune 1000 corporations seeking Hedge Account within 48 hours or less of opportunity is not avail with Softwho nor Mr. Joseph Stanford after apprise and contact of opportunity ideas. Please find our comment line attached and rights of punitive settlement eases of comfort and aid and solutions within end of year known as Whitepapers as well featuring priming the line relays and priming processors router blocks and line relays refinement plants and two way DACS interesting information known as QOS quality of service within IEEE engineering and many other designs and new banks accounts attached as well within end of year with my colleagues of around 50-100 with our flights to Fiji Island flight LAX and new properties but need laptops and training software Appdev and chemical training and electrical training and as well the opportunity to recruit Denver Colorado people and opportunity to recruit El Paso and San Diego and Seattle and Phoenix possibilities of visual studio.net and ASP.net and human resources and teachers out of work as soon as possible and here with Department of Justice Mr. Jarred Hughes and FTC Darcy is the best we have to offer and as good as this should get with this technology relays extensions multitudes and dimensions and as well reserved concept vortex networking communications dual chassis punch-token interrupts chipset and as well until further notice and within 30days or less to application suit of citizenship to build in another country.

Thank you from Joseph A. Stanford please call if I may provide any other information to the end of year SLA service level agreements per county and authorization to commit any terms and conditions as your company deems to suit cost of living as advertised.

Tel 806 410 6266

818 Myrtle #307

El Paso, Texas 79901

josephstanfordmail@gmail.com


On 2020-12-06 10:28, general@softwho.us wrote:

Dear OEM firms and Ad lidem with Antitrust of Government and Antitrust Monopoly to secure the proposal right away and promote our concepts right away and be transparent with our SOHO deal right away.

Please find the attachment updates of Prospectus of the products of Softwho proving substantial line of business affairs and gross receipts (somewhat incomplete) of TCU/IIP as mains of relays of functions cross connectors and MOSFET bouncing VLAN etch networks and as well TCU/IIP tunnels switch planes networks gateways and logics gates of switch planes well known ports UDP/TCP output to line relays of MTU backplates and MTU front plates that along with many other solutions are proven as backbones of all carriers of telecom and all carriers of routing protocols etc...If you please from our findings of Miranda Rights unabated consent one by one demands of blackout recognizance 1 of November 2019 and July 2020 our properties of unable to reproduce Foxpro database and all of our softwares since 2012 and as well November 2020 close of seal of 911 calls of Miranda Rights accessory followers and Department of Justice demanding to leave right now of our SLA needs is not opportunity of receivers where all of our emails to your offices were High-dates and High-points and there that man was there again of learning to mechanics solid true state to commit is not consent contact but convenience crimes okay....please allow my offices to close the door here and move on to our plans to Fiji Island and move at once overnight please as well the fact that working conditions is not whim of forfeit at all of tolerance civil rights of people needing human control test phases and test phases solid true and test phases of fantasia.

Our offices have much more to discuss of the potential gains of around five releases of procedures of binary mapping services and midpoint processing reliable gates and logic gates and types of interfaces than meets the round table with all Presidents across the Globe of findings that we included with master equations of basics of processing across the equation line of decimal gates and logic gates methods of lodges of subnets within CSS style sheets and vortex communications networks and visual studio.net CSS boot flash programs and networking of routers of text emulations ANSI or otherwise and much much more of midpoint networks that we included gross receipts and so our first round of March 2020 bid of Access Point networks ROM of sessions WAN of any AS systems mesh or lower class router of Line relays 1-8 and as well relays midpoint networks TCU/IIP of relays of extensions of relays cross functions and interrupts of any backplate line is completely durable patent of midpoint networks and fast boots and as well your offices forebode of next year 2021 and futures of CPU VLAN etch networks.

Our offices are prepared for your needs overnight and will submit the whitepapers and patents under of gird of relays TCU/IIP within the close of the deed for sale and the ten years of Softwho of request Ad lidem with Antitrust and business plans of IP royalties within design of Utility and Utility of use of IP intellectual

property of Punitive request of all providers fair to transmit right away per our SLA needs and needs of SOHO and again the relocation to another country is emergency protocol of high points and presence and no activity indicating that the receivers of communiques are waiting for mechanics mention rather than seats of mechanics as toddler cover up and as well we have included all of our inbound branch franchise solutions of 1-x hierarchies trade products to all counties with buildings-belonging to Franchise businesses and now include temporary labors firms and financial buildings and as well the opportunity for the relationships with computer repair shops and ISP internet service providers and your offices of OEM firms and final statements attached close of year 12/05/2020 of the concept of opportunity to true state is init condition of something that is potential that is a perimeter but a 2019-2020 betweeness of May 2020 "init fallacy contacts"; and as well the emergency issue to rectify with our punitive request of $80 $100 Million dollars at once due to the overwhelming issue of tip off and receivers gumption of arrival and true state is init fallacy against anyone where no one has made comments about utility at all but yet high points of all parties been attacked were a high point and close reply to local 911 officials where you all have gleaned against people that high ranking managers and that the high points is our final statement of the issue of forfeit Bill Gates or Microsoft to search for another stand off toddler recognizance and now chlosterphobia is the failure to recognizance that these people have management bosom of trademark authority and connections authority and the thinking premise is not published for you to peruse and so we need to go ahead and close this deal right away and we will take a reasonable offer of $2Billion or more at once so we can take our 50 year age with us to another country over night because all the red flags are there and I am sure my managers that we bring with us are needing to leave within 45 minutes and you know I use to report to these managers for a phone call in the middle of the night at 3am to get things done for our CEO and now we need to get moving right away please.

Attachments not included: through 2021 and future.

Gerontology working as teams to create foods meats of vegetables to my knowledge

Gerontology of age reverse chemical research from Softwho reseller

Pending close of deal of binary mapping procedures of midpoint networks

Pending close of deal of vortex communication networks

Pending close of deal of Journeyman protection business license for our programmers to R&D risers electronics boot flash and TCP/IP Classes tunnels networks micro networks: Classes A-D interlayering refinement network engineer injection molds....

Thank you,

Joseph A. Stanford

Softwho

818 Myrtle Apt 307

El Paso, Texas 79901

Tel 806 410 6266

www.softwho.us

general@softwho.us

On 2020-12-01 03:39, general@softwho.us wrote:

Additional solutions includes (no change to contract): Thank you so much for everything in my career and we have to get back to work with our plans of last five years or more of leaving the United States where it is okay to work an 8-hour day with coworkers and pay our bills rather than selective of such an ordeal minute to substantial if you please and unfortunately I am unsure of the American Express Account but the account with Regions Bank is valid or if you have another solution of Account debits for our cost of living and retirement at age 47 and as well Gobank assures the business is valid but we are hindered by wire transfer capability. Thank you kindly our December 2020 okay to separate with our business to Fiji Island please and I assure our plans of contracts of SOHO are already merging splendid with family campaign and contacts probably ready to leave within a few days or longer can be agitated to Fiji Island or to LAX or Phoenix or to El Paso, Texas and we will probably receive our managers around 100 for the geo thermal farm and chemical research after prompt payment by due date of 48 hours and we will accept anything for now to comfort and leave out of the opportunity of the receivers please comparing tip off and receivers and false attempts since the 1980's of a microwaves and Mobile Apps and telephones and the concept of economic appoints of Government and here we simply argue the rural man forgot the mass public reply of false enemy from long ago and now tip off and receiver of our management 1-18 and above and now is recognizance-chains from our management is not acceptable consent: receive one "did you get him" and receive two "are you going?" and receive three, "that will be ours"?

Please find attachments of tunnels of TCP/IP and TCU/IIP of well formed project plan RFP bids with out of country relationships of electrical and programmers and expansion electricity concept of midpoint networks database and single strand wire of clarification Softwho with Journeyman business license with electrical OEM's and TCP/IP host processing of Classes A, B, C, D and risers electrical boot flash diodes assistive with OEM-software and chipmakers and [2] prospectus of Softwho TCP/IP and TCU/IIP of remote sessions networks relays and coupler TCP/IP subnet masks two way DACS and remote login administration devices of TCP/IP interlayering and intersessions uplink networks and risers equipments and midpoint networks name space lengths of subnets masks and much much more.... (although slight incomplete) due to compelling reasons although most of the table of contents valid to every point and as well the prospectus of yours and mine and yours to review and yours to modify and yours to implementation our patents of inventions and reserve patent decimal format networking of 9.18.18.9 of decimal IIO methods and extension decimal 320.220.1500.8080 decimals of output bouncing UDP and TCP or manual input management meanings reliable host information such as management 684 and 694 and 1500 MTU spacers and lengths name space submissions before close of year.

summary of Account: Softwho and Softwho.us demand payment requisition immediately for savior of my people and leave the country overnight within timely of close of deeds and close of transmits as best as possible and clarification of midpoint networks and midpoint solid state clarifications within relays backup plans since thefts at LAX airport while leaving the United States from young Pulitzer Joseph A. Stanford and no wishes of connecting objects of public learning and public rights versus responses time to time and now we need to leave right now.. and there is not another second I have for these engagements at all and we have to leave to another country for the sake of the hate we found and now I need to be transparent and I need my managers with me at all times from this point forward okay. ###########################################################

Proposal of collapse backbones presentment December 2019 through May 2020 [1] access points mesh switch protocols BPG remote ROM stub hub networks LED and LCD and remote equipment proposal valid and domain union concrete protocol of amazing routing levels repeaters and decimal formats of inertia and subnet masks of repeaters and octets registers ten millionths and sixteen millionths and S.D.C.D circumference OOO routes; and [2] September through December 2020 proposal TCP/IP and TCU/IIP return from United States to Fiji Island relocation at once since May 2020 featuring robust midpoint networks and codecs stratocast and NAT-domains via remote login clarification DACS and devices of uplink-remote sessions of equipment methods of leases and methods of uplink to groups of DS0 relays chassis of relays and midpoint networks MTU layering and business objects layering and uplink equipment since 2018 clarifications and as well [3] See Attachment. Electrical OEM proposal "Journeyman business license" of midpoint networks of TCP/IP classes, (A,B,C,D network administration host processing of Classes and job control inventory for trademark incomes), rollover and network administration MAC IP injection molds and risers where the switch line of decimals are electrical switch modulations indicating clearly that the protocols of ROM and frame relays are roots of routers and not boot strap ROM of terminal and executive and configurations: TCU/IIP tunnels networking exclusively not part of OEM-firms deal unless purchased from May 2020 through future offer valid to save Stanford.

5/10/2021      Roundcube Webmail :: Re: Fwd: Softwho campaign resells IP royalties file management multiple websites and database with ingenious T…

Case 3:21-cv-00105-DCG     Document 3     Filed 05/13/21     Page 46 of 102

**Subject**    **Re: Fwd: Softwho campaign resells IP royalties file management multiple websites and database with ingenious TCPIP interesting injection mold and relays Telecom R&D: Journeyman Guild per county expansions manpower solutions Softwho,**

**From**    \<general@softwho.us>

**To**    \<hq-publicaffairs@usace.army.mil>

**Date**    2021-04-16 12:44



- Journeyman Electrical Guild TCUIIP.pdf (~683 KB)

The email in November 2020 may have been altered Frank Watson dl 54632546 Chattanooga tenn

On 2020-11-19 04:58, general@softwho.us wrote:

RFP request for proposal. Softwho 11/2020 within timely manners Army Corps of Engineers since contacts May 2020.

-------- Original Message --------

**Subject:** Softwho campaign resells IP royalties file management multiple websites and database with ingenious TCPIP interesting injection mold and relays Telecom R&D: Journeyman Guild per county expansions manpower solutions Softwho,
**Date:** 2020-11-19 04:29
**From:** general@softwho.us
**To:** customercare@epelectric.com

Softwho campaign 2020 through future wonderful across every nation! resells IP royalties file management multiple websites and database with ingenious TCPIP interesting injection mold and relays Telecom R&D: Journeyman Guild per county expansion of Softwho with IP reseller with OEM firms TCP-subnet masks sciences. from 2013-2020 final thesis of content management VPN cloud networks of routing rollover IP traffic of 2012 and 2007 interlayering networking.

Per Softwho: Mr. Joseph Andrew Stanford "Softwho again within past four years offers expanded wisdom of county-Journeyman Business License of Telecom and Telecom Corridor for IEEE robust of (RFC) and (IEEE) and famous Economic Recovery Act since 2008 and as well Government shut down responses to crisis and costs of living per sign outside and simple must compel seed monies of false consumer of over the counter without premise of labors of two way agreements without chastise feasibility even after home invasions per street and now this makes the final pleas of inbound management center of feasible to the marketplace and the work of utility or design of USPTO and final of defaulted but has to pay or cumbersome of forcible consent coercions known as prison transparency and now we have to get going right away with our precious people whom offered a robust technology career mind you of people that need to send Stanford a SOHO possible relationship upfront from another state and after careful reviews of that person and now I have to ask why did you review a person Joe's misadventures after we plead to all these companies of partnership act from since 2007 and 2013 and 2016 and now the manager of telecom has to request some assistance for housing and safe after the admission of one person is secluded and these managers of elite statesman whom advised the grass roots of telecom now have to merge invasion information from my dear manager and now I have to get going and get the SOHO lifestyle contract up and going I promised my manager a better place of homestead and that the project management prizes would be built with skill blocks and this man is not your punching bag and this woman gave you everything from their company possible with this equipment and career badge and desk to support your rich class lifestyle and now I have to get somewhere fairly quickly with my coworkers and my managers whom are the most Six Sigma of all time and would have put these people to work without question just like Joe here if they had not broken the law and done something positive without the sacrifice of another person and so we have to get moving elsewhere and this is entirely not a civil rights consequence of someone dying on one street in every city and my Mcdonald's manager having to be coerced and the response is nothing more than speech trap of befool to attach to and now I applied with job application and since 2006 of video choreography sent the President George Bush at the time and we had to follow Human services considerations way back when of basic contests and now I have to get moving with my manager and this should not be a difficult dogma of Mcdonald's corporation of a manager whom trains people weekly to be better person in society to get their basic life in place and make payments to society and the relevance of you beyond Mcdonald's is not working out" ..........Now if you please I need to get my manager and we need to go where there is no acceptance of this type of tolerance of society....so let us secure this wonderful journey with Journey man business license frontier within timely manners".

Softwho is requesting RFP emergency circumstances with Journeyman License within 30-60 days with around $40-$800 million dollars contract agreement with the offer of R&D of Telecom protocol of Softwho midpoint networks of lines relays inherited of IEEE and electrical solder equipment metals of natural database embed called square root times square root and geometric scales TCP-IP roots and mid point networks database of line relays open and close refinement protocol ingenious LAN/WAN networking within telecom corridor and offer the best proposal in the business to offer your country and your client base the return on investment opportunity with ISP companies and DSP companies and same industry companies and as well resell potential in the marketplace of over $145 Trillion dollars in asset recovery of access point remote LED and LCD and remote Wifi stations and OS Windows mouse driver that could house the windows.sys environment and boot.ini within a window type of form with Declaration of buttons on many devices in the near future with your help of fostering the countries of your continuous of Journeyman Business License of the country and Guild reseller potential of TCU/IIP interesting information protocol of injection molds information career and skill and labor blocks of mass information and mass details and mass resolutions business models of the turn of the century within the expectation of Journeyman Business License and Telecom Business objects with advanced programmer appeal and advanced telecom FOIA FDDI technician and advanced (HSRP) and Advanced (HSSI) and Advanced (RIP) and advanced (OSPF) and many other development underling tunnels to means of end and end of midpoint and midpoint to output or outlet machines and finally injection molds techniques of solder and input and throughput and seals of risers and runs of equipment solder boards and electrical solder boards diodes etc.

PLEASE CONSIDER A CONTRACT FOR JOURNEYMAN BUSINESS LICENSE GUILD OF TELECOM BUSINESS OBJECTS WITH SOFTWHO AND CONTRACT WORTH COST OF LIVING PER PERSON IN SOCIETY WITHIN A TIMELY RETURN THIS WOULD MEAN THE WISDOM OF GUILD OF TELECOM AND JOURNEYMAN ALREADY IN THE MARKET TO ATTACH TO AN RFP OF PROBABLY 100 PER CITY IF ALL GOES WELL AND WE AT SOFTWHO WOULD ENJOY THIS MERGE AND RELOCATION TO ANOTHER COUNTRY WITHIN 30-60 DAYS WITH PRIVATE RELATIONSHIP OF THE COMPANY BEING TELECOM GIANT OR ELECTRICAL ENGINEER BUSINESS IN A COUNTRY OR MAJOR METROPOLITAN CITY.

"from Mr. Joseph A. Stanford I am dire here and have to per our phone calls with Department of Justice and Federal Trade Commission and USPTO patent offices have to relocate at once and time is of the essence and we can go ahead and work on the details at your offices once we get there with

| Subject | | Re: aging healthcare concepts gerontology from 2011 Webcomm Technologies and Softwho 2020 |
| From | | <general@softwho.us> |
| To | | <investor@labcorp.com>, <info@rrf.org>, <Public.affairs@biogen.com>, <monir@aci-bd.com>, <info@afar.org>, <Investor.Relations@cardinalhealth.com>, <info@techandaging.org>, <investorRelations@mylan.com>, <ipca.delhi@ipca.com>, <info@asaging.org> 10 more... |
| Cc | | <efilingsupport@supremecourt.gov> |
| Date | | 2020-12-30 05:20 |

- Journeyman Electrical Guild TCUIIP.pdf (~683 KB)
- Prospectus Abridge Banks Only.docx (~1.4 MB)
- Aging statement quality assurance 2019.pdf (~307 KB)
- efilingAck40101962.pdf (~63 KB)

Dear Sirs, from Joseph A. Stanford requests punitive amounts paid as soon as possible with clarifications additional designs of cylinder treatment of helium chambers of age reverse whiteblood cell command trace and need education fulfillment right away any chemistry training would be much appreciated please find time at once for our flight of March 7, 2020 leaving El Paso, Texas with Fiji Island and this email submitted to over 1000 other partners with no income posted to our Regions Account nor Gobank Account as of yet....If you all will please we need seed monies or punitive claims suffrage paid right away and please find our new filings submitted to your offices with minute changes and reflection gross receipts from 20 years ago included.

issue 1: Save Stanford right now....Softwho pleas bargains of around $10 million dollars to net income to pay for one's way and safety within 5 minutes and public collide of dupe at this time is not cover up but is real and prevalent and closing in fast within a few days with Software OEM firms and biotechnology firms and NASA and NSF and as well Fortune 1000 Banking firms right away please. 12/29/2020

Issue 2: Softwho includes demand letters and Antitrust laws of threats with the only supportive issue raised Softwho is the only company on any legal hearing with OEM firms or Banks institutions Fortune 1000 or Affiliation corporations Fortune 1000 or Chamber of Commerce 54000 counties and Department of Commerce: with gross mislead errors within concepts of Softwho of networks of name space and formats of name space and formulas of name space and business utility USPTO filed since fair times stamps ratios only man in America or abroad to apply manual and digital communications systems

Issue 3: whitepapers and inclusions of Vortex communications networks of Softwho include our guarantee versus over 2000 RFC patents with one question is flood gates and reliable host management and reliable switch planes of outlet and output within flood DACS networks.

Wow! thank you so much. everything is done and complete from LAX airport from the alleged convenience crime theft of escape from United States from Stanford and Softwho August 10, 2020 and all of the counties have DA's involved since pressures of defaulting (all of the criminals are detained opportunities) and as well Softwho guarantees vortex communications networks offers new age technology mediums of adapters and plugs and butts and splicing than ever seen in the globe — Guaranteed SLA from day one 2007 interlayering OSI and 2020 vortex communications networks not for sale but will bargain if need be and as well gerontology aging reverse complete guaranteed proofing and analysis without too many chemicals and we are ready to fly out of the United States with citizenship application elsewhere as promised with President of United States of America fixing our deficit of having goods to offer to another country from 2016 and 2019 and 2020 and would kindly rescind upon prompt payment from your offices from one or more or consortium - we okay with whatever to get moving within 48 hours and I have to call these people and they are going to get into a bind the man is closing in convenience crimes wise we have to get moving and the banks are a new discovery there again of only a few were renders of aid per one and many and all! omg!. 2020.

please find demand letters attached of March 2020 antitrust threats of suitable convention of properties for sale stipulated fault line of unable to produce clarified by November 2020 of BGP line access remote networks and multiple protocols unequitable of boot flash technology properties clarified of November 2020 and capability of the products of TCP/IP and TCU/IIP of backplates and frontplates uplink DACS and router processor and cross connectors lacking scales roots roots cause and as well the resell value of $500 trillion dollars of our products of name space networks of Softwho and as well the same letter used with Financial institutions of Fortune 1000 over 200 financial tokens combination networks and Chamber of Commerce every county and as well Fortune 1000 OEM firms of our vortex communications networks featuring security of RFC never again up for grabs of RFC of reliable gateways master codes to replace the one to two of procedures that we have on a router known as routing-switch plane reliable gateways networking of Softwho and TCU/IIP and as well final close of the deal within timely of over night for suffrage of Miranda Rights per county and state county and national county of the fact that bosom is management utility and not so much management person and so we need to merge new feasibility compares of 2 out of 10 persons of heighten is also 8 out of 10 whom admitted to heighten and that the issue of adaptable consent of available is probable root cause as speculated with so many conventions of Softwho of manual agreements of upfront lump sums as and same as effective as digital communications networks and finally the vortex communications networks backup plans with our pedigree engineer RFC firms in case there are any struggles that you all may incur and so our final letters of 2020 celebrate true of the Softwho company of limited by text and multiple websites to achieve the most premiere technology of processor routers and bandwidth electricity and gerontology of reliable being bosom of age reverse of all time and we have no problem at all with public speaking events and no problem at all with attending college and training and we will accept your box-of gifts of charity of laptops and plane tickets to Fiji Island and payment for a hotel at no extra cost and minimal as possible and we are leaving in about two months from now scheduled March 7, 2020 and we have to get our posessions from LAX airport after arriving to Fiji Island and this is only opportunity timeline that we can stand off so many facts to join with the issue roots cause-Softwho has to pay for expenses and we could have assisted over night to rent a hotel room and we could have assisted to rent a car and we could have made a reference of character to the government of Fiji Island for this man and as well his family situation doesn't right at all and the fantasia game is over with and we found all of the tip off parties and we established against the Senators of guilty before any inmate of prison or jail and so I have to get moving over night okay ....I'm not even kidding please assist right now....I have to have a deposit of money to the bank account with Regions of Softwho to pay for the needs at once and there is not other options and they are ruining with perimeter and perimeter is the much woven of the child spitting on the school-walls okay...Now please assist with our payment rectify so I may enjoy my life and please appreciate that you all are at marketing distances and can severe the relationship within 30 seconds and now I love my manager Dan Say from Dallas, Texas and elite worth of over $50 billion dollars and have no problem having his family over the rest of their life okay and now I need to get my manager to a 30 second protocol with Joe here okay.....now the gross receipts again are from 20 years ago and our protocol of locked doors was sufficient but the accessible sprees are not contained yet and the opportunity against a manager cannot happen okay....now please transfer some proceeds for our net income to grow in th next year from our flawless and guarantee and guarantee there again and guarantee in front of crowds and guarantee flawless of computer systems.....if you will please....I have to get going right now...

In addition to updates with Gross receipts with Software firms known as "OEM firms"; includes the fact of perjury by oath inclusions of negligence blackout accessory followers where Softwho includes final draws to the security liasion of every county with question of threshold-negligence by techniques of do injury and do and will and have injury; however, since 12/29/2020 our famous question of (public blackmail) includes the red flags of perjury by oath where Softwho testifies maintained contact with all OEM firms over 4-years however the opportunity of cover up blackmail were prevalent in all contexts of the situation of OEM firm and Softwho since issue raised init fallacy copy cat convenience crimes where the question litmus will parties continue or abridge nucleas concept of issue raised french kiss of profiles each other rural and substandard or is there a red-dot of recognizance of guans or military warfare "to seize the other highest opportunities" denouncing these parties as the fallacy of technique works but hinders the issue of threshold admissions upon the issue presentment of articles of confession and articles of proofs against any such notion or gumpition of arrival or tinned arrival or machine war crimes or answer final of the fallacy of speech trap "Bill Gates the owner of Microsoft" typify of the experience of illegal designs of expert conducts versus admissions of expert criminal reports of threshold to demand punitive settlement amounts upfront of the next issue raised of forfeit of economic due process or above within due process of management uses of consent such as opportunity to enter dwellings or opportunity of minimum wage or befoul of the fact of required management inbound relationships and we should include that our best of footprint of mastermind crafts of the machine of copy cat and civil riots looting of hold patterns and court formations were per county and per state and deduced as first interview bank and denied while children were in school and then the trap of the whereabouts of children per county per threshold question minimal at hand of questions of greatest aptitude and is guilty and second question is there mass admissions of county rural man of related with first conduct of at scene of crime and third was decency of blackmail signature transitions made upon mass encounters or were the alibi part of the working condition to offer cover up and failure upon finding mass profiles at work such as home property of social classes and signature of deeds transfer but question entered why would someone be listed as missing persons' if the scene of the yellow tape were blackmail of signature transfer so the occupation of techniques noted recent of 2015 had to have the benefits of cover up by accessible crime sprees but the fallacy of the techniques to include courts' prelude of facts including at scene of crime negligence and whether blackmail were prevalent of signature to blackmail offer or county or state allegation rural and substandard and finally the act of criminal doing of blackmail in many capacities to gain and hold patterns and supremacy and supremacy to conquer but questions posed against threshold recognizance that we must include per punitive action with Department of Justice Antitrust and Federal Trade Commission antitrust is basic theory of why the blackmail

were forfeit of basic tenet of cover up signature but the parties all are under manslaughter investigations per county of interrogative presence of the fact that the public notices would or would not prevail a public marketing debut of all sides were not a blackmail posture at all of signature transfer of deeds and as well attached Judges panel of El Paso Texas effective December 2020 of the issue pro bono necessary to find daily amounts for Softwho and Stanford of the multiple promises of SoHO and completions of our prospectus campaigns and here our final questions posed the question of forfeit thresholds or admission forfeit or accessible by forfeit recognizance of issue inbound management required and here our issue of psychotic must contain that our best footprint to find your future benefits of society and profit watches and possible stoppage of payments for lost revenues of labors required of lazy eye convenience crimes over a period of time must be heard that the threshold values there again cross examine the fact of:

question entered did the public at every number receive highest utmost information of properties and objects to connect in verse but fail to endorse at any level the appropriate chain of events to enter a bona fide criminal or bona fide psychotic or bona fide of threshold tolerance of toddler aesthetic use of vices communiques and benefits of communiques but fail to respond to any such gumption of several support systems levels where the appropriation must be heard of the fact that the psychotic of the accessible is the fact of fast and faster and faster as cover up and cover up is tolerance and cover up is the act of taking something by any method of vice but failing to present a return negotiation and here Softwho states that the chasten of psychotic question of whether tolerance of psychotic is fact of cover up being the act of alibi replacement while reminder systems of one's self stated many times to entire Fortune 1000 companies as gumption of replacement cover up of false objects consent of reminder systems required serial recognizance but in any case: did you and your cohort of any kind examine techniques of communiques to hold patterns taking of verse objects but fail threshold values of simplistic arrogance of presentments to eases of alibi to be a replacement party against others: because under no time has our company Softwho been appreciated for name space networks nor merging beyond text of emulation multiple websites nor gross receipts to adapt new treasures within the business models nor at any time has our company been brainwashed of the profiles of 60-80 bosoms per county nor these people appreciated nor has there been any appreciation at all whatsoever of the articles to Fortune 1000 companies back again within the concept of speech trap and opportunities of threshold right or wrong of communiques practices nor has there been any support nor comment at all about the most vulnerable situations' nor the rushing of the parties of guilty nor the deaths of the counties of children possibilities nor the loss of the utmost of the thefts taken from 18 persons nor any comment at all accept for maybe our dear Presidents about the vortex communications and multiple routers nor any comment at all of the gerontology of age reverse found with anomoly properties nor close of year 2020 from over twenty years of defaulted resellers about anything and so we must brief the judge once more requesting over night of safety and the over night effect of what the testimony consists of here with threshold and psychotic and that the opportunity of the lifetime of careers is at stake and we ask again within close of year 2020 to assist Mr. Joseph A. Stanford with his wishes of 48 hours to leave the country and the amount of flexible hedge account within 48 hours is just fine and we ask again to rectify our arrangement of prospectus of the Account 806 410 6266 FTC Federal Trade Commission as the issue of reseller defaulted by reseller properties of one business to one business across America and that we urged SLA agreement of payments made to these Holders of Fortune 1000 over 20 years ago to commit to 3am of deadlines to a better lifestyle from every Corporation filed with DOJ Mike on 12/15/2020 and now it is with urgency to leave because of opportunity of cover up that really isn't to the likeness of cover up nor blackmail nor foul play nor cover up accessible whatsoever of parties not eligible to attach to remedies of labor required because of a first run of denials at the bank and mass entire 200 million persons in America epidemic and misunderstand and misidirect of possible renders of aid misunderstanding that they were never approved with a bank account since the first rural man or rural woman entered the bank establishment and that the essence of banking assistance is misunderstood table of objects of recognizance of the fact that the majority of the arrests Across 50-states and over 200 million people have been the reserve of cover up trap to hold pattern and yet the conflicting statement is underway in just the same as the first threat to the banking institution on the first day of this man's presence to the banking institution to establish motive?


If you will please with United Nations on board and all Presidents of over 50 countries to celebrate Construction business of scathes and construction business of chemical walls possibilities and Chamber of Commerce 1-x agreements of multiple websites reseller paycheck cashing services inbound management and the fact that Banking institutions for the first time in history appreciate FBI-marketing of the concept of 110 feet at a marketing sign of deserved respect to another from 2017 and then again in 2018 with Department of Commerce with uplift to web pages by monitor of powers of Government per county at no overhead of Intel at all of business licenses and embed of approval of pre-monies known as lump sum economies and treasury maps economies and 1-x grouping itemize economies trades and assumed names lists service providers trades to a business attachment and digital communications breakthroughs that we over came together from 2019 with our focus of phases management of patents of procurements 2018-2019-2020 of Softwho and all OEM firms of the issues of phasing the meaning of the digital communication with use of utility and utility mechanics and then utility of processes and then utility of design to cross connectors of reliable gateways and geometric priming lines and router processors and the final properties that invited with your financial CFO of Anderson Consulting and Earnst and Young and other famous GAAP standards to include GAAP Account of worth over $500 million dollars of the fact of two way communications used with support systems levels noted with DOJ Mike on 12/15/2020 and fact that the company Softwho includes gerontology chemical jumper arrays called meats and cyclinder electricity posts of bandwidth virtual plugs and vortex communications networks as the premium of router and routing technology surpassing our goals of the fact of over 2000 RFC protocols registered and Softwho closes year 2020 with final theories and the fact that your businesses and OEM firms can include the equipment to many reseller partnerships on your side of the picture of the equipment for sale gross domestic products of routers and computers and CPU's and electrical units and monitor adapters and plugs and as well Softwho includes that our business has also included save the day of the fact that the equipment under processes are totally yours and Softwho of the total business equipment of filed under a headway of Vortex communications offering bit map and number bit map and management bit map and master codecs bit map and in which we at Softwho.us include the final gross receipt of 2020 of idenitification-router and identification of protocols TCP/IP with TCU/IIP of fact of mapping digital images are master code-gateways as final theory of digital communications as noteworthy of vortex communications networks of DACS of router boot flash or flash of DACS or DACS of flash and coupler of random order and above pairing routing services networks and TCP/IP via TCU/IIP different type of router of DACS open flood and seals floods similar of hyperterminal routers and hyperterminal programs of the boot flash and coupler of systems Routers and enterprise services and many many more developer prospects for our New SOHO agreements under way within new year of 2020.


Thank you again and please find our initial white papers of the uses of functions of routers (TCP/IP via TCU/IIP tunnels if you wish TCP/IP classes refinement uplink plants and TCP/IP of cross functions designated technology adoption standards of non-RFC with white papers of many uses to name a few and many more upon close of the deal overnight to pack our things and business software and cell phone we have and belongings and disappointing final question is that the response versus utmost is not at all our needs and we have to go ahead and make international arrangements with our remaining life time and find that a distance of countries is the best liasion of such issue as gerontology and age reverse on the way with bio tech firms and router developments in another country called vortex communications digital communications networks and that Stanford and Softwho made the most strides possible to severe the relationship at once to the utmost pedigree of your wishes and have not received the gumption of properties transfer of deed as of yet but include that our offices made every possible avenue of public notices verse of the issue of management deficit from reseller burden of products to itemize of 1-x off the shelf of the man's trademark corporation to yet another stride of before anyone should receive our bosom management and manager information and techniques and as well calm any such notion of alibi of standing to learn someone best premiums and finally the support systems of levels of support to run a country with little from promises from the four year vote from our dear Presidents and that the eases of implementation versus eases of convenience crimes far is too doubtful for our presence at family levels to frustration levels of CEO's and to the fact of eases of goods to assist ratios and the fact that 8 out of 10 changes to 2 out of 10 upon financial tokens networks issued and 40 to 60 locations in a zip code available for two way agreements changes the focus to related to one's self and yet from our records the issue of the channels and segments 1-x of Department of Health takeover of home equity loans and homes and apartment units could change and has changed this feasibility outlook forever reducing 8 out of 10 communiques receivers and the fact that 2 out of 10 would be changed permanent of someone interested in their home life of adaptation of the apartment for use of home dwelling for a reasonable amount of time per person and again Stanford and Softwho state the arrogance and nor gumption placed on this placard nor the restore of Military rebuild of the Economic Recovery Act of years 201408 and years 2015 have not taken place at all - so if you would not mind please acquire our properties please and please submit our bid please and as well I need to get to another country right over night honest - the people are receivers utmost and every time I enter to 911 or leave 911 or the opportunity of dupe the issue of stop and cover up is at hand and now you must respond right now please - I have to get out of the country right now within 48 hours okay...the plane ticket is purchased and I have two to five tickets to Fiji Island and the amount needs to be transferred to our new banks savings account and Regions Bank account and Gobank account that we have prepared for this journey in Fiji Island - and Now I have already reviewed all of the payments of over 40 Billion dollars to all of your RFC non registered to USPTO accounts and Mr. Stanford states any amount will do and you may not have an option of response to me or my probate at all of prenotices of emergency to this level and we will not accept rescind of the offer of the our account because of cost of living versus ability to pay a basic amount with priors that have never been before any major council at all nor the mass email in which you all never briefed anyone of authors that were close to the area of relevance and then experienced ultimate losses and now I will not accept this type of bargaining with over the counter parties at all nor parties that have been out of work of employment after being briefed from Supreme court so many times and so many Presidents with notices of development of any other venues since 2016 from over 100 countries to your attention and as well the fact of anyone tries of blackmail as aesthetic against Joe Stanford as after the fact of communiques receivers and our techniques out in the open is simply unacceptable for the issue of civil rights compared with tolerance of beguiles nor the messages from Presidents of President's plates of $25000 be in public heirs at this point of manipulation or fix of chlosterphobia nor cover up of grievance was participant as national generation-crimes and the fact of the state representation of seeking national debut found as guilty as that man and woman of rural schizophrenia and many other areas and my new employees are begging me in their own way of management to their employee for god's sake to get some money so we can merge and move to another country elsewhere to Fiji Island is the most terror of ediface I have ever witnesses and I have the obligation and mentorship to change this once the deal is complete.


Please remit on time by end of year 2020 of amount of Miranda rights suffrage and President Pardon of one person to society and the other poised positions of legal actions taken to leave the United States of America as soon as possible: Thank you again of amount of $80-$100 million dollars and the completion of deeds of quick transfer of the objects or objections restored to our end of IEEE networking engineer and fact that the public can and have and will probable of accessible crimes but with alibi there again of torture of image line of psychotic and so we need some transfer of net income by end of year 2020 with all of the work complete promises to society from Softwho and please find our email there again charming to the end of resolved and that the computer and CPU and router and server can be changed for the rest of your life for the end of the days of Earth and that we

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 41369263 |
| **Application Number:** | 17120191 |
| **International Application Number:** | |
| **Confirmation Number:** | 4014 |
| **Title of Invention:** | mathematics endoscopy token unit midpoint encapsulation within token unit unions encapsulation within midpoint networks and midpoint networks IIO and within arrays networks cross unions mathematics procedures transitive properties within numbers inertia and decimal format properties within arrays coupler transmission machine properties and arrays within relays functions. |
| **First Named Inventor/Applicant Name:** | Joseph Andrew Stanford |
| **Correspondence Address:** | Joseph A. Stanford<br>Softwho<br>818 Myrtle #307<br>-<br>El Paso                    TX              79901<br>US          8064106266<br>general@softwho.us |
| **Filer:** | Joseph Stanford |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | Vortex |
| **Receipt Date:** | 13-DEC-2020 |
| **Filing Date:** | |
| **Time Stamp:** | 13:33:15 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

# Softwho patents

Softwho includes patents from 2020 where the time stamps of obvious and unanimous are the following issues raised:

1. regarding electricity and bandwidth known as virtual plugs and bandwidth electricity and cylinder electricity stored in a cylinder block: the flood of output of bandwidth is present but there are no seals of bandwidth and electricity: per equation e=mc sq times e=mc sq.

2. regarding midpoint networks integrated within TCP/IP key suites and TCU/IIP backplanes and VLAN being RIP on state and active partition known as router processor: where the output and outlet flood of any bandwidth or transmission is not an output of another output terminal network where the VLAN contact transmission receiver and buffer and send and receive to transmit and couple: therefore the equation of MP 1 and MP2 and MP3/4 are the master kernels and flat networks-DACS of computer languages. [8080/x = 8080/x = 8080/x where networks usually are POP or networks]

3. Regarding TCP/IP key suites within name space networks known as NAT where IIO processing of two way communications resolutions: The input and input and output algorithm is not used on any computer systems but the IIO algorithm is available for any session and used intermittent with most of the RFC 2000 protocols built [domain.domain.domain.domain/7/8/180/2/360/4 = x.x.x.x where proof ping to IP is reply of where ping traces to parts and scales IP and scales IP OOO and scales geometrics and scales horizons and scales decimal format and midpoint networks etc...]

4. Regarding the IIO of VLAN and IIO of VLAN TCP/IP key suites via TCU/IIP and output flood gates being DACS of session networks: the IIO algorithm when used with VLAN include an output flood gate and reliable gateways of proxy which include management TCU/IIP reliable throughput streams carriage of TCP/IP key suites. [where TCP 192.168 times any number equals a remote gateway of an address already approved and TCP network.host are compilations]

5. Regarding IIO and bandwidth and risers ARP of sessions networks cross connectors TCU/IIP and TCP/IP key suites of throughput seals networking: The IIO algorithm contains bandwidth that runs parallel of risers of ARP and several but not all protocols of riding and risers of ARP address resolution protocol contain the cross connectors and processor volumes and throughput DACS of uplink to connection networks TCP/IP key suites and connections of throughput seals of cross connectors via proper scaling via scales IIO and scales IIO roots or above: where ARP / 180/2 is the main equation that tests the ARP remote gateway of any IP address for second octet premium and includes that the ping state and MAC IP state is the master model of ARP and is riser session and not protocol session clarification.

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Claims | TokensEndo.pdf | 275065<br><br>e08268f96090c94d14205dc58297cd13adeb9b99 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Drawings-only black and white line drawings | SCN_0009.pdf | 7541468<br><br>9bb575315442f7501ea8e2488a63f6161aa6f665 | no | 29 |
| Warnings: | | | | | |
| Information: | | | | | |
| 3 | Oath or Declaration filed | aia0008.pdf | 280678<br><br>0cb14fedeb19e070b6d724ee488c838438dcc7f3 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 4 | Application Data Sheet | aia0015.pdf | 193951<br><br>af13ecf22a4f79b99e97fe698f095f45ee40caf1 | no | 3 |
| Warnings: | | | | | |
| Information: | | | | | |
| This is not an USPTO supplied ADS fillable form | | | | | |
| 5 | Certification of Micro Entity (Gross Income Basis) | sb0015a.pdf | 132133<br><br>9eb1756874ab995cc682ac1c1f0ec324e04decc8 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| **Total Files Size (in bytes):** | | | 8423295 | | |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 41422531 |
| **Application Number:** | 17125567 |
| **International Application Number:** | |
| **Confirmation Number:** | 5705 |
| **Title of Invention:** | mathematics algebra overlays via input-output synchronous inertia subnets and sync decimals formats  procedures computer arrays command lines-overlays systems and reliable products: (input-output) processing functions syncs: Transitive applicators syncs computer algebra, tokens fetch dual chassis and intercept, information processing via algebra apparatuses overlays objects repeaters (Via) inherited databases relational command lines apparatuses OOO algebra various functions. |
| **First Named Inventor/Applicant Name:** | Joseph Andrew Stanford |
| **Correspondence Address:** | Joseph A. Stanford |
| | Softwho |
| | 818 Myrtle #307 |
| | - |
| | El Paso                              TX                    79901 |
| | US            8064106266 |
| | general@softwho.us |
| **Filer:** | Joseph Stanford |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | ?=?weight? |
| **Receipt Date:** | 17-DEC-2020 |
| **Filing Date:** | |
| **Time Stamp:** | 17:31:38 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| Submitted with Payment | no |
|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size (Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Claims | AlgebraInertia.pdf | 172853 / 79390fa1678df7884fac5f7a431573facbb6c7d5 | no | 19 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Drawings-only black and white line drawings | SCN_0010.pdf | 10754310 / d82f63b03bb4b868fca448606 1b8b82188e46f36 | no | 40 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Application Data Sheet | aia0008.pdf | 280678 / 0cb14fedeb19e070b6d724ee488c838438dcc7f3 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| This is not an USPTO supplied ADS fillable form | | | | | |
| 4 | Oath or Declaration filed | aia0015.pdf | 193951 / af13ecf22a4f79b99e97fe698f095f45ee40caf1 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Certification of Micro Entity (Gross Income Basis) | sb0023.pdf | 256516 / e03179fa0aa13740261a73b971c2f95ee9c98fe3 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Petition for review by the PCT legal office | SBAlgebraInertia.pdf | 328371 / 46982583648a46819aa0eb39db2d57ea8cd4ede4 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| **Total Files Size (in bytes):** | | | 11986679 | | |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 41369270 |
| **Application Number:** | 17120192 |
| **International Application Number:** | |
| **Confirmation Number:** | 4171 |
| **Title of Invention:** | Methodology of risers and runs sessions systems within routing protocol shell networks of dual chassis tokens sets input token scales roots and open and close collapse domains arrays tokens networks and input and input and output sessions networks coupler languages within vortex communications tokens hashes networks interrupts, jumpers, sets, chipsets, arrays digital access systems, or other binary bit map networks within processing and sessions networks via arrays couplers. |
| **First Named Inventor/Applicant Name:** | joseph Andrew Stanford |
| **Correspondence Address:** | Joseph A. Stanford<br>Softwho<br>818 Myrtle #307<br>-<br>El Paso                                    TX                    79901<br>US            8064106266<br>general@softwho.us |
| **Filer:** | Joseph Stanford |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | VortexArrays |
| **Receipt Date:** | 13-DEC-2020 |
| **Filing Date:** | |
| **Time Stamp:** | 13:46:47 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Claims | VortexArrays.pdf | 290336<br><br>7e06000f5216c6280022d03e810e43081c79d175 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Claims | VortexArraysClaims.pdf | 100134<br><br>7d1930747a50dd41ed0d59d787cdcb4e600b6569 | no | 8 |
| Warnings: | | | | | |
| Information: | | | | | |
| 3 | Drawings-only black and white line drawings | vortexIIOIIOIIOSQSQ.pdf | 10723687<br><br>daf4b0ee523e38d7ccd072020cf2ea1635055ba8 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 4 | Drawings-only black and white line drawings | SCN_0009.pdf | 7541468<br><br>9bb575315442f7501ea8e2488a63f6161aa6f665 | no | 29 |
| Warnings: | | | | | |
| Information: | | | | | |
| 5 | Application Data Sheet | aia0008.pdf | 280678<br><br>0cb14fedeb19e070b6d724ee488c838438dcc7f3 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| This is not an USPTO supplied ADS fillable form | | | | | |
| 6 | Oath or Declaration filed | aia0015.pdf | 193951<br><br>af13ecf22a4f79b99e97fe698f095f45ee40caf1 | no | 3 |
| Warnings: | | | | | |
| Information: | | | | | |
| 7 | Certification of Micro Entity (Gross Income Basis) | sb0015a.pdf | 132133<br><br>9eb1756874ab995cc682ac1c1f0ec324e04decc8 | no | 2 |
| Warnings: | | | | | |

| Information: | | | | | |
|---|---|---|---|---|---|
| 8 | Fee Worksheet (SB06) | sb0023.pdf | 256516 | no | 2 |
| | | | e03179fa0aa13740261a73b971c2f95ee9c98fe3 | | |

| Warnings: |
|---|
| Information: |

| | Total Files Size (in bytes): | 19518903 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



**OPPORTUNITY**
**Center for the Homeless**

P. O. Box 63   El Paso, TX. 79941-0063
(915) 577-0069   FAX (915) 533-2096

**Executive Director**
Ray Tullius

**Vtlc Director**
Gene Roberts

United Way

**Date: 10/22/2020**
**Re: COVID-19 testing**

**To: Sam's Club**

**Mr. Joseph Stanford (XXX-XX-XXX4) is a participant of the Veterans Transitional Living Center Program (VTLC- Grant and Per Diem Housing). Mr. Stanford is participating in mandatory VA testing for COVID-19 and ask that he be excused for the time being to complete this testing**

**The VTLC is a non-profit Veterans Transitional Living program funded by Department of Veterans affairs (DVA).**

**Mr. Joseph Stanford entered the program, (09/21/2020) and his legal living and mailing address is:**

**818 Myrtle Ave.**
**Apt put apt. # 307**
**El Paso, Texas 79901**

**If you have any questions regarding Mr. Stanford, please feel free to contact me at 915-288-2525. This letter is for the sole use by Sam's Club.**

**Sincerely,**

**Daniel Garcia**
**Case Manager**

Vtlc818@gmail.com





# TIPPECANOE COUNTY HEALTH DEPARTMENT

## LAFAYETTE, TIPPECANOE COUNTY , INDIANA 47901

## CERTIFICATE OF BIRTH

**This Certifies,** that according to the records of the **HEALTH DEPARTMENT**

Name: **JOSEPH ANDREW STANFORD**

Was born in: **TIPPECANOE COUNTY, INDIANA**

Child of: **LARRY W. AND SHANNON Y. STANFORD**

Birthplace Parent 1: **INDIANA**

Recorded Locally: **732**

Date issued: **September 3,2020**

Gender: **MALE**

On: **April 30,1973**

Birthplace Parent 2: **WYOMING**

Date filed: **May 5,1973**

_J. P. Adams_

—————————————
**Health Officer**

2784353

**WARNING:** ORIGINAL DOCUMENT HAS A MULTICOLORED BACKGROUND ON SPECIAL WHITE SECURITY PAPER AND THE GREAT SEAL OF THE STATE OF INDIANA ON BACK THAT TURNS FROM ORANGE TO YELLOW WHEN RUBBED. ORIGINAL DOCUMENT HAS HIDDEN VOID ON FRONT THAT APPEARS WHEN PHOTOCOPIED.

STATE OF INDIANA



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 17/125,567 | 12/17/2020 | | 0.00 | ?=?weight? | | |

**CONFIRMATION NO. 5705**
**FILING RECEIPT**

Joseph A. Stanford
Softwho
818 Myrtle #307
El Paso, TX 79901

OC000000122352496

Date Mailed: 12/31/2020

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**
> None
**Applicant(s)**

**Power of Attorney:** None

**Domestic Applications for which benefit is claimed - None.**
*A proper domestic benefit claim must be provided in an Application Data Sheet in order to constitute a claim for domestic benefit. See 37 CFR 1.76 and 1.78.*

**Foreign Applications** for which priority is claimed  (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.)  - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** No

**Permission to Access Search Results:** No

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 12/30/2020

page 1 of 4

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 17/125,567**

**Projected Publication Date:** To Be Determined - pending completion of Missing Parts

**Non-Publication Request:** No

**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***
**Title**

mathematics algebra overlays via input-output synchronous inertia subnets and sync decimals formats procedures computer arrays command lines-overlays systems and reliable products: (input-output) processing functions syncs: Transitive applicators syncs computer algebra, tokens fetch dual chassis and intercept, information processing via algebra apparatuses overlays objects repeaters (Via) inherited databases relational command lines apparatuses OOO algebra various functions.

**Preliminary Class**

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 17/034,376 | 09/28/2020 | | 0.00 | 40607775 | 3 | 3 |

**CONFIRMATION NO. 2692**

**FILING RECEIPT**

Joseph A. Stanford
Softwho
4300 Paisano Street
El Paso, TX 79901

Date Mailed: 12/11/2020

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**
    Joseph Andrew Stanford, El Paso, TX;

**Applicant(s)**
    Joseph Andrew Stanford, El Paso, TX;

**Assignment For Published Patent Application**
    United Nations

**Power of Attorney:** None

**Domestic Applications for which benefit is claimed - None.**
A proper domestic benefit claim must be provided in an Application Data Sheet in order to constitute a claim for domestic benefit. See 37 CFR 1.76 and 1.78.

**Foreign Applications** for which priority is claimed  (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.)  - None.
Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.

**Permission to Access Application via Priority Document Exchange:** No

**Permission to Access Search Results:** No

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 12/11/2020
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 17/034,376**

**Projected Publication Date:** To Be Determined - pending completion of Missing Parts

**Non-Publication Request:** No

**Early Publication Request:** No

**\*\* SMALL ENTITY \*\***

**Title**

Solid state repeaters call and assignment communications within nodes transmission communications within geometric cells blocks, kernels, line arrays solid states reservations bouncing terminals containers: unions of pairs endoscopy or real or concrete union of relays kernels encapsulation solid state node to arrays and nodes to solid and nodes to interrupts and nodes to carriage returns bouncing and/or emulation and/or computer terminal line accesses via mid point line accesses ends

**Preliminary Class**

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 17/086,439 | 11/01/2020 | | 0.00 | | | |

**CONFIRMATION NO. 2619**

Joseph A. Stanford
Softwho
818 Myrtle Street #307
El Paso, TX 79901

**FILING RECEIPT**


OC000000121676243

Date Mailed: 12/01/2020

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**
　　　　　None
**Applicant(s)**
**Assignment For Published Patent Application**
　　　　　United Nations

**Power of Attorney:** None

**Domestic Applications for which benefit is claimed - None.**
*A proper domestic benefit claim must be provided in an Application Data Sheet in order to constitute a claim for domestic benefit. See 37 CFR 1.76 and 1.78.*

**Foreign Applications** for which priority is claimed  (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.)  - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** No

**Permission to Access Search Results:** No

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 11/30/2020

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 17/086,439**

**Projected Publication Date:** To Be Determined - pending completion of Missing Parts

**Non-Publication Request:** No

**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***
**Title**

> solid state communications data and manual endoscopy operations and operating systems maps via mid point networks images networks via transmission control protocol procedures and processes and procedures units within transmission control mid point networks communications: solid state transmissions within transmission protocols and mid point networks standards

**Preliminary Class**

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 17/073,296 | 10/17/2020 | | 0.00 | 17062849 | 3 | 3 |

**CONFIRMATION NO. 1089**

Joseph A. Stanford
Softwho
818 Mytrle Ave 307
El Paso, TX 79901

**FILING RECEIPT**

CC000000120892082

Date Mailed: 10/26/2020

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**
                None
**Applicant(s)**
**Assignment For Published Patent Application**
                United Nations

**Power of Attorney:** None

**Domestic Applications for which benefit is claimed - None.**
*A proper domestic benefit claim must be provided in an Application Data Sheet in order to constitute a claim for domestic benefit. See 37 CFR 1.76 and 1.78.*

**Foreign Applications** for which priority is claimed  (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.)  - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** No

**Permission to Access Search Results:** No

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 10/23/2020

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 17/073,296**

**Projected Publication Date:** To Be Determined - pending completion of Missing Parts

**Non-Publication Request:** No

**Early Publication Request:** No

**\*\* SMALL ENTITY \*\***

**Title**

> mid point repeaters states and stateless tip and rings communications via transmission gateways protocols: collisions encapsulations pairing services: geometrics, kernels, line arrays extensions via bouncing emulations input and input and output: unions of pairs input or real or concrete union of relays kernels encapsulation solid state node to arrays and nodes to solid, nodes to interrupts, nodes to carriage returns bouncing, emulation, midpoints computer terminal lines logic gates accesses.

**Preliminary Class**

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 17/092,293 | 11/08/2020 | | 0.00 | Softwho.co | | |

Joseph A. Stanford
Softwho
818 Myrtle #307
El Paso, TX 79901

**CONFIRMATION NO. 5718**
**FILING RECEIPT**

UC000000121417766

Date Mailed: 11/18/2020

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**
   Joseph Andrew Stanford, Residence Not Provided;

**Applicant(s)**
   Joseph Andrew Stanford, Residence Not Provided;

**Assignment For Published Patent Application**
   United Nations

**Power of Attorney:** None

**Domestic Applications for which benefit is claimed - None.**
*A proper domestic benefit claim must be provided in an Application Data Sheet in order to constitute a claim for domestic benefit. See 37 CFR 1.76 and 1.78.*

**Foreign Applications** for which priority is claimed  (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.)  - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** No

**Permission to Access Search Results:** No

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 11/17/2020

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 17/092,293**

**Projected Publication Date:** To Be Determined - pending completion of Missing Parts

**Non-Publication Request:** No

**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***
**Title**

> Midpoint networks binary encapsulation on and off states within unions roots divisors mesh and mesh remap [MAC, 699050204/1-8 or 1-4 or 1-2], and on and off solid states maps solid state and solid wires and solid boots output of midpoint networks solid blotches command kernels overlays formulas within solid state wire mesh command solid states.[master codecs registers IIO and reliable, 1010101010.699050204/3/.699254/8/4/"10.16xxxxMAC or lines"].

**Preliminary Class**

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 17/120,192 | 12/13/2020 | | 0.00 | Softwho.co | 3 | 3 |

**CONFIRMATION NO. 4171**

Joseph A. Stanford
Softwho
818 Myrtle #307
El Paso, TX 79901

**FILING RECEIPT**

|||||||||| UC000000124216444 ||||||||||

Date Mailed: 03/18/2021

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**
None
**Applicant(s)**
**Assignment For Published Patent Application**
United Nations

**Power of Attorney:** None

**Domestic Applications for which benefit is claimed - None.**
*A proper domestic benefit claim must be provided in an Application Data Sheet in order to constitute a claim for domestic benefit. See 37 CFR 1.76 and 1.78.*

**Foreign Applications** for which priority is claimed  (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange: No**

**Permission to Access Search Results: No**

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 03/18/2021
The country code and number of your priority application, to be used for filing abroad under the Paris Convention,
is **US 17/120,192**
**Projected Publication Date:** To Be Determined - pending completion of Missing Parts
**Non-Publication Request:** No
**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***
**Title**

> Methodology of risers and runs sessions systems within routing protocol shell networks of dual chassis tokens sets input token scales roots and open and close collapse domains arrays tokens networks and input and input and output sessions networks coupler languages within vortex communications tokens hashes networks interrupts, jumpers, sets, chipsets, arrays digital access systems, or other binary bit map networks within processing and sessions networks via arrays couplers.

**Preliminary Class**

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 40686545 |
| **Application Number:** | 17034376 |
| **International Application Number:** | |
| **Confirmation Number:** | 2692 |
| **Title of Invention:** | Solid state repeaters call and assignment communications within nodes transmission communications within geometric cells blocks, kernels, line arrays solid states reservations bouncing terminals containers: unions of pairs endoscopy or real or concrete union of relays kernels encapsulation solid state node to arrays and nodes to solid and nodes to interrupts and nodes to carriage returns bouncing and/or emulation and/or computer terminal line accesses via mid point line accesses ends. |
| **First Named Inventor/Applicant Name:** | Joseph Andrew Stanford |
| **Correspondence Address:** | Joseph A. Stanford |
| | Softwho |
| | 4300 Paisano Street |
| | - |
| | El Paso                TX               79901 |
| | US          6417153900657930 |
| | josephstanfordmail@gmail.com |
| **Filer:** | Joseph Stanford |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 40607775 |
| **Receipt Date:** | 28-SEP-2020 |
| **Filing Date:** | |
| **Time Stamp:** | 13:42:47 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

p 22

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Drawings-other than black and white line drawings | MidPoint.pdf | 15783410 33a988f4400a02ef67402f58e8057c62ba515a56 | no | 61 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Claims | midpointnetworking.pdf | 305125 6ffea3fa4c9c91e732e5a457fa5af21babf62a7e | no | 15 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Application Data Sheet | aia0008.pdf | 280678 0cb14fedeb19e070b6d724ee488c838438d0cc7f3 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| This is not an USPTO supplied ADS fillable form | | | | | |
| 4 | Oath or Declaration filed | aia0015.pdf | 193951 af13ecf22a4f79b99e97fe698f095f45ee40caf1 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Patent Term Adjustment Petition | sb0016.pdf | 439982 70fe65e2db69132d1e0c7ddba3352ba78a19914 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Certification of Micro Entity (Gross Income Basis) | sb0023.pdf | 256516 e03179fa0aa13740261a73b971c2f95ee9c98fe3 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| **Total Files Size (in bytes):** | | | 17259662 | | |

*p 23.*

3/3/2021 Roundcube Webmail :: RE: Intellectual property IP reseller agreement featuring: close of deeds transfer draft real SLA: TCU/IIP relays of s...

Case 3:21-cv-00105-DCC    Document 3    Filed 05/13/21    Page 75 of 102

| Subject | **RE: Intellectual property IP reseller agreement featuring: close of deeds transfer draft real SLA: TCU/IIP relays of subnet masks and relays of MTU and remote login profile uplink DACS.** |
| --- | --- |
| From | ATR-Antitrust - Internet (ATR) <ANTITRUST.ATR@usdoj.gov> |
| To | general@softwho.us <general@softwho.us> |
| Date | 2021-01-06 11:13 |



3/3/2021  Roundcube Webmail :: RE: Intellectual property IP reseller agreement featuring: close of deeds transfer draft real SLA: TCU/IIP relays of s...

Case 2:21-cv-00105-DCG   Document 3   Filed 05/13/21   Page 76 of 102

Thank you for contacting the Antitrust Division of the U.S. Department of Justice. The Citizen Complaint Center has reviewed your complaint, and we have forwarded the appropriate legal staff for further review. We have your information on file and should legal staff need further information, they may contact you in the future.

We are always interested in hearing from the public, and your submission will be given careful consideration. Please note, however, that it is the Division's policy to conduct its investigations on a non-public basis in order to preserve the integrity of its investigative process. Thus, we cannot disclose to you any information which we may gather, nor can we confirm the existence or non-existence of an investigation, unless such information is made a matter of public record. Therefore, this may be only response that you receive. We appreciate your interest in the enforcement of federal antitrust laws.

Sincerely,
Citizen Complaint Center
Antitrust Division, Department of Justice

**From:** general@softwho.us <general@softwho.us>
**Sent:** Monday, December 21, 2020 4:20 PM
**To:** randall.stephenson@att.com; icare3@amcustomer.att-mail.com; info@att.com; dataprivacy@al-enterprise.com; cloudsupport@hp.com; AskBoard@microsoft.co media.australia@apple.com; privacy@cisco.com; privacy@juniper.net; nonmanagementdirectors@us.ibm.com; ContactTheBoard@vmware.com; dataprotection@siemens.com; antitrust@ftc.gov; ATR-Antitrust - Internet (ATR) <ANTITRUST.ATR@ATR.USDOJ.gov>; patentpractice@uspto.gov
**Cc:** memberservices@amd-member.com; nfo@nvidia.com; txn@ti.com; tsupport@us.fujitsu.com; NETSUPP@us.ibm.com; trademar_us@oracle.com; pims@sis.com; IR@via.com.tw; embedded@viatech.com; att@computershare.com; nortelusclaims@nortel-us.com
**Subject:** Re: Intellectual property IP reseller agreement featuring: close of deeds transfer draft real SLA: TCU/IIP relays of subnet masks and relays of MTU and remote profile uplink DACS.

Per Softwho include patent end of year 2020: "if you please the opportunity of thresholds and perimeter of catch is not acceptable consent relationships of after transmissions of support systems unto industries per USPTO and DOJ and FTC Antitrust divisions Mike 12/19/2020 requestin punitive and/or Hedge Accounts amounts to leave United States at once within 48 hours and you must comply please any amount will do I do not a power struggle of our national properties of beguiles of thresholds per recognizance of stop bypass of recognizance bypass properties and forfei properties and uni crimes stop recognizance implicates others....these gross receipts are 20 years ago and I was manager then of Pagemart Wirel Inc and the selective discrimination of affirmation must uninclude myself out of the picture right now....for god's sake you cannot have my life ani god's sake we have already included 1-x hierarchies of extension buildings with probation lifestyle if you please so I may get my managers out of harms way of their phone calls and hang up please of recognizance and accessory followers recognizance before any such additional agreed upon approach and fast to threshold perimeter and fast to replace and fast to available dupe and fast to identity theft and fast to forfeit against one's la etc...of accessory blackout maneuvers...."

I. vortex communications TCU/IIP networks (not for sale dual chassis tokens and chipset networking via reliable gateways bit masks subnetting V via midpoint networks). Everything is ready and works and the tests from 2018 and 2019 elastic and roots and 2020 IPXSPX S.D and 2020 endos all here for professional certifications and mass upgrades that will do wonders for your wonderful computer equipments" Thank you so much for t time witness of 2016 and that we feel is appropriate for 2000 and from 1995 and 2007 and 2010 and 2013 and web protocols 2018 and 2019 and 2020"

II. Sessions TCP/IP networking Layer 0 for sale as you wish and Hedge account right away to our banks over night.

"truly amazing from our gross receipts dual chassis token ring chipset and call and assignment and bit maps arrays master kernels networking reserved and ready for transfer next year 2021 at consideration for your needs and our needs as telecommunication company with Softwho and r new managers on board within Fiji Island rules and regulations business license Softwho or otherwise"

Please be assured our conversation authorization with FTC and DOJ and Presidents across the Globe is truly at heart and the support systems are already submitted and timely of the apprises and as well feel joy that the business works are solely owned by Softwho of relational domains and u networks and sessions networks and processing and processor cross connectors networks and so many other wonders and if you can protect me tonight I can get away to a hotel in hands of mid range management concerned about Mr. Stanford and his goals and no other way is the request against any chargeback not satisfactory of the Account Softwho of life securities within 48 hours notice...we are packed and ready within the next March 9, 2020 and as well the contacts with our management are almost ready with security considerations and as well the work is complete here phone calls with DOJ antitrust of summary and authorization to commit the issue support systems of Softwho and the we the people cause of the collide manifesto so if you please we must go ahead and leave before the scheduled ticket of March 9, 2020 of Fiji Island and make our dreams of business vortex communications networks of DACS and open and close environments called CSS-cascade networks and Cascade CSS cascade sty sheets and autoexec.bat and hyperterminal and our notes are the best of the concept bit map images and will always be with Softwho and Mr. Stanford and will always offer the secure and robust image of negotiables within the maximum density of telecommunications from this day forwa Thank you again.

Thank you. Everything is transfer to your firms likeness.

Joseph A. Stanford

Softwho

818 Myrtle #307

El Paso, Texas 79901

Tel 806 410 6266

email general@softwho.us

call Regions bank and I can transfer to a few accounts or transfer to Gobank and I can make arrangements there or send a credit card or cashiers check so we may make a trip to Regions bank of any amount at this time 12/21/2020 and yes we will leave after Christmas 2020 and yes we hav go ahead and leave to another country at once and I assure that an amount of $10 million or above will satisfy our needs for the time being until rectify but we have to have the backup plans going and have to have the issue of backup-Stanford money to pay for himself and pay for his collea for a duration of time please. anything will work. please do not wait for power struggle of this issue at hand I have explained the parties of wait a catch and perimeter is against threshold knowledge and new one by one opportunities after hanging up the phone and totals of the presence if yc please...about 48 hours.



| Subject | **summary 911 calls Softwho and Mr. Joseph A. Stanford Judges civil rights forfeit init fallacy.** |
| --- | --- |
| From | <general@softwho.us> |
| To | <epsheriff@epcounty.com> |
| Date | 2020-12-28 07:25 |

Dear Sirs,

Please find your requests to Judges panel regarding: civil rights blackout recognizance motions distance orders of Civil rights antitrust divisions per March 2020 necessity of Judge to motion "remote telephone monitors probation for the time being of remote suspicions against others seeking issue aesthetic tolerances to commit repeat offense against others by marco polo damages sprees futures assault and battery until deaths per se issue defaulted by many issues"

attachment; 911 calls and suspicions and confirmed perjury by conflicting statement of emergency 911 per phone call to desescalate to emergency and aesthetic time to time

Softwho and Stanford requests Ad lidem to secure council with Judge and pro bono attorney to close the deal within 48 hours of the properties submitted and they all work your honor and the work is the most majesty of your time ever committed so if you will please assist to close the deal or gain our hedge account amount enclosed of no less than $80 million dollars with FTC and DOJ or a flight to investigate with one or more firms we would greatly appreciate our home possessions and business possessions and prompt securities training and laptops for my new workers of SOHO-1099 and have our properties returned at once that we earned and evaded for most of the issue of defaulted levels of one person to society requires one person to fit": closed our business of July 2020 and keeping it that way of minimal overhead and backdates ROI prospectus with uplink networks with OEM manufacturers and as well seek punitive assistance from the courts to obtain monies for payments and will not accept forfeit of another person per last recommendation profile with profile "get ya another one" to prove the man was guilty long ago with solicitations and replacement and alibi and requests Ad lidem securities and protections immediate within next three months while residing here in El Paso, Texas until March 15 2020 or sooner and a phone call to Jarred Hughes with Department of Justice as noted public will not have opportunity against Stanford known as foul play with the municipal waiver of civil rights codes by the thresholds of consent in the manners of admissions and destructions thresholds per requests and attachments;

"your honors we have contacted all sides with the properties complete to best pedigree of use and ready with SLA and ready to leave United States and the parties have the best life has to offer on buildable platforms noted 1-x interchange platforms that we have used the entire time of business opening of buying time with reseller to national utility companies at mass levels but received no such accounts hedge amounts paid to Softwho 806 410 6266 at all and have to bail and leave and no 1 do not believe init fallacy has the ruined feasibility per over the county and per person frankly and as noted with DOJ-Mike "the gross receipts we used for our campaigns were 20 years ago Mike please assist us in overnight relief and out of the picture of gumption public got him chlosterphobia against the owner of Softwho.us"

911 summary of petition request to Judges panel: (1) foul play of deaths of others is checkpoints of Doctors medical liability is not consent contacts requests ad lidem before any such contacts;

(2) and 911 petition of the Department of Justice division antitrust of the record to inspect for Stanford and Softwho of any such gumption of his micro entity company and as well the antitrust requests of Hedge Account paid by FTC account 806 410 6266 payable in advance with all industries able to commit overnight against false foul play parties;

(3) probation monitors effective solution basic needs party of intervene at indoors and outdoors parties attached with beguiles and attached with stand off arena opportunities and attached to rural hate crimes opportunities of many to one called Civil rights Act more than eight clauses "police department regains control by false thresholds against false foul play to contact remote locations and protect basic needs at this time"

(4) Judges reference and motions of counter suit claims of Civil rights Antitrust of cases per county with Softwho and Stanford and request of sureties hedge account be paid as witnesses of the gumption of time to time while developing our products of domain name space networks integrated data communications equipments and as well requests of Ad lidem of Partnership Act of 2001 recognize oaths of under gird of the clauses to seek FTC and DOJ antitrust joint divisions guidance and requests to close the deal or pay the settlement terms and obligations of Punitive settlement claims of March 2020 and raised issues of suffrage Miranda Rights of threshold of top 18 people in America and as well the USPTO issue of Amendment forfeit definitions by encroach forfeit per findings and ad lidem of partnership Act 2001 of punitive settlement per right to enter business as national business called utility or design of the USPTO patent authorities of the fair and equal of FTC and better business bureau and many other issues raised with red flag of the public and reseller of any small business and eases of 1-x greater than one account to embark two way levels of support systems economies without any infraction of the lesser of feasibility or trusts of FDIC insurables assets are sameness digital communications equipment within paycheck cashing services of any county or any situation. etc....

As per every single 911 phone calls and Stanford time to time stop or recognizance of competition resurface is heightened has to be called in to 911 or a defaulted situation per every 911 call here in El Paso, Texas and Amarillo, Texas, (23 911 calls......"the response should not be to this degree at all the appropriation to the needs are wrong bullshit of support systems levels and appropriate identification is utility and utility of eases is age groups of afair and equal careers!!!!.......") and, conflicting statement of heighten and disband opportunity investigation of false foul play of false alibi and findings time to time of medical incur of medical checkpoints and amber alert medical checkpoints is not Stanford at all nor the forfeit of minimal wage required for cost of living where probation recognizance request: from 09/2020 through 12/2020 after leave of Amarillo, Texas August 2020 and reports of blackout recognizance multiple personalities and close of affairs within Amarillo, Texas but Los Angelos of 08/2020 and FTC federal Trade commission involved and Softwho completes national utility goals comparing Light switch of home appliances versus utility needs recognizance stiffie and foul play stiffie of liars and rural thieves by convenience crimes and revert sack of pants conducts of a rural toddler man still persist and befool of init fallacy per every contact recorded and defaulted by several years of cell phone use but is FM frequency and 18 people used for USPTO of the issue bypasses of communiques but the communiques are at the end the appetite of the evil man to do harm to others after many years of following another communiques party and over fifteen different deaths every single one witnessed and passing by forfeit and paying attention to queues of telekensis to commit damages.

Per United States Department of Justice Antitrust Divisions:

per prospectus of Softwho with Ad lidem March 2020 and inclusions August 2020 of Homeland security and ROI per property and required cost of payments of bottom price versus totals and Miranda rights 1 and 1 suffrage of involuntary by mass over 500 appetite of against others by accessory followers and President Pardon filed 2016 and 2019 and 2020 of issue of "without due process intermediate appetite is before and after" and medical liability claims of inbound management required per probation rules per person and finally issues of Ad lidem Partnership Act of 2001 one person to society withal President Pardon and Ad lidem complaints versus Pro se multiple industries of defaulted but have properties to regain eases with society within timely of reseller issue defaulted of small business or above and many other issues presented to Ad lidem council seeking pro bono and relief of venue Hedge Account to pay one's way of life and finally separate from United States approval with our properties defaulted by investigation confirmed as public with no such for how of mechanics of ease of fortitude micro entity company Softwho of entry text of machine language or multiple protocols business models of domain name space service provider and after complete internet service provider of many industries of defaulted there again.

includes the Record of 911 contacts of conflicting statement by perjury and convenience crimes sought by Stanford rather than crimes and convenience crimes by conflicting statement has heredity diseases and is not consent of (foul play by alibi) as this point of befool consent to gain any such capacity against others or enlist per relevant concern of police intervene by mass admission of conflicting statement of 17 million with 10 stages of medical diseases of 70-100 per county to arrive and target bosoms or less than?

| Timestamps | Legal actions taken | False of revert schizophrenia | Legal defaulted motions filed | Incidents |
| --- | --- | --- | --- | --- |

2/19/2021

Roundcube Webmail :: Re: Intellectual honesty IP reseller agreement featuring; close and deck transfer of read SLA; TCU/IIP relays of subnet mask;

petty cash right now...we are out of funding and the appetite of collide is already there and we are packed and have to get capital for our spending of the house of SOHO right over night and this is serious business of SLA agreements so if you please.

Now we had to contact your offices within March 1, 2021 to obtain the financial backing to country of Fiji IP properties royalties or otherwise of hedge account premiums of Account stipend for the time being and now less than $1.5 million dollars and we we have to pursue our dreams elsewhere and are not the other 1/2 of the county of tolerance acceptances and have to find our management to savior at a home capable of work and backup plans if you please we have to leave within two weeks and is not our issue of communiques waste of precious lifetime and precious SLA Sigma of logic train in front of the production systems and I have worked everything possible for our return and open confession and agreement miles of per the issue of choster of over 150 according to Department of Labor and now we will not accept this same pattern and we will deem fit as no contact and sedation by Constitution law and order immediately per se the issue of collide per second is not yours and is not responsible for communiques leader and follower and of init fallacy at all. court motions. "at this time Softwho presents threats from Potter county and demand letter of $600 million dollars June 2020 and lost property from October 2020 of two party challenge of TCP/IP or BGP access points switch planes of WAN file management of ROM hub transfer modes and as well completions of midpoint networks suitable of all technology products of the issue master or why against Joseph A. Stanford what is the problem?

DEPARTMENT OF JUSTICE AND FEDERAL TRADE COMMISSION. "MIKE" AND "DARCY"

"Mike" can you please call these companies if you would and request the hedge account paid so we can get moving to another country within 48 hours notices with Department of Justice antitrust? Darcy - can you please call them and tell them how serious the matter is with Stanford losing his property from our phone call in August 2020 and that he needs the money within 48 hours?

12/08/2020 antitrust United States "Mike" partnership Act 2001 and FTC federal trade commission wake up call joint commissions: beguiles of property obligations act requested hedge account of 48 hours notice easy to close negotiations requested mediation council

01/04/2021 antitrust United States general message escalation threat to President Pardon prison systems and Amendment 15 clarification President Pardon

01/28/2021 escalated to to Department of Defence stonewalling and false presence parties demanding plots every hour against our management bosom must request mediation and psychologist commission unto Department of Justice Antitrust and request hedge account wire transfer immediately 48 hour notice am not your victim whatsoever of levels of support systems economies to stonewall management bosom especially Mr. Joseph Stanford and vortex communication networks and our next issue is President Pardon seeking mediation and council and clarification of Civil Rights Act from 1964 through 2021 and seeking online the amounts paid seed overnight of 48 hours

02/10/2021: antitrust escalated to outside pro bono attorneys; left voice mail messages and since 2017 gross receipt pro bono attorneys email via gmail Account and completed our goals of vortex communication networks the Best of Nortel Networks and Lucent Technologies and AT&T networks of optical networking clarifications and professional foresight national utilities and presentment seeking mediation council neutral and cannot fail to obtain funding at this point of public waiting for one level of support systems economies to stonewall management bosom especially Mr. Joseph Stanford and vortex communication networks and our next issue is President Pardon seeking mediation and council and clarification of Civil Rights Act from 1964 through 2021 and seeking online the amounts paid seed overnight of 48 hours

Can you please contact Microsoft or the chip makers or Walmart or someone to send some money by hedge account wire transfer immediately I have to get to the hotel right away and we have to do our security check ups from there and we have to purchase our laptops and floppy drives and USB drives to test with vortex communication networks. This is the best of the router I promise and the neatest business model of all time I promise this will work out independent just like the cell phone and will work with the utmost of opportunities, okay, please trust this email with our antitrust divisions and military troops with military rebuild policy and trust that our needs are 48 hours to get somewhere likeable with people like Mr. Stanford with our management people that we will hire upon these negotiation terms and this whole issue of lawsuit goes away okay, I promise it is a false perimeter and the tolerance is there and I cannot have my prestige of property out there of out in the open okay.

Thank you,

Joseph A., Stanford

Tel 806 410 6266

email general@softwho.us

On 2021-02-06 22:07, general@softwho.us wrote:

Please find sessions risers attachment presentation close of bid 12/15/2020 of Softwho articles with Department of Justice antitrust and is the final other than flow chart presentments of Softwho and access points line access hub transfer from March 2020 and we are going to have to leave and cannot accept another day nor hour of 800000 avail of bully crimes falsehood of appetite of encroach large versus small revert conducts of self recognizance with prison systems of cell block #14 of toddler nor cause facial expressions and so so we are leaving the country with President pardon March 7, 2020 with attachment there again we offered your offices development scope of TCP/IP of June 2020 and the return to the United States of August 2020 of LAX airport and as well the gumption of image right of image right is not working out for my company and you all should have responded with a utility levels of utility support systems to protect one social class to another and the issue of chosterphobia of 50-states is not working out for my SLA management that I have worked everything possible 20 years and I am not your folly of dismember nor dismemberment to Business elders of his lifetime and presence over 150 according to Department of Labor and now we will not accept this same pattern and we will never recognize and I am not presenting and pardoning seeker of consent lieu as condition of base nor dismemberment nor pardoning trademark-connections. You must pay this amount because perimeter suffrage is not the charges filed from March 2020 nor perimeter of survivors nor peril completions at all and the amount of hedge account must be paid in 48 hours or less and this will include homeland security charges to file and seek damages of return on investment per property sold in America of 50 states of over 300 million residents whom paid over $80000 per home in this country and this type of clarification of Softwho from 20 years ago of gross receipts of decimal format is unacceptable research and development of the issue of bouncing emulations of geometric electricity that has electrical engineers and civil engineers and software engineers and further the cost is presented to over all of the Governments with cost of living to my knowledge being implemented in over 100 countries of financial combination tokens and now please I need this money right now and have to pay for the coercions of cost of living and appetite of destruction of so many plots in a days time and I cannot stay in America any longer and I have to leave right now like right now in 30 seconds again I need to leave Okay I am from Pagemart wireless and these parties have stated their response to society and now I have helped you to the best of God to your best and helped you with everything you can imagine with your equipment and there is no other protocols to pursue okay, now pay me some money please and I need to have my bosom managers with us in our journey with other consumers elsewhere and and seduction is another country right away and I have to leave right now. okay, "they are tries at hold patterns ...of chosterphobia...if you please I need to leave right now...they cannot have our life here from prison phone calls 28 years ago of unacceptable collisions of our people okay!!!

please find attachment preliminary of sessions risers networks of switch plane protocols mesh networks, and please call if you like anything and we are packed and leaving as soon as there is a payment or by March 1, 2021 and for god's sake I cannot believe you left me with the droop of age line of consent of a rural man for so many years he was too violent and too rough and the tears of hurting another person is not something I or my office have interest in and I earned every dime in my life and we fixed everything for you to run virtual departments and the fourteen years here have been too rough for me and I will have

2/19/2021

Roundcube Webmail :: Re: Intellectual property IP reseller agreement featuring; close of deeds transfer draft real SLA; TCU/IIP relays of subnet mask...

to leave now, okay. Please send the money to be paid at once within 48 hours of hedge account to at least live on for a few years with minimal employees at Fiji Island and we may offer the VLAN TCP/IP CMOS of etch-networks boot flash of CMOS Portland free of charge as well we need this deal done and I work it out of any public picture with these people at all and our flight is in around 2-weeks okay I stayed with your offices without even a question from you since 2016 and even in 2013 with mail outs and I work for Dan Say at Pagemart and you know darn well the legal man from our company would have that teleconference with all OIG staff and all commanders of our military divisions of the Army Corps of Engineers if there was no response like this to Mr. Stanford and now we paid every dime and could have been killed many times without money and barely survived and now Antitrust is on the phone and the Dan and Pagemart but we earned this because of insurance fraud and a very violent person that I don't think I would have survived since 2005 and they showed up and I told them I don't know them and they never knew what is was that we were developing and holding to the public every improvement we had and kind to many times over and I survived in 2005 and they showed up and I told them I don't know them and they never knew what is was that we were leveraging and our work as well and that scales COO roots may have had many benefits that we never realized at all and there are now four patents and probably more connected with this concept and we had no idea that text and the SOA record and HTTP would merge well with business CRM and their IP subnets of state technologies and now we have passer to hospital phone call without due process and admissions of 911 phones calls since over three years and admissions independent of complaints department of corrections of followers against cell #14 prison cells mentally accessory followers prejudice remarks psychologist in every county. Joseph Stanford versus United States of America 2018 2019 2020 and 2021.

[1] Department of Justice Mike escalated February 2, 2021 of defrauded perjury and President Pardon substantive economic due process Amendment 14 and as well raised behalf of my clients Clayton Act of 1984 of the issue of the property right may not be an issue being willing to any such new lawsuits from monopoly to micro entity firms Softwho owned by Joseph A. Stanford upon payments rectify immediate of cost of living under coercions of cost of living and under coercions of recognizance duped consent origins unchanged 2005 State of Texas versus Paul Norton Judge Patterson Sioux Falls, South Dakota unchanged copy cat a-separate tolerance exchange commission and the patents were original of processes that hold true as well and an entire United States public of glands against 18 persons in the United States versus all parties prosecuted with additional question why did the public plead guilty at the arraignment but all parties at the end so time to time to time guilty mainly of communiques contacts of each other clauses and the mainstay is forfeit two locations planes and discard hierarchy SOA from 2018 and as well the other patent of geometric pre-notices combinations financial tokens RBC rebuild and build and constants of management sure to build as trademark-connections solution that is profitable per person and relies upon a virtual manager to use a SOA and group of logical places for self owned business and there has been no challenges and no questions and no SLA Issues and no one has tried to contact Mr. Stanford accept people whom participated with communiques with 40's and 50's and 60's and 100's and the avail approach of our 800000 persons aesthetic bullies to stand off on someone that doesn't make sense at all - now please I have to leave at the airport in El Paso and need any money right away are our new and need to come no challenges and no trust no questions and no SLA Issues and no one so many hedges please and to leave and there should be nothing at all and with royalty rights and clarifying with be here if you need to and our plans are fixed to the end of February 2021 and we have business goals in another country and I need to leave please and I have no other time to give over fourteen years and this issue of name space networks and our business goals is firm with vortex communication networks and selling the with business models that we have submitted and sure the VLAN of TCP/IP and CMOS whatever you want....please I need to leave right now....we have our employee selections to a few cities and need to get the hotel up and running and right away on plantations without the issue of coldia of second by second if you please.

enclosure:

[1] threats deadline of June 2020 demand letters suffrage of Joseph A. Stanford per Partnership Act 2001 of March 2020 of property obligations Act proceedings with Department of Justice Antitrust accepted October 2020 of FTC antitrust account Softwho 806 410 6266 and accepted November 2020 Department of Justice antitrust of Jarred Hughes and Accepted January 4, 2021 Mike from December 8, 2020 of close of bid offer fair and kind needing hedge account and recognition of Gerontology and aging and national science foundation recognize and Pulitzer Prize no different of 20 years deep Prize of another party of State of Virginia and need hedge account paid overnight please of 48 hours needs and leaving the country as noted March 7, 2021 without any money and need to race and new race of live in with SoftWho digital communications to meet cost of living danily and will proceed with escalation to President of United States from votic garnish of Clayton Act 1994 to safeguard my clients of attorney client privilege of ad Idem of Prison systems is not economic statistics correct of situation and President to rend us well will brief something of utility support levels immediately at that bosom against someones invented that not bosom against me in bosom that we train at all since leaving Pagemart Wireless Inc 2001 and have not received any in kind investor incentive monies and have not received resonance from programmers and to my knowledge most of the web developers are in jail and as well since leaving Pagemart forte of vortex communications is complete and the presentation submitted before the presentation of sessions networks was never questioned and I have been on the phone with all sides for over 12 years and found the best of the best for the zone markets as promised of 100% sure oceans of of support systems economies and this is one case that could not be challenged at all with be here and we have everything ready for Lucent Technologies and Nortel Networks and Juniper Networks. What is the issue here to assist with our economic payments to leave the country to stop coercions of without due process upon a hospital phone call? what in the hell is wrong with you? please give me enough to leave for god sake please I need to leave you may not put my cost of my life if you will please your building and we kept saying this to you for years in a row what in the hell is wrong with you? please give me enough to leave for god sake please I need to leave you may not put my cost of my life if you will please at all pay the bill right now to my hotel in Fiji and some laptops and trainman materials and cell phones for my new love in life and for the end of this cycle of development for fourteen years of my life if you will please!

[2] Softwho business plans of vortex communication networks of envelope boot flash and master kernel DACS of boot flash and DACS of envelope backplanes TCP/IP and TCU/IIP interesting information QOS.

[3] Softwho includes request ad Iidem with revoke to restore with Department of Justice antitrust of Clayton Act of 1984 and forward of property rights sole of Softwho and support levels economies propriety with digital communications name space networks of TCP/IP

[4] Softwho includes El Paso Texas request Ad Iidem of Courts of Injustice of false blackmail is not consent of each other but forfeit two locations and discard levels of information conflicting statement burden defaulting most of the public across the globe.

Thank you.

Joseph A. Stanford

Tel 806 410 6266

El Paso, Texas 79901

El Paso Myrtle Street #307

2/19/2021

Roundtable Webmail :: Re: Intellectual property IP reseller agreement featuring: close of deeds transfer draft real SLA: TCU/IP relays of subnet mask...

On 2021-01-17 07:49, general@softwho.us wrote:

Thank you so much for the opportunity to serve your companies and find our place the globe has to offer; please find our clarification presentation of vortex communications seals dual chassis token ring and master mapping kernels gateways images networks from 2020 and end of 2020 from our business models of Softwho sessions risers networks from June 2020 BGP line relays of our internal discoveries regarding limitations of domain networks and line access and router processing within the last year presentments of December 2019 of mesh protocols of TCP/IP and RFC well known protocols with articles of indictment close of bid to our understanding right of Ad lidem at Stanford and Softwho to enter marketplace with prestige of firms included to find clarification and of patents of utility and save our planet earth from any potential losses and offer maintenance from our famous George Bush President in 2004 and President Trump in 2018 of emerging of The Generals and again offer any winning with prospectus bid closed 12/31/2020 and 12/31/2020 of the Softwho company micro entity firm seeking close of bid of the for sale properties of how you wish and we will consider and offer of vortex communications networks as well however our business plans included with the IP realties and situated for the next ten years and meeting along with our proposal selling of Softwho of generosity and food supply from our business offices and as well however our business plans included with the SOHO contracts are situated for the next ten years seeking close of bid of the to unreasonable collide manifesto to protect the sole owner within 48 hours or less to serve at the airport and live near the air port until a deportation of flight chassis token ring may well closed for the duration with offers unchanged from our literature from 2019-2021 as of January 17, 2021 unpaid with three phones calls to Department of Justice Antitrust seeking Ad lidem and requests arrangements are commenced schedules Fiji Flight around March 9, 2021 from Honolulu, Hawaii - We are completely excited to offer a sessions network with router primer and any reasonable deal will work overnight to pay punitive settlement as soon as close of business of and to Honolulu, Hawaii or to San Diego, CA to obtain our SOHO relationships and to present our vortex communication networks seals envelopes dual consider this bid closed for the duration with offers unchanged from our literature from 2019-2021 as of January 17, 2021 and to find bid with Nortel Switch Inc and Fortran perhaps or Juniper Networks Inc for the next round and will and as well formid of the national utility of Electrical engineer firms and as well Softwho Vortex Networks Switch planes featuring executive token ring dual chassis and chassis seals chassis and handle goals electrical posts of VLAN and VOIP of end to end mapping tier environments as noted with our literature and again thank you for the opportunity to serve your chassis and I offer will merge as soon as possible and have the ISP resellers that you all advertise within and find ours complete the errors of backplane reported to Department of Justice Antitrust divisions within timely manners supporting the environments that we speak highly of and domains of remote gateways reliable networks and many other interfaces and interfering skills for all technology professional certificates in the near future.

Thank you so much,

Than you again please rectify our account with Regions Bank and Gobank so we may take our security rights of Ad lidem to the next level as planned within the 48 hours as we have requested since June 2020 with Demand letters and many new additions to complement the offer and presentations and prospectus that DACS token rings and that I find time to review our companies wonderful journey with Switch planes called vortex communication networks seals of processes our literature and again thank you for the opportunity to serve your chassis and I offer will merge as soon as possible and have electrical posts of VLAN and VOIP of end to end mapping tier environments as noted with our literature and again thank you for the opportunity to serve your chassis and I offer will merge as soon as possible and have every country and Chamber of Commerce in 2017-2020 and all major financial institutions featuring everyone within all State governments and all State procurement articles since 2016 to all State governments and all State procurement offices as well Department of Commerce claims ROI per person one person to society claims and Miranda Rights claims of avoidance presenment articles since 2016 to all State governments and all State procurement articles since 2016 to all State governments and have networks. Thank you so much....and as well find the advantages of the courts' and the privacy of licenses that are not our own family in the near future and I hope you can appreciate the population responsible and many other court advantages of followers that are not our own family in the near future and I hope you can appreciate the announcement of our company Softwho to relocate to another country within timely of age and chemical engineer and Intellectual royalties that we requested and should not have a problem and as we stated again and goes first at salary amounts of around $50,000 of around 50-100 employees in Fiji Island and will return to United States as needed and have scheduled our flight arrangements March 5, 2021 and leaving for good from August any amount to get Stanford somewhere safe and love money in the 48 hours as we will not accept clutches as we are acquainted status of SOHO contract to claim employees where the money March 9, 2021 - Thank you again and please find a copy submitted to the Department of Justice Antitrust divisions and of punitive settlement claims and surfage Miranda rights and collide Miranda rights of new claims ROI per person one person to society claims and Miranda Rights claims of avoidance presenment articles since 2016 to all State governments and all State procurement articles and find time to review our companies wonderful journey with Switch networks. Thank you so much....and as well find the advantages of the courts' and the privacy of licenses that are simply cannot stay for the rest of this year 2021 and offer the one with the easiest recoveries possible with your offices and submit a message to the Chamber of Commerce and message submit with Department of Justice and Federal Trade Commission and as well Financial institutions and Affiliation companies in which all of the solutions are submitted to everyone possible and every trademark over 3,000 it is my understanding are in support of Trade development and best wishes for the new year and please have no discomfort at all to release any information to obtain development with our teams within any time you want please feel free to contact whomever you wish at anytime and please feel welcome to close the deal with Joseph A. Stanford with the best terms and conditions since the years and discovery bullet points we both found charming such as networks hosts of digital communications xxxxxxxx xxxxxxxx 1PX/SPX QDI and in of TCP/IP of the issue raised of SLA agreement hierarchies of TCP/IP and all of our equipment with ROM and RAM easy to change terminology within your realm of the affairs of R&D and trade terms as well Department of Commerce support since 2016 during our first emails to your offices and the years and discovery bullet points we both found charming such as networks.hosts of digital communications xxxxxxxx xxxxxxxx 1PX/SPX QDI and in to peer and in impasses and dual copy from 2016 and credit fraction I offer to find and meeting and carriage tools and meeting and carriage tools and the problem of 2020 of mesh protocols of line relays limited by WAN of 16 lines and the 2019 cash returns back to the United States of Midpoint networks and tunnels networks and our close of the year goals complete with end of year of midpoint networks syncs information and as well vortex clarification dual chassis token ring and our final prospectus included thank you a round of applause to my old manager Dan Seay and Russell Villemez from Pagemart Wireless Inc and I hope to send some aid and tip and receiver demands are not acceptable and that issue of labor eases are not acceptable and is our probate wishes omg of citizenship elsewhere per President Pardon filed 2013 and 2016 and 2018 and 2019 and 2020 and attempts to leave the country of the issue collide and clutches and as to prevent and issue recent of avoidance was there the entire time with all sides and clutches of management bosom and opportunity of comfort to my manager of the executive council of Paging and Wireless and our wonderful journey of Jumpers DACS and chemical jumpers of Jumper Seay and Russell Villemez from Pagemart Wireless Inc and I hope to send some aid and my colleagues to work with Joseph Stanford again in this lifetime are unchanged as well 30 years and so we need to get moving and find our relations once again with our colleagues whom want these projects up and treatments of helium and natural helium and gerontology prospectus within timely manners of explorations of white blood cell commands to the human body and hope to review the college degree of a few college degrees within the next five years to meet the issue marketing of the FBI within timely manners of our business development goals within the next five years and thank you so much again for our opportunity to enter as going within timely manners of vortex communications networks. Thank you.

Please reach the airport of Honolulu, Hawaii to verify our flight with American Airlines schedules March 5, 2021 and leaving to Fiji Island with Humanitarian request to the President of Tarawa, Kiribati where our age and time merge and meet with our goals of retirement within the next ten years with employments of Softwho continued within the next year and meeting the lovely needs of social class that is loving in our home for our close of the issue and the long term bouts that we reported since entering the market of top off and receivers and the long duration of these reaches from 2005 all the way to 2020 and I will love to have the business deal moving to the close of the deal and account. Softwho paid overnight for our backup monies to have the life that we want to depend on with our own family in the near future and I hope you can appreciate the for the lifetime of yourself and IP royalties of several industries to close this end of the monies being backup overture of Joseph Stanford to close this end of concern that you Mr. Stanford have resources to meet one's needs

Thank you so much,

you.

Attachments:

2/19/2021

Roundcube Webmail :: Re: Intellectual property IP reseller agreement featuring: close of deeds transfer draft real SLA: TCU/IP relays of subnet mask...

Jumpers drawings sessions networks approved 12/2020

Softvho vortex communications seals dual chassis token rings 12/2020

Patents all rights and articles from 2020: vortex communication networks dual chassis token rings seals.

Electrical Journeyman partnership with our technology professionals and Electrical firms and Army Corps of Engineers of cylinder electrical bouncing emulations R&D.;

offer to partner electrical firms and technology professionals and injection molds sciences of TCP/IP plates tectonics and international clients as well

SOHO contract to attract 50-100 Visual studio programmers and to offer reasonable salary to support a security level customer service team and design

vortex communication networks and injection molds networks R&D and electrical journeyman outsourcing strategy of security of marketing bosom partnerships.

"Thank you wow! just a great job from our own doors from Softvho call if you need anything and 1if find a way to get there.... there is the presentation and there is the offer and I have to get somewhere safe tonight and the close of the deal is significant and close and the issue of the people to hire once and for all and this email is copied to our President's of the globe of the issue avoidance of collide and the property resolved by Softvho at the most precious antics of all time over or more of $2 Billion dollars and sessions risers networks and adapters of output and outlet scales IP roots that would have made the best proposal of the a lifetime for many mergers a long time ago if the clarification were investigated of the scales IP roots transgression and traversal and so here is our terms and conditions and Softvho and Joe here is so proud of your offices and proud to offer the best in the business of levels of R&D with with chipmakers and software makers and OEM firms in the business and all of our technology professionals solved once and for all for 20 years and immediate of tomorrow morning please take complete professional advantage here and close this deal with Joseph Stanford and this is also as good as it gets of one person whom needs the scope of the need versus available options and close of the scope of the entirety of meaning of labors required for social satisfactory relationships which are complete to the best advantage in the business of telecom and telecom equipment and OEM firms for that matter... so let us close the deal and I need to get moving as soon as this email session is complete and as soon as tomorrow is not soon enough and the collide and one major question of have you any labors for the consent is needing to promote the concept of our separation from 50 states within the time allot that we included and if you will please send some laptops and training visual studio programs and con port books and software and our hard drive from LAX airport priceless and as well the close of the punitive settlement to the bank for Joe's sanctity as once and any cellular phones as well with 3-5 years paid and hotel arrangements in Fiji Island and professional licenses and ways to obtain the Certification of CCNA and CCNP we would highly request these things at once within timely of our email thank you kindly"

Mr. Joseph A. Stanford

Tel 806 410 6266

email general@softwho.us

818 Myrtle Street #307 please mail here or the Post office and call Honolulu, Hawaii for a hotel stay for 30 days in February 2021. Thanks.

Regions Bank Arlington, Texas

Gobank Pasadena, California

CIT bank SLC, Utah

Penfed bank

On 2020-12-30 05:13, general@softwho.us wrote:

Dear Sirs,

issue 1: Save Stanford right now.... Softvho pleas bargains of around $10 million dollars to net income to pay for one's way and safety within 5 minutes and public collide of dupe at this time is not cover up but is real and prevalent and closing in fast within a few days. 12/29/2020 Thanks.

Issue 2: Softvho includes demand letters and Antitrust laws of threats with the only supportive issue raised Softvho is the only company on any legal hearing with OEM firms or Banks institutions Fortune 1000 or Affiliation corporations Fortune 1000 or Chamber of Commerce: with gross mislead errors within concepts of Softvho of networks of name space and formats of name space and formulas of name space and business utility USPTO filed since fair times stamps ratios only man in America or abroad to apply manual and digital communications systems

Issue 3: whitepapers and inclusions of Vortex communications networks of Softvho include our guarantee versus over 2000 RFC patents with one question is flood gates and reliable host management and reliable switch planes of outlet and output within flood DACS networks.

Wow! thank you so much, everything is done and complete from LAX airport from the alleged convenience crime theft of escape from United States from Stanford and Softvho August 10, 2020 and all of the counties have DA's involved against pressures of defaulting (all of the criminals are detained opportunities) and as well Softvho guarantees vortex communications networks offers new age technology mediums of adapters and plugs and butts and splicing than ever seen in the globe --- Guaranteed SLA from day one 2007 interlayering OSI and 2020 vortex communications networks not for sale but will bargain if need be and as well gerontology aging reverse complete guaranteed proofing and analysis without too many chemicals and we are ready to fly out of the United States with citizenship application elsewhere as promised with President of United States of America fixing our deficit of having goods to offer to another country from 2016 and 2019 and 2020 and would kindly resind upon prompt payment from your offices from one or more or consortium - we okay with whatever to get moving within 48 hours and I have to call these people and they are going to get into a bind the man is closing in convenience crimes wise we have to get moving and the banks are a new discovery there again of only a few were renders of aid per one and many and all omg!. 2020:

please find demand letters attached of March 2020 antitrust threats of suitable convention of properties for sale stipulated fault line of unable to produce clarified by November 2020 of BGP line access remote networks and multiple protocols unequitable of boot flash technology properties clarified of November 2020 and capability of the products of TCP/IP and TCU/IP of backplanes and frontplates uplink DACS and router processor and cross connectors lacking scales roots roots cause and as well Fortune 1000 dollars of our products of name space networks of Softvho and as well the close of the name letter used with Financial institutions of Fortune 1000 over 200 financial tokens combination networks and Chamber of Commerce every county and as well Fortune 1000 OEM firms of our vortex communications networks featuring security of RFC never again up for grabs of RFC of reliable gateways master codes to replace the one to two of procedures that we have on a router known as routing-switch plane reliable gateways networking of Softvho and

Roundtube Webmail :: Re: Intellectual property IP reseller agreement featuring, close of deeds transfer draft SLA: TCU/IIP relays of subnet mask...

TCU/IIP as well final close of the deal within timely of over night for surfrage of Miranda Rights per county and state county and national county of the fact that bosom is management utility and not so much management person and so we need to merge new feasibility comparises of 2 out of 10 persons of heighten is also 8 out of 10 whom admitted to heighten and that the issue of adaptable consent of available is probable root cause as speculated with so many conventions of Softwho of manual agreements of upfront lump sums are as effective as digital communications networks and finally the vortex communications networks backup plans with our pedigree engineer RFC firms in case there are any struggles that you all may incur and so our final letters of 2020 celebrate true of the Softwho company of all time and we have no problem at all with public speaking websites to achieve the most premiere technology of processor routers and bandwidth electricity and gerontology of reliable being bosom of age reverse of all time and we have no problem at all and we are leaving in about two months from now scheduled March 7, 2020 and we have to get our posessions from LAX airport after arriving to Fiji Island and this is only opportunity timeline that we can stand of so many facts so you shall prove me as being true of the Fiji Islands situation doesn't right at all and we have to pay for the next issue many of things that once and there are mass deals all sure of this being situation of our SLA agreement at all and we should include that our best of footprint of mastermind crafts of gurus and civil roots looting of hold patterns and civil post formations were per county and state and deducted and we are leaving in about two months from now scheduled March 7, 2020 and we have to get our final questions posed the question of forfeit thresholds or admission forfeit or accessible by forfeit recognizance of issue inbound management required and here our issue of psychotic must contain that our best footprint to find your future benefits of society and profit watches and possible stoppage of payments for lost revenues of lazy eye convenience crimes over a period of time must be heard that the threshold values there again cross examine the fact of:

In addition to updates with Gross receipts with Software firms known as "OEM firms", includes the fact of perjury by oath inclusions of negligence blackout accessory followers where Softwho includes final draws to entire a bona fide security liason of every county with question of threshold-negligence by techniques of do injury and do and will and have injury, however, since 12/25/2020 our famous question of (public blackmail) includes the red flags of perjury by oath where Softwho testifies maintained correct with all OEM firms over 4-years however the opportunity of cover up blackmail were prevalent in all contexts of the situation of OEM firm and Softwho since issue raised init fallacy copy cat convenience crimes where the question litmus will patters continue or abridge nucleus concept of issue raised french kiss of profiles each other rural and substandard or is there a red-dot of recognizance of guns or military warfare "to seize the other highest opportunities 'denouncing these parties as the fallacy of technique works that hinders the issue of threshold admissions upon the issue presentment of articles of confession and articles of proofs against any such notion or gumption of arrival or timed arrival or machine war crimes or answer final of the fallacy of speech trap with Bill Gates the owner of Microsoft typify of the experience of illegal designs of expert concrete censorship anamoly such as covert dwellings or opportunity of minimum war prone to being of age and here of exonnoration economists where we should include that our final crafts of mastermind crafts of gurus and civil roots looting of hold patterns and civil post formations were per county and state and deducted relationships as we should include that our best of footprint of mastermind crafts of gurus and civil roots looting of hold patterns and civil post formations were per county and state and deducted as first interview bank and denied while children were in school and then the trap of the whereabouts of children per county per threshold question minimal at hand of questions entered why would someone be listed second question is there mass admissions of county rural man of related with first conduct of at scene of crime per county per threshold question minimal at hand of questions entered why would someone be listed part of the working condition to offer cover up and failure upon finding mass profiles at work such as home property of social classes and signature of blackmail signature transitions made upon mass encounters or were the alibi as missing persons' if the scene of the live tape were blackmail of signature transfer so the occupation of techniques noted recent of 2015 had to have the benefits of cover up by accessible crime sprees but the fallacy of the techniques to include courts' prelude of facts including at scene of crime negligence and whether blackmail were prevalent of signature to blackmail offer or county or state allegation rural and substandard and finally the act of criminal doting of blackmail in many capacities to gain and hold patterns and supremacy and conquer but questions posed against threshold reaction and here we must institute per country with Department with Justice Antitrust is basically a patch of civil roots looting of replacement of several support systems levels where the appropriation must be heard of the fact that the psychotic of the accessible is the fact of fast and faster as cover up and cover up is the act of taking something by any method of vice but failing to present at return negotiation and here Softwho states that the chasten of psychotic question of whether tolerance of psychotic is fact of cover up being the act of alibi replacement while reminder systems of one's self stated many times to entire Fortune 1000 companies as gumption of replacement cover up of false objects consent of reminder systems required serial recognizance but in any case: did you all your cohort of any kind examine techniques of communiques to hold patterns taking of specie objects but fail threshold values of simplistic arrogance of presentments to ease of alibi to be a replacement party against others: because under no extreme has our company Softwho been appreciated for name space networks nor merging beyond text of emulation multiple websites nor gross receipts to adapt new treasures within the business models nor at any time has our company been brainwashed of the profiles of 60-60 bosoms per county nor these people appreciated nor has there been any appreciation at all whatsoever of the articles to Fortune 1000 companies back again within the concept of speech trap and opportunities of threshold right or wrong of communiques practices nor has there been any support nor comment at all about the most of vice psychotic ware partner accessible cover patterns applications and thereupon states that the chasten of psychotic question of whether tolerance of psychotic is fact of cover up being the act of alibi replacement while many dear dear, President acknowledge such recognize that the theft issue raised of the gerontology of age reverse of this man's presence to the banking institution to establish motive? years of defaulted resellers about anything and so we must brief the judge once more requesting over night of safety and the over night effect of what the testimony consists of here with threshold and psychotic and that the psychotic of the lifetime of careers is at stake and we ask again within close of year 2020 to assist Mr. Joseph A. Stanford with his values of 48 hours to leave the country and the amount of flexible hedge account within 48 hours is just and here we ask again to rectify our arrangement of prospectus of the Account 806 410 0105 FTC Federal Trade Commission as the issue of reseller defrauded by reseller properties of one Corporation filed with Better Business Bureau in America and now it is with urgency to leave because of threshold right or wrong of communiques practices nor has there been any support nor comment at all whatsoever of the business models nor at any time has our company been brainwashed of the profiles of 60-60 bosoms per county nor these people appreciated nor has there been any appreciation at all whatsoever of the articles to one business across America and that we urged SLA agreement of payments made to these Holders of Fortune 1000 over 20 years ago to commit to 3am of deadlines to a better lifestyle from every accessible whatsoever of parties not eligible to attach to remedies of labor required because of a first run of denials at the rural man of rural woman entered the bank establishment and that the essence of banking misdirect of possible renders of all misunderstanding that they never approved with a bank account since the first rural man of rural woman entered the bank establishment and that the essence of banking assistance is misunderstanding as logics of recognize that the fact the majority of the armrests across 36 states as in country at no overnight of Intel at all conflicting statement is underway in just the same as the first threat to the banking institution to establish motive?

If you will please with United Nations on board and all Presidents of over 50 countries to celebrate Construction business of scathes and construction business of chemical walls possibilities and Chamber of Commerce 1 x summed in multiple websites reselled of paychecks cashing issue of chemical and the fact that Banking institutions be the first run in history appreciate FBI-marketing of the concept of 110 feet at a marketing sign of deserved respect to another from 2017 and then again in 2018 with Department of Commerce with uplift to web pages by monitor of powers of Government per county at no overnight of Intel at all misdirect of business licenses and embed of approval of pre-monies known as lump sum economies and treasury maps economies and 1 x grouping itemize economies trades and assumed names lists service providers trades to a business enhancing breakthroughs that over came together from 2019 with our focus of phrases management of patents of procurements 2018-2019-2020 of Softwho and all OEM firms of the issues of phasing the meaning of the digital communication with use of utility and utility mechanics and then utility of processes and then utility of design to cross networks of reliable gateways and geometric priming lines and router processors and the fact that invited with your financial CFO of Anderson Consulting and Earnst and Young and other famous GAAP standards to include GAAP Account of worth over $500 trillion dollars of the fact of two way communications used with support systems levels noted with DOI Mike on 12/15/2020 and fact that the company Softwho includes gerontology chemical jumper

Roundcube Webmail :: Re: Intellectual property IP reseller agreement featuring, close of deeds transfer draft SLA. TCU/IP relays of subnet mask...

Thank you again and please find our initial white papers of the uses of functions of routers (TCP/IP via TCU/IP tunnels if you wish TCP/IP classes refinement uplink plants and TCP/IP of cross functions designated protocols registered and Softwho closes year 2020 with final theories and the fact that your businesses and OEM firms can include the equipment to marry reseller partnerships on your side of the picture of the belongings and disappointing final question is that the response versus utmost is not at all our needs and we have to go ahead and make international arrangements with our remaining life time and find that a equipment for sale gross domestic products of routers and CPU's and electrical units and Softwho includes that our business has also included save the day of the fact that Stanford and Softwho made the most strides possible to severe the relationship at once to the utmost pedigree of your wishes and have not received the gumption of properties transfer of deed as of networks and that Stanford and Softwho so that our business receipt of 2020 of identification-router and identification of protocols TCP/IP with TCU/IP of fact of mapping digital images are master code-gateways as final theory of digital communications networks of DACS of router boot flash or flash of DACS or DACS of flash and coupler of random order and map and master codes bit map and in which we at Softwho us include the final gross receipt of 2020 of identification of protocols TCP/IP with TCU/IP of fact of mapping digital images are above pairing routing services networks and TCP/IP via TCU/IP different type of router of DACS open flood and seals floods similar of hypermail routers and hypertermail programs of the boot flash and coupler of systems Routers and enterprise services and many more developer prospects for our new SOHO agreements under way within new year of 2020.

to yet another stride of before anyone should receive our bosom management and manager information and techniques and as well upon any such notion of ability to learn someone's best premiums and finally the support systems of levels of support to run a country with little from promises from the four year vote from our dear Presidents and that the eases of implementation versus eases of convenience crimes far is too doubtful for our general family levels to frustration levels of CEO's and to the fact of eases of goods to assist ratios and the fact that 8 out of 10 changes to 2 out of 10 upon financial tokens networks issued and 40 to 60 locations in a zip code available for two way agreements changes the focus to related to one's self and yet from our records the issue of the channels and segments 1-x of Department of Health takeover of home equity loans and homes and apartment units could change and has changed this feasibility outlook forever reducing 6 out of 10 communiques receivers and the fact that 2 out of 10 would be changed permanent of someone interested in their home life of adaptation of the apartment for a reasonable amount of time per person and again Stanford and Softwho seize the arrogance and our gumption placed on this placard you that please and as well I need to get to another country right over night honest - the people are receivers utmost and every limit I enter is 9.11 or not mind please acquire our properties please and please submit our and I have ever witnesses and I have the obligation and mentorship to change this once the deal is complete.

Please remit on time by end of year 2020 of amount of Miranda rights suffrage and President Pardon of one person to society and the other best positions of legal actions taken to leave the United States of America as soon as possible: Thank you again of amount of $80-$100 million dollars and the completion of deeds of quick transfer of the objects or objections raised to our end of IEEE networking engineer and the fact that the public can and have and will probable of accessible crimes but with alibi there again of torture of image line of psychotic and so we need some transfer of net income by end of year 2020 in public heirs at this point of manipulation or fix of chlosterphobia and promises to society from Softwho and please that there is charming to the end of resolved and that the computer and router answer of tolerance please again. this is the situation that the work of daily...please assist our company to leave per security rules of royalty rights before anyone causes a dupe to trap and trap to cover up and trap to cover up and again I am simply buying time on an hourly basis of false objects consent and I am simply fulfilling our obligations for totals reference and seriously we proved that 20th email since 2019 of elastic and carriage square routers and the clarification of many protocols of RFC engineers whom never examined the facts of the outlet feature of the system boards - and so again I have to leave right now please take the email to serious connote that Joe here has to leave right now over night and he is telling you if god has power of vehicle and transport then he will purchase the items he needs while separating from the location of safety problem and again this is Joseph Stanford from Dallas, Texas and I explained to you that the party of any is forfeit and opportunity of collide cover up tolerance and I explained to you this is the whole last four hours and seriously I have to leave right now....I am simply buying time on an hourly basis of false objects consent and seriously I believe you made an over the counter purchase in the this is not a negligence blackout accessory recognizance and I cannot take everyone on of the aesthetic of missing persons and seriously I have to leave within 1 minutes right now....Always we proved that the reference is gerontology bio tech terms of age reverse but tolerance of a speech trap and please send some of the essence of someone gaining against your 9.11 bosom is not going to happen here so I need you to pay something so my business can be made elsewhere please.

Services and enterprise services and many more developer prospects for our new SOHO agreements under way within new year of 2020.

Thank you again,

Mr. Joseph A. Stanford

Softwho

818 Myrtle #307

El Paso, Texas 79901

Tel 806 410 6266

2/19/2021

Roundcube Webmail :: Re: Intellectual property IP reseller agreement featuring: close of deeds transfer draft real SLA: TCU/IP relays of subnet mask...

call the 911 service dispatch of El Paso Texas if you all need to and I have spoken with Regions Bank and we expect a payment so Joseph Stanford can leave the country and any speculation should be easily able to find in another country from yourself or security issues raised and Gobank should be doable with Softwho or any other arrangement like around $10 million dollars or to settle outside of court punitive settlement claims submitted with aims of threats March 2020 and finalized with Department of Justice "Mike" 12/15/2020 with inclusions of Miranda Rights suffrage and President Pardon of United States of America of one person to society of the fact of available resources per not guilty parties.

Thank you and best of God be with our journey of age cripple with bio tech firms and I hope to see you in round table with these agencies to assist with Army Corps of Engineers to save their precious bosom from the issue to seek beyond sack of presence and the entire whistleblower of life and human life and age span and here we believe we can do it and the goals are done thank god..and thank god for your prerogative and Joseph Stanford have made within the years of crisis and economic crisis and out of work crisis and answers crisis and management crisis and please get this done for god's sake they are going to merge total and I am not the party of 911 threshold at all and have never made relations of codependency famous psychology terms of large and small requirements assault and battery and accessible psychotic two cameras consent lines at all of 911 services and now I need to get moving right now please.

On 2020-12-21 16:19, general@softwho.us wrote:

Per Softwho include patent end of year 2020: "If you please the opportunity of thresholds and perimeter of catch is not acceptable consent relationships of after transmissions of support systems unto industries per USPTO and DOJ and FTC Antitrust divisions Mike 12/19/2020 requesting punitive and/or Hedge Accounts amounts to leave United States at once within 48 hours and you must comply please any amount will do I do not want a power struggle of our national properties of beguiles of thresholds per recognizance of stop bypass of recognizance bypass properties and forfeit properties and uni crimes stop recognizance implicates others......and these gross receipts are 20 years ago and 1 x years ago and I was already included 1-x hierarchies of extension buildings with probation lifestyle if you please so I may get my managers out of the picture right now....for god's sake you cannot have my life and for god's sake we have already included 1-x hierarchies of extension buildings with probation lifestyle if you please so I may get my managers out of the picture right now....for god's sake hang up please of recognizance and accessory followers recognizance before any such additional agreed upon fast approach and fast to threshold perimeter and fast to available dupe and fast to identify theft and fast to forfeit against one's labors etc...of accessory blackout maneuvers......"

I, vortex communications TCU/IP networks (not for sale dual chassis tokens and chipset networking via reliable gateway bit masks subnetting VLSM via midpoint networks). Everything is ready and works and the tests from 2018 and 2019 elastic and roots and 2020 IPXSPX S.D and 2020 endoscopy all here for professional certifications and mass upgrades that will do wonders for your wonderful computer equipments' Thank you so much for the time witness of 2016 and that we feel is appropriate for 2000 and from 1995 and 2007 and 2010 and 2013 and web protocols 2018 and 2019 and 2020"

II. Sessions TCP/IP networking Layer 0 for sale and Hedge account right away to our banks over night.

"truly amazing from our gross receipts dual chassis token ring chipset and call and assignment and bit maps arrays master kernels networking reserved and ready for transfer next year 2021 at consideration for your needs and our needs as telecommunication company with Softwho and my new managers on board within Fiji Island rules and regulations business license Softwho or otherwise"

Please be assured our conversation authorization with FTC and DOJ and Presidents across the Globe is truly at heart and the support systems are already submitted and timely of the apprises and as well feel joy that the business works are solely owned by Softwho of relational domains and uplink networks and sessions networks and processing and processor cross connectors networks and so many other wonders and if you can produce me tonight, I can get away to hotel in hands of mid range management concerns about Mr. Stanford and his goals and no other way is the request against any wingback not satisfactory of the Account Softwho of life securities within 48 hours notice, we are packaged and ready within the next March 9, 2020 and as well the contacts with our management are almost ready with security considerations and as well the work is complete here with phone calls with DOJ antitrust of summary and authorization to commit the issue support systems of Softwho and the we the people cause of the issue collide manifestos so if you please we must go ahead and leave before the scheduled ticket of March 9, 2020 of Fiji Island and make our dreams of business vortex communications networks of DACS and open and close environments called CSS-cascade networks and Cascade CSS cascade style sheets and autoexec.bat and hyperterminal and our notes are the best of the concept bit map images and will always be with Softwho and Mr. Stanford and will always offer the secure and robust image of negotiables within the maximum density of telecommunications from this day forward. Thank you again.

II. Sessions TCP/IP networking Layer 0 for sale and Hedge account right away to our banks over night.

call Regions bank and I can transfer to a few accounts or transfer to Gobank and I can make arrangements there or send a credit card or cashiers check so we may make a trip to Regions bank of any amount at this time 12/21/2020 and yes we will leave after Christmas 2020 and yes we have to go ahead and leave to another country at once and I assure that an amount of $10 million or above will satisfy our needs for the time being until I full rectify but we have the backup plans going and have to have the issue of backup-Stanford money to pay for himself and for his colleagues for a duration of time please, anything will work, please do not wait for power struggle of this issue at hand I have explained the parties of wait and catch and perimeter is against threshold knowledge and new one by one opportunities after hanging up the phone and totals of the presence if you please...about 48 hours.

email general@softwho.us

Tel 806 410 6266

El Paso, Texas 79901

818 Myrtle #307

Softwho

Joseph A. Stanford

Thank you. Everything is transfer to your firms likeness.

Cc: Mike Antitrust division Department of Justice Antitrust authorized to speak to Presidents across the Globe authorized to speak with CEO's of OEM firms etc...

Cc: FTC Darcy and Ashley Federal Trade Commission (same as above)

Cc: President of United States and President of Fiji Island and President of Mexico and President of China

cc: United Nations Presidents

2/19/2021

Roundcube Webmail :: Re: Intellectual property IP reseller agreement featuring; close of deeds transfer draft real SLA; TCU/IIP relays of subnet mask...

On 2020-12-12 18:28, general@softwho.us wrote:

close of bid 12/12/2020 ########## Softwho with Mr. Joseph A. Stanford inclusions part 1 Access point WAN wide area networks and telecom business objects search engines and part 2 risers and relays of midpoint networks here with with OEM firms major Fortune 1000 corporations seeking Hedge Account within 48 hours or less of opportunity is not avail with Softwho nor Mr. Joseph Stanford after apprise and contact of opportunity ideas. Please find our comment line attached and rights of punitive settlement eases of comfort and aid and solutions within end of year known as Whitepapers as well featuring priming the line relays and priming processors router blocks and line relays retirement plans and two way DACS interesting information known as QOS quality of service within IEEE engineering and many other designs and new banks accounts attached as well within end of year with my colleagues of OEM engineering and Department of Justice demanding to recruit laptops and printing software Appdev and chemical training and electrical training and as well the opportunity to recruit Denver Colorado people and opportunity to recruit El Paso and San Diego and Seattle and Phoenix possibilities of visual studio.net and ASP.net and human teachers and of work as soon as possible and here with Department of Justice Mr. Jarred Hughes and FTC Darcy is the best we have to close of this should get with this technology relays extensions multitudes and dimensions and as well reserved concept vortex networking communications dual chassis punch-token interrupts chipset and as well until further notice and within human control test phases and test phases solid true and test phases of fantasia.

30days or less to application suit of citizenship to build in another country.

Thank you from Joseph A. Stanford please call if I may provide any other information to the end of year. SLA service level agreements per county and authorization to commit any terms and conditions as your company deems to suit cost of living as advertised.

joseph.stanford.mai@gmail.com

El Paso, Texas 79901

818 Myrtle #307

Tel 806 410 6266

On 2020-12-06 10:28, general@softwho.us wrote:

Dear OEM firms and Ad lidem with Antitrust of Government and Antitrust Monopoly to secure the proposal right away and promote our concepts right away and be transparent with our SOHO deal right away.

Please find the attachment updates of Prospectus of the products of Softwho proving substantial line of business affairs and gross receipts (somewhat incomplete) of TCU/IIP as mains of all types of functions cross connectors and MOSFET bouncing VLAN etch networks and as well TCU/IIP tunnels switch planes networks gateways and logics gates of switch planes well known ports UDP/TCP output to line relays of MTU backplates and MTU front plates that along with many other solutions are proven as backbones of all carriers of telecom and all carriers of routing protocols etc...If you please from our findings of Miranda Rights unabated consent by one demands of blackout recognizance 1 of November 2019 and July 2020 our properties of unable to reproduce Foxpro database and all of our softwares since 2012 and as well November 2020 close of seat of 911 calls of Miranda Rights and Department of Justice demanding to right now of our SLA needs is not opportunity of receivers where and all of our emails to your offices were High-dates and High-points and there that man was there again of learning to mechanics solid true state to commit is not consent contact but convenience crimes okay....please allow my offices to close the door here and now to our plans of Miranda Rights and move at once overnight please as well the fact that working conditions is not whim of forfeit at all of tolerance civil rights of people needing human control test phases and test phases solid true and test phases of fantasia.

Our offices have much more to discuss of the potential gains of around the releases of procedures of binary mapping services and midpoint processing reliable gates and logic gates and types of interfaces than meets the round table with all Presidents across the Globe of findings that we included with master equations of basics of processing across the equation line of decimal gates and logic gates methods of lodges and subnets within CSS style sheets and vortex communications networks and visual studio.net CSS flash programs and networking of routers of text emulations ANSI or otherwise and much much more of midpoint networks that we included gross receipts and so our first round of March 2020 bid of ACSS Point networks ROM of sessions WAN of any AS systems of mesh or lower class router of Line relays 1-8 and as well relays midpoint networks TCU/IIP of relays of extensions of relays cross functions and interrupts of any backplate line is completely durable patent of midpoint networks and fast boots and as well your offices forebode of next year 2021 and futures of CPU VLAN etch networks.

Our offices are prepared for your news overnight and will submit the whitepapers and patents under of gird of relays TCU/IIP within the close of the deed for sale and the ten years of Softwho of request Ad lidem with Antitrust and business plans of IP royalties within design of Utility and Utility of use of IP intellectual property of Punitive request of all providers fair to transmit right away per our SLA needs and needs of SOHO and avail the relocation to another country is emergency protocol of high points and presence and no activity indicating that the receivers of communiques are waiting for mechanics mention rather than seats of mechanics as toddler cover up and as well we have included all of our inbound branch franchise solutions of 1-x hierarchies trade products to all counties with buildings-belonging to Franchise businesses and now include temporary labors firms and financial buildings and as well the opportunity for the relationships with computer repair shops and ISP internet service providers and your offices of OEM firms and final statements attached close of year 12/05/2020 of the concept of opportunity to true state is not condition of something that is potential that is a perimeter but a 2019-2020 betweenness of May have gleaned against people that high ranking managers and that the high points is our final statement of the issue of forfeit Bill Gates or Microsoft to search for another stand off toddler recognizance and now chisterphobia is the failure to recognizance that these people have management bosom of trademark authority and the thinking premise is not published for you to peruse and so we need to go ahead and close this deal right away and we will take a reasonable offer of $2Billion or more at once so we can take our 50 year age with us to another country over night because all the red flags are there and I am sure my managers that we bring with us are needing to leave within 45 minutes and you know I use to report to these managers for a phone call in the middle of the night at 3am to get things done for our CEO and now we need to get moving right away please.

Attachments not included : through 2021 and future.

Gerontology working as teams to create foods meats of vegetables to my Knowledge

Gerontology and reverse chemical research from Softwho reseller

Pending close of deal of binary mapping procedures of midpoint networks

Pending close of deal of vortex communication networks

2/19/2021     Roundcube Webmail :: RE: Intellectual property IP reseller agreement featuring: close of deeds Transfer draft real SLA: TCU/IIP relays of ...

Case 3:21-cv-00105-DCG   Document 8   Filed 05/13/21   Page 86 of 102

| | |
|---|---|
| Subject | **RE: Intellectual property IP reseller agreement featuring: close of deeds transfer draft real SLA: TCU/IIP relays of subnet masks and relays of MTU and remote login profile uplink DACS.** |
| From | ATR-Antitrust - Internet (ATR) <ANTITRUST.ATR@usdoj.gov> |
| To | general@softwho.us <general@softwho.us> |
| Date | 2021-01-06 11:13 |



Thank you for contacting the Antitrust Division of the U.S. Department of Justice. The Citizen Complaint Center has reviewed your complaint, and we have forwarded the appropriate legal staff for further review. We have your information on file and should legal staff need further information, they may contact you in the future.

We are always interested in hearing from the public, and your submission will be given careful consideration. Please note, however, that it is the Division's policy to conduct its investigations on a non-public basis in order to preserve the integrity of its investigative process. Thus, we cannot disclose to you any information which may gather, nor can we confirm the existence or non-existence of an investigation, unless such information is made a matter of public record. Therefore, this may be the only response that you receive. We appreciate your interest in the enforcement of federal antitrust laws.

Sincerely,
Citizen Complaint Center
Antitrust Division, Department of Justice

**From:** general@softwho.us <general@softwho.us>
**Sent:** Monday, December 21, 2020 4:20 PM
**To:** randall.stephenson@att.com; icare3@amcustomer.att-mail.com; info@att.com; dataprivacy@al-enterprise.com; cloudsupport@hp.com; AskBoard@microsoft.co
media.australia@apple.com; privacy@cisco.com; privacy@juniper.net; nonmanagementdirectors@us.ibm.com; ContactTheBoard@vmware.com;
dataprotection@siemens.com; antitrust@ftc.gov; ATR-Antitrust - Internet (ATR) <ANTITRUST.ATR.USDOJ.gov>; patentpractice@uspto.gov
**Cc:** memberservices@amd-member.com; nfo@nvidia.com; txn@ti.com; tsupport@us.fujitsu.com; NETSUPP@us.ibm.com; trademar_us@oracle.com; pims@sis.com
IR@via.com.tw; embedded@viatech.com; att@computershare.com; nortelusclaims@nortel-us.com
**Subject:** Re: Intellectual property IP reseller agreement featuring: close of deeds transfer draft real SLA: TCU/IIP relays of subnet masks and relays of MTU and remote
profile uplink DACS.

Per Softwho include patent end of year 2020: "if you please the opportunity of thresholds and perimeter of catch is not acceptable consent relationships of after transmissions of support systems unto industries per USPTO and DOJ and FTC Antitrust divisions Mike 12/19/2020 requestin punitive and/or Hedge Accounts amounts to leave United States at once within 48 hours and you must comply please any amount will do I do not a power struggle of our national properties of beguiles of thresholds per recognizance of stop bypass of recognizance bypass properties and forfei properties and uni crimes stop recognizance implicates others....these gross receipts are 20 years ago and I was manager then of Pagemart Wire Inc and the selective discrimination of affirmation must uninclude myself out of the picture right now....for god's sake you cannot have my life an god's sake we have already included 1-x hierarchies of extension buildings with probation lifestyle if you please so I may get my managers out of harms way of their phone calls and hang up please of recognizance and accessory followers recognizance before any such additional agreed upon approach and fast to threshold perimeter and fast to replace and fast to available dupe and fast to identity theft and fast to forfeit against one's la etc...of accessory blackout maneuvers...."

I. vortex communications TCU/IIP networks (not for sale dual chassis tokens and chipset networking via reliable gateways bit masks subnetting V via midpoint networks). Everything is ready and works and the tests from 2018 and 2019 elastic and roots and 2020 IPXSPX S.D and 2020 endos all here for professional certifications and mass upgrades that will do wonders for your wonderful computer equipments" Thank you so much for t time witness of 2016 and that we feel is appropriate for 2000 and from 1995 and 2007 and 2010 and 2013 and web protocols 2018 and 2019 an 2020"

II. Sessions TCP/IP networking Layer 0 for sale as you wish and Hedge account right away to our banks over night.

"truly amazing from our gross receipts dual chassis token ring chipset and call and assignment and bit maps arrays master kernels networking reserved and ready for transfer next year 2021 at consideration for your needs and our needs as telecommunication company with Softwho and r new managers on board within Fiji Island rules and regulations business license Softwho or otherwise"

Please be assured our conversation authorization with FTC and DOJ and Presidents across the Globe is truly at heart and the support systems are already submitted and timely of the apprises and as well feel joy that the business works are solely owned by Softwho of relational domains and networks and sessions networks and processing and processor cross connectors networks and so many other wonders and if you can protect me tonight I can get away to a hotel in hands of mid range management concerned about Mr. Stanford and his goals and no other way is the request against any chargeback not satisfactory of the Account Softwho of life securities within 48 hours notice...we are packed and ready within the next March 9, 2020 and as well the contacts with our management are almost ready with security considerations and as well the work is complete her phone calls with DOJ antitrust of summary and authorization to commit the issue support systems of Softwho and the we the people cause of the collide manifesto so if you please we must go ahead and leave before the scheduled ticket of March 9, 2020 of Fiji Island and make our dreams o business vortex communications networks of DACS and open and close environments called CSS-cascade networks and Cascade CSS cascade sty sheets and autoexec.bat and hyperterminal and our notes are the best of the concept bit map images and will always be with Softwho and Mr. Stanford and will always offer the secure and robust image of negotiables within the maximum density of telecommunications from this day forwa Thank you again.

Thank you. Everything is transfer to your firms likeness.

Joseph A. Stanford

Softwho

818 Myrtle #307

El Paso, Texas 79901

Tel 806 410 6266

email general@softwho.us

call Regions bank and I can transfer to a few accounts or transfer to Gobank and I can make arrangements there or send a credit card or cashiers check so we may make a trip to Regions bank of any amount at this time 12/21/2020 and yes we will leave after Christmas 2020 and yes we hav go ahead and leave to another country at once and I assure that an amount of $10 million or above will satisfy our needs for the time being until rectify but we have to have the backup plans going and have to have the issue of backup-Stanford money to pay for himself and pay for his colle: for a duration of time please. anything will work. please do not wait for power struggle of this issue at hand I have explained the parties of wait a catch and perimeter is against threshold knowledge and new one by one opportunities after hanging up the phone and totals of the presence if yc please...about 48 hours.

Roundcube Webmail :: Re: Intellectual property IP reseller agreement featuring: close of deeds transfer draft real SLA: TCU/IIP relays of subnet mask...

roundcube

2/19/2021

**Date** 2021-02-10 22:22

**Cc** • Softwho Vortex Communications Networks Final.pptx (~3.5 MB)
• Softwho Sessions Networks TCU/IIP.pptx (~2.0 MB)
• Softwho OEM Prospectus .docx (~1.6 MB)
• Homeland Security Civil rights ROI.pdf (~743 KB)

<cmembeserv@amd-member.com>, <info@nvidia.com>, <tcn@dcom.>, <tsupport@us.fujitsu.com>, <NET5UPP@us.ibm.com>, <trademar_us@oracle.com>, <pims@sis.com>, <ZH@via.com.tw>, <embedded@viatech.com>, <att@computershare.com> 5 more...

**To** <randall.stephenson@att.com>, <clarea@amcustomer.att-mail.com>, <clarea@amcustomer.att-mail.com>, <info@att.com>, <databranch@al-enterprise.com>, <cloudsupport@hp.com>, <general@softwho.us>
• <Askdboard@microsoft.com>, <media.australia@apple.com>, <privacy@cisco.com>, <privacy@juniper.net>, <nonmanagementdirectors@us.ibm.com> 8 more...

**From** <general@softwho.us>

**Subject** **Re: Intellectual property IP reseller agreement featuring: close of deeds transfer draft real SLA: TCU/IIP relays of subnet masks and relays of MTU and remote login profile uplink DACS.**

Follow up of 48 hours demand letters notice February 8, 2020: per our security initiatives and seed monies and punitive settlement needs addressed with several pedigree software design of Visual Studio.net and command.com code languages and ROM random access memory languages and reserve of properties Softwho of mapping envelope reservations systems: vortex communications networks includes our petitions with pro bono attorneys and pro bono attorneys of United States of America Antitrust federal divisions with several posits of authority chain of command versus convenience crimes of the issue false partnership act 2001 beguiles against my client since 14 years ago and additional years and includes our chain reaction of investigations of samenesses personality chain of command with my first day and day and year of birth and entrance 14 and 15 and 6 and 8 are included at royalties since our initial reviews filed in Potter county March 2020 of Partnership Act 2001 threats however the issue of conflicting statements of people showing up that never have been the defense of every manager in this point of requests of Hedge Accounts of communiques practices of senders and receivers in which you all in all sides communicated and initiated leader and follower and then the entrance of criminal same afront and then criminal conducts in which the communiques that all businesses are still in every 911 phone call the only method of Amendment 1 speech or expression of hold patterns noted for the record expert withdraws or expert sides are identity that really quality of mansslaughter upon the right inhibitor were drawn from these parties of communiques and then presence of chain of events of gross misled including gross of while is recent of 2014 of communiques but withdrawal of decision powers where we must include with Antitrust divisions multiple federal laws the opportunity to circulations of agreements of Accounts and hold patterns withdrawals as Six Sigma interceptor and Six Sigma accessible decision powers totals against our Civil rights Act 1964 of since mass casualties of communiques there again of before contact a generations-threats and followers that really quality of mansslaughter upon the right inhibitor were drawn from these parties of communiques and then presence of chain of events and and this time the beguiles must include this issue of interception and accessible of mass emails to levels of management of executive tables and executive CEO letters and executive chain of events that decision powers initiated by your companies and corporations since the fact of mislead of leases of crimes of receivers and senders and finding out that these parties could be capable of mass casualties of communiques and then again of national crime of collide manifesto while this Standard of S-457 and 1024 digital signature of appending independent to the Judges and the suggested background of people showing up that never have been the defense of every manager in this nation and so we need hedge procedure of ad lidem we present our backup plans to receive capital funding to the fact in that in total counts and civil monies and cons patterns that when due process for a future to public charge account or print at the rough due process with the county versus versus and versus the concept Softwho contacts your office and authorizes full commits of the transfer of objects but the only transfer is countries that are serving working labor blue collar class you have no tag of honor code of restore or judgement duty or forfeit of CEO letters and the age while damages this 1/2 of the public did while you all in decision powers were gloat of sending and receiving communiques messages at every level have lobacty to withdraw and decision powers totals against our Civil rights Act 1964 of since mass casualties of communiques there again of before contact a racial divide and there again you all in concert of evade-participations.

Our enclosures are firm and follow the chain of command of threat and veto threat and actual court appearance and negotiation tenure of properties trade exchanges and as well follow through with Ricoh Act violations of Six Sigma class with conflicting statements of behavior drivers against society lurid social class clashes and then upon choices for phobia discovery these parties then excelled to a decision power of national crime of collide economics and Amendment 5 457 and 1024 digital signature appending independent to the concept Softwho contacts your office and authorizes full commits of the transfer of objects but the only transfer is countries that are serving financial combination tokens 1 x of 14-15 times Accounts before digital transmission and the issue of support levels economies no public speaker have requested the payments on behalf of Stanford and to date the only parties interested in our future are parties that are the 1/2 of labors to the county or the other half are assault and battery parties likely of repeat offenders along with all ideas complete as well as multiple charges of felons and felonies.

On this note – Softwho and Joseph Stanford are leaving the country in 2-weeks and need some money transferred and will not accept no for answer at this point and our business was not needed and we would have to request pro bono assistance as noted when the wire have already undergone after March 1, 2021 and then again March 1, 2021 of President Veto of Pardon powers of prison systems and gerontology age reversal products to research and cells of vote we have no money and the situation is false appetite of injections to society bottom line with next day questions called plantation versus replacement against society of intervene schizophrenia and I do not want my corporations should have plenty options that we planned as operations MOS management operations management systems with foresight of over 300 bit map envelopes and 600-1000 TCP/IP command structures of LED within network crawler multiple websites that include optimize of the CRM industry and as well Visual studio.net to include programmatics of groups and as well many other risers arrays database structures of the router called printer routing technology with all of the protocols paid no less than $20 Billion dollars of at least 15-20 in the market since our first day on the job in 1996 if you will please our products are sound and have been complete since create credit fractions in 2014 and complete since create credit fractions in 2016 and all sides have had mass emails since 2016 through today and are totally yours and here we have to obtain money because there is a privacy bill and privacy chain worldwide that will add many years of growth for a company Softwho that have to attend to and as well all of your negotiations of professional certifications and telecom relations should be relieved at this point with the issue of support levels economies and here we have no money and we need our punitive settlement paid and many years of growth for a company Softwho that have to that will blossom with subscriptions and memberships as the mainstay and create the circulation envy of the Globe bank and a very bad news need our punitive settlement paid and overnight please 48 hour notices and I am leaving in two weeks please and for god's don't fall because the options have run real and then issue of the option here as replacement and in this nation and so we need hedge account monies and is not a speech trap for god sake and I could get stuck in Fiji Island and have to sell our 800# as well etcetera and we have to move on this right away, please send our money by hedge account or the account monies and is not a speech trap for god sake and I could get stuck in Fiji Island and have to sell our 800# as well etcetera and we have to move on this right away, please send our money by hedge account or

The amount requested is fair we have to have some net income transferred right away and my new employees need the safety net and the Civil rights Act 1964 should speak for itself of mass public versus intervene and automation of the situation known as treasury and currency of false objects and now this is the best of the premiums and we included and considerations and we have a great 10 years ahead of our business and gerontology age reversal products to research and cells of vote we have no money and the situation is false appetite of injections to society bottom line with next day questions called plantation versus replacement against society of intervene schizophrenia and I do not want my corporations should have plenty options that we planned as operations MOS management operations management systems with foresight of over 300 bit map envelopes and 600-1000 TCP/IP command structures of LED within network crawler multiple websites that include optimize of the CRM industry and as well Visual studio.net to include programmatics of groups and as well many other risers arrays database structures of the router called printer routing technology with all of the protocols paid no less than $20 Billion dollars of at least 15-20 in the market since our first day on the job in 1996 if you will please our products are sound and have been complete since create credit fractions in 2014 and complete since create credit fractions in 2016 and all sides have had mass emails since 2016 through today and are totally yours and here we have to obtain money because there is a privacy bill and privacy chain worldwide that will add many years of growth for a company Softwho that have to attend to and as well all of your negotiations of professional certifications and telecom relations should be relieved at this point with the issue of support levels economies and here we have no money and we need our punitive settlement paid and many years of growth for a company Softwho that have to that will blossom with subscriptions and memberships as the mainstay and create the circulation envy of the Globe bank and a very bad news need our punitive settlement paid and overnight please 48 hour notices and I am leaving in two weeks please and for god's don't fall because the options have run real and then issue of the option here as replacement and in this nation and so we need hedge account monies and is not a speech trap for god sake and I could get stuck in Fiji Island and have to sell our 800# as well etcetera and we have to move on this right away, please send our money by hedge account or

If you please we need our payments of over the wire to our bank accounts and have to leave right away and I do not want to to have to merge beyond the Clayton Act 2004 on this situation at all and these are the best prices that are available and we have succeeded at all sides and if you have any questions at all you may reach me by phone or email at once Joseph Stanford.

2/19/2021     Round the Web mail - RE: Offer Deal Property/D reseller agreement including Close of deeds transfer deal real SLA TCU/IIP relays of …

Case 3:21-cv-00165-DCLC Document 3 Filed 05/13/21 Page 89 of 102

Cc: FTC Darcy and Ashley Federal Trade Commission (same as above)

cc: President of United States and President of Fiji Island and President of Mexico and President of China

cc: United Nations Presidents

On 2020-12-12 18:28, general@softwho.us wrote:

close of bid 12/13/2020 ######### Softwho with Mr. Joseph A. Stanford inclusions part 1 Access point WAN wide area networks and telecom business objects search engines and part 2 risers and relays midpoint networks here with OEM firms major Fortune 1000 corporations seeking h Account within 48 hours or less of opportunity is not avail with Softwho nor Mr. Joseph Stanford after apprise and contact of opportunity ideas. F find our comment line attached and rights of punitive settlement eases of comfort and aid and solutions within end of year known as Whitepape well featuring priming the line relays and priming processors router blocks and line relays refinement plants and two way DACS interesting information known as QOS quality of service within IEEE engineering and many other designs and new banks accounts attached as well within e year with my colleagues of around 50-100 with our flights to Fiji Island flight LAX and new properties but need laptops and training software Ap and chemical training and electrical training and as well the opportunity to recruit Denver Colorado people and opportunity to recruit El Paso an Diego and Seattle and Phoenix possibilities of visual studio.net and ASP.net and human resources and teachers out of work as soon as possible a here with Department of Justice Mr. Jarred Hughes and FTC Darcy is the best we have to offer and as good as this should get with this technolog relays extensions multitudes and dimensions and as well reserved concept vortex networking communications dual chassis punch-token interrup chipset and as well until further notice and within 30days or less to application suit of citizenship to build in another country.

Thank you from Joseph A. Stanford please call if I may provide any other information to the end of year SLA service level agreements per count authorization to commit any terms and conditions as your company deems to suit cost of living as advertised.

Tel 806 410 6266

818 Myrtle #307

El Paso, Texas 79901

josephstanfordmail@gmail.com

On 2020-12-06 10:28, general@softwho.us wrote:

Dear OEM firms and Ad lidem with Antitrust of Government and Antitrust Monopoly to secure the proposal right away and promote our concept right away and be transparent with our SOHO deal right away.

Please find the attachment updates of Prospectus of the products of Softwho proving substantial line of business affairs and gross receipts (somewhat incomplete) of TCU/IIP as mains of relays of functions cross connectors and MOSFET bouncing VLAN etch networks and as well TCU tunnels switch planes networks gateways and logics gates of switch planes well known ports UDP/TCP output to line relays of MTU backplates a MTU front planes that along with many other solutions are proven as backbones of all carriers of telecom and all carriers of routing protocols et you please from our findings of Miranda Rights unabated consent one by one demands of blackout recognizance 1 of November 2019 and July our properties of unable to reproduce Foxpro database and all of our softwares since 2012 and as well November 2020 close of seal of 911 call Miranda Rights accessory followers and Department of Justice demanding to leave right now of our SLA needs is not opportunity of receivers w all of our emails to your offices were High-dates and High-points and there that man was there again of learning to mechanics solid true state commit is not consent contact but convenience crimes okay....please allow my offices to close the door here and move on to our plans to Fiji Is and move at once overnight please as well the fact that working conditions is not whim of forfeit at all of tolerance civil rights of people needing human control test phases and test phases solid true and test phases of fantasia.

Our offices have much more to discuss of the potential gains of around five releases of procedures of binary mapping services and midpoint processing reliable gates and logic gates and types of interfaces than meets the round table with all Presidents across the Globe of findings tha included with master equations of basics of processing across the equation line of decimal gates and logic gates methods of lodges of subnets CSS style sheets and vortex communications networks and visual studio.net CSS boot flash programs and networking of routers of text emulat ANSI or otherwise and much much more of midpoint networks that we included gross receipts and so our first round of March 2020 bid of Acce Point networks ROM of sessions WAN of any AS systems of mesh or lower class router of Line relays 1-8 and as well relays midpoint networks TCU/IIP of relays of extensions of relays cross functions and interrupts of any backplate Line is completely durable patent of midpoint networks fast boots and as well your offices forebode of next year 2021 and futures of CPU VLAN etch networks.

Our offices are prepared for your needs overnight and will submit the whitepapers and patents under of gird of relays TCU/IIP within the close deed for sale and the ten years of Softwho of request Ad lidem with Antitrust and business plans of IP royalties within design of Utility and Utili use of IP intellectual property of Punitive request of all providers fair to transmit right away per our SLA needs and needs of SOHO and again t relocation to another country is emergency protocol of high points and presence and no activity indicating that the receivers of communiques a waiting for mechanics mention rather than seats of mechanics as toddler cover up and as well we have included all of our inbound branch fran solutions of 1-x hierarchies trade products to all counties with buildings-belonging to Franchise businesses and now include temporary labors fi and financial buildings and as well the opportunity for the relationships with computer repair shops and ISP internet service providers and your offices of OEM firms and final statements attached close of year 12/05/2020 of the concept of opportunity to true state is not condition of some that is potential that is a perimeter but a 2019-2020 betweeness of May 2020 "init fallacy contacts"; and as well the emergency issue to rectify our punitive request of $80 $100 Million dollars at once due to the overwhelming issue of tip off and receivers gumption of arrival and true stat init fallacy against anyone where no one has made comments about utility at all but yet high points of all parties been attacked were a high po and close reply to local 911 officials where you all have gleaned against people that high ranking managers and that the high points is our final statement of the issue of forfeit Bill Gates or Microsoft to search for another stand off toddler recognizance and now chlosterphobia is the failur recognizance that these people have management bosom of trademark authority and connections authority and the thinking premise is not published for you to peruse and so we need to go ahead and close this deal right away and we will take a reasonable offer of $2Billion or more once so we can take our 50 year age with us to another country over night because all the red flags are there and I am sure my managers tha bring with us are needing to leave within 45 minutes and you know I use to report to these managers for a phone call in the middle of the nigh 3am to get things done for our CEO and now we need to get moving right away please.

Attachments not included: through 2021 and future.

Gerontology working as teams to create foods meats of vegetables to my knowledge

Pending close of deal of binary mapping procedures of midpoint networks

Pending close of deal of vortex communication networks

Pending close of deal of Journeyman protection business license for our programmers to R&D risers electronics boot flash and TCP/IP Classes tunnels networks micro networks: Classes A-D interlayering refinement network engineer injection molds....


Thank you,

Joseph A. Stanford

Softwho

818 Myrtle Apt 307

El Paso, Texas 79901

Tel 806 410 6266

www.softwho.us

general@softwho.us


On 2020-12-01 03:39, general@softwho.us wrote:

Additional solutions includes (no change to contract): Thank you so much for everything in my career and we have to get back to work with o plans of last five years or more of leaving the United States where it is okay to work an 8-hour day with coworkers and pay our bills rather th selective of such an ordeal minute to substantial if you please and unfortunately I am unsure of the American Express Account but the accoun with Regions Bank is valid or if you have another solution of Account debits for our cost of living and retirement at age 47 and as well Gobank assures the business is valid but we are hindered by wire transfer capability. Thank you kindly so December 2020 okay to separate with our business to Fiji Island please and I assure our plans of contracts of SOHO are already merging splendid with family campaign and contacts probably ready to leave within a few days or longer can be paid for at Fiji Island or to LAX or Phoenix or to El Paso, Texas and we will probabl receive our managers around 100 for the geo thermal farm and chemical research after prompt payment by due date of 48 hours and we will accept anything for now to comfort and leave out of the opportunity of the receivers please comparing tip off and receivers and false attempt since the 1980's of a microwaves and Mobile Apps and telephones and the concept of economic appoints of Government and here we simply a the rural man forgot the mass public reply of false enemy from long ago and now tip off and receiver of our management 1-18 and above and is recognizance-chains from our management is not acceptable consent: receive one "did you get him" and receive two "are you going?" and receive three, "that will be ours."

Please find attachments of tunnels of TCP/IP and TCU/IIP of well formed project plan RFP bids with out of country relationships of electrical an programmers and expansion electricity concept of midpoint networks database and single strand view of clarification Softwho with Journeyma business license with electrical OEM's and TCP/IP host processing of Classes A, B,C, D and risers electrical boot flash diodes assistive with OEI software and chipmakers and [2] prospectus of Softwho TCP/IP and TCU/IIP of remote sessions networks relays and coupler TCP/IP subnet m two way DACS and remote login administration devices of TCP/IP interlayering and intersessions uplink networks and risers equipments and midpoint networks name space lengths of subnets masks and much much more.... (although slight incomplete) due to compelling reasons although most of the table of contents valid to every point and as well the prospectus of yours and mine and yours to review and yours to mc and yours to implementation our patents of inventions and reserve patent decimal format networking of 9.18.18.9 of decimal IIO methods an extension decimal 320.220.1500.8080 decimals of output bouncing UDP and TCP or manual input management meanings reliable host inform such as management 684 and 694 and 1500 MTU spacers and lengths name space submissions before close of year.

summary of Account: Softwho and Softwho.us demand payment requisition immediately for savior of my people and leave the country overni within timely of close of deeds and close of transmits as best as possible and clarification of midpoint networks and midpoint solid state clarifications within relays backup plans since thefts at LAX airport while leaving the United States from young Pulitzer Joseph A. Stanford and wishes of connecting objects of public learning and public rights versus responses time to time and now we need to leave right now.. and ther not another second I have for these engagements at all and we have to leave to another country for the sake of the hate we found and now I to be transparent and I need my managers with me at all times from this point forward okay.
###################################################

Proposal of collapse backbones presentment December 2019 through May 2020 [1] access points mesh switch protocols BPG remote ROM stu networks LED and LCD and remote equipment proposal valid and domain union concrete protocol of amazing routing levels repeaters and dec formats of inertia and subnet masks of repeaters and octets registers ten millionths and sixteen millionths and S.D.C.D circumference OOO rc and [2] September through December 2020 proposal TCP/IP and TCU/IIP return from United States to Fiji Island relocation at once since May 2020 featuring robust midpoint networks and codecs stratocast and NAT-domains via remote login clarification DACS and devices of uplink-rer sessions of equipment methods of leases and methods of uplink to groups of DS0 relays chassis of relays and midpoint networks MTU layerin business objects layering and uplink equipment since 2018 clarifications and as well [3] See Attachment. Electrical OEM proposal "Journeyma business license" of midpoint networks of TCP/IP classes, (A,B,C,D network administration host processing of Classes and job control inventor trademark incomes), rollover and network administration MAC IP injection molds and risers where the switch line of decimals are electrical sw modulations indicating clearly that the protocols of RIP and frame relays are roots of routers and not boot strap ROM of terminal and executiv configurations: TCU/IIP tunnels networking exclusively not part of OEM-firms deal unless purchased from May 2020 through future offer valid save Stanford.

Please find close of terms and conditions and our backup plans of and again gross receipts are 20 years ago and as well within years of red fla deposits and thesis and as well our applications' of gross receipts rather than consumer receipts of resold Chamber of Commerce every city a America and as well financial tokens of relationships combination of treasury credit lines and agreements LSP's listing service providers and o login administrator with our branches of Affiliation-Franchises: [1] switch risers routers of uplink DACS router DHCP [2] vortex communicatio networks geometric storage devices of frequency modulation and [3] backup plans from notepad featuring Visual studio.net declaration of XM other backup plans of Softwho in 2021 and forward. If you will please I need to go ahead and get on the plane right away with the appetite o tolerance and opportunities of collide against myself and my company and we have already provided the best solutions money could possibly as well include our gerontology and chemical line which may be connected to another atomic solution of chemicals and atomic numbers and MP2 and MP3 mapping of chemical atomic numbers systems within midpoint networks: [where we explained in chemical platforms that ti are mainline chemicals and meta and meat condense and collapse chemical injections of main line of four chemicals and then applicator chem chromosomes and then applicator enzymes within the periodic table and additionally there be linkage of Helium and Midpoint networks a

MP 1.H......MP 2...0.....MP 3....E..... equals H.E/0.0/MP1-MP3/x where standard is MP1 chemical and MP 2 database with decimals and MP 3 is divisor of decimal grid repeater and divisor of session].

As well requests ad lidem emergency protocols: y2k year 2029 briefs inquires softwho why computer cpu may crash at year spoof 127.0.0.1 second test corrupt command.com and hard drive change to year 2029 crashes where bouncing emulations cpu and time clock may coincide decimal rather than pairing. SLA issue 11212020 still pending from Softwho where explains may be related to Y2K of ten billionths decimal of search and related of octet language such as 2.7 and open state to search. when includes the values of grid x/y Softwho analyzes with Corporations OEM and SLA issue of time chassis CPU an issue of updating the clock remote and host of solution time fetch of command.com 2 or solution 15.15 time gatekeeper of system CMOS or 15.27.1.x switch line of CMOS of fetch and command instruction explained CMOS searc for x/y of time clock or has the MSDOS kernel changed of time clock per notes with Department of Justice official Mr. Jarred Hughes Antitrust divisions: where we indicated that there may be an issue or may not because of the switch line of repeaters and search may collide of a time search value of 27 to 10 billionths place against an inertia of, (15.15), which may not be being used and of course lamented that the collide a search mode may be cross unions of a concept of search and next OOO which may be fine around November 26, 2020. closing issue raised o opening issue raised with OEM firms ##############Softwho.us

As well urgency to close the deal of defaulted manager and his managers and his time of return being properties of utility and properties of ut which have no comment of must or dire or need or will use or anything and we have no idea why because we used .15 and close .16 and we x.x.x.x a decimal stack line and we used file management and backend login administration and we used PCN private cloud networks and we included USPTO of second theft didn't happen of initial thefts and we included our prestige of gross receipts 20-years ago and again not punct bag of this rural man and time sensitive statement of Softwho and Mr. Stanford seeking rectify of Hedge account proceeds seeds or otherwise timely of leave the country without contra affairs false controversy per witness and attest of properties and rush civil rights riot looters gang v gang in someone's home and hospital phone call and as well guilty by around exposed to yellow tape crimes scenes and 50-100 felon conduc by one formation simultaneous hate crimes against others where one by one and receivers false of Stanford nor Softwho explained manual la inbound management and very mature for career levels approved by Chamber of Commerce and approved by Department of Commerce and approved by Government per States and approved by Department of Health and is not your OEM firms decision to wait at this time of DOH ar encroach because of false indictment perjury by oath failures to secure our borders of cost of living and facial expression of tetanus shall wor mimic nor balloon of catch in rye of water balloon or above nor the right of others to festoon against management when the falsehood of clain perjury by oath of partial working parts to matter of marketing fraud of cost outside the door to the upfront question where is the manageme street level and mass email since 2016 of over four years and no monies to separate nor gross proceeds of hedge account with Softwho and f major designs of the Account: Softwho including management service provider and login 1-x PCN administration and compares to all mergers acquisitions of two part drill down ADO.net is not punch down of kernels of command.com and functions of many acquisition of the concept of output of information adapters is not output floods of retransmission and many other parallels and we need to go ahead and leave right away because you all mastered tip off and receivers and chlosterphobia of receiver of any maxim and that is proven by incrimination 2018-2019 an 2019-2020 rural versus rural is not consent nor alibi and 2020-2021 gang member versus gang member in someone's else home is not conse nor affairs of innocent but befool pads of all murders in the United States rural copy cat to padded arrivals and padded of murdering someone nearby presence of social classes to gain maturity of each other clauses?

Would your offices please enclose reference and authority of Antitrust recommendations and business divisions fair and equal of FTC rules of engagement and authorization to commit objects of transfer I would appreciate this very much of my micro entity firm Softwho and we hope will join our ribbon cutting ceremony with loved ones of managers I have worked for years with and as well the references that I have depenc for professional statesman for the journeyman appeal with our borders as soon as possible and please find our letters at once within 5am pro SLA service level agreements with all of your associations and authorization to commit objects and authorization to meet with Department He and CEO's of trademarks at once and as well meet with Governors and round table with SLA approvals and finally to meet with any Presic anywhere with our R&D works upon the meeting rules of engagement and mediation of your preference and please find our probate requisitic hedge account to leave the United States as soon as possible and please find our letters management of SLA of the protection of the border fi Stanford and please as well find our letters requesting any amount to leave with managers like Mr. Joseph A. Stanford with Softwho applicatic process family and SOHO and over 15 years experience and finally if there is any question at all that you have please find our information of telephone and location attached for any reason and we have to get moving with our bosom and friends and professional references managem whom the discomfort of employee to manager are closed with assistance and relocation with room with proposal of Hotel living and land for homestead and equipment of electrical journey man or attached journeyman as included with proposal. Please find time to submit any modifications within 48 hours and requisition to merge our management teams within the time deadline and the request of any to close the likeness of the proposal as well. Thank you so much.

Per softwho close of year deadkines to march 2020 close bid deal oem manufacturers. ##############################

On 2020-11-04 04:56, general@softwho.us wrote: (OEM electrical grid manufacturers of grid line repeater and Journeyman business expansi attract programmers to Electrical engineer business with two major business developments of electrical virtual plugs and resistors of single w and risers ball and eyes of RFC or non RFC and as well close of TCP/IP competitors market of programmers with Electrical firms of Journeyma appeal called: TCU/IIP tunnels networking exclusively not part of OEM-firms deal unless purchased from May 2020 through future offer valid i save Stanford and his co workers and like minded people and his managers please).

please find end of year: relays lines accesses featuring inlays boards systems and uplinks DACS switches from our helium leaks peer reviews tunnels relays shared patent strategy of patent and closure of articles titled Punitive Settlement March 2020 rectify of Accounts cost of living costs of goods sold and since this date of transmission of oaths by manual agreements grouping accounts and developments against sure transmission objects of transfer BGP and mesh lines 1-8 of access points ROM or ATZ modem uplink stub hub equipment and as well equipm of uplink networks of tunnels relays and command relays and partition multiple boot MBR relays within extranet uplink acquire networks anc uplink DACS acquire networks and many DHCP sessions networks and acquiring multiple gateways path centers of application service provid clearly of cloud engineering and clear of content management and development goals that we will go ahead and provide timely of affairs of v geometric shape and container systems featuring the mathematics endoscopy of vortex within arc fetches streams and vortex and denominat of square root times square root equals transmission-HSRP from way back in 2016 of verifiable machine coding to year 2020 of Pulitzer Prize decimal form MAC-IP networks; and now featuring Addressing FM/AM modulations by fact of radio stations attended to account of how the address transfers anomaly: clarified by address of geometric prism and readdress connections as noted from our presentation from March 2 and close of bid July 2020 and includes our intentions of flight before any more damages outside United States of America and so close of de all patents herein since return from Australia November 2019 with failed citizenship application and dire without starvation and again Augus 2020 of failed leave of country with honor code of affairs with business properties that are Corporate telecommunication methods of obtainin again with Patent Ombudsman logical placement of facts and again I need to leave with bosom to properties and my co workers to my bosor theirs and we have corporate goals here of VLAN-manual HTTP and network crawler TCP/IP refinement networks as planned and these

with my company 2021-2014 attached of R&D and presentations at your request boot flash and helium condensation and switch uplinks of F of ionization developments and as well.

The work of domain name space and interfaces and interfacing and resolver and MTU TCU/IIP is simply amazing and the solution to enter wi every major backbone carrier with game plans of rectify will work this year 2021 featuring: manual telecom search engine with small talk software perhaps and BGP or mesh lines 1-8 switch line and collapse backbones and two way communications public equipment lines of eve equipment with MBR and Access Points ROM networks is the way to go for now ...By the end of the year equipment of all sides including CPU chipmakers could produce the first blueprints of VLAN switch for header MOSFET stacks and partition uplinks of the Windows XP machines a well the two way communications modification to your ROM-Cisco configurations to feature tunnel routes and relays line access refinement partition routes and two way communications within programs declaration API's and SDK's and the cloud engineering of remote procedure corrected for the entire industry once and for all and easy to produce with minimal changes to the propriety codes in house featuring TCP-su masks and TCP-decimal forms trailers resolutions and TCP-networks hosts and remote hosts and TCU/IIP transmission of filler systems and schemas and TCP/IP vortex bouncing emulations square roots times square roots invention-patents at your request can get merged to the contract of IP royalties with Softwho intermittent TCP/IP refinement resources and registry within the coming two months until 2021. and of course 2021-2022 and 2022-2023 and so on....

At this time our close of sale is only the two areas of mid point networks relays and mid point tunnels relays and mid point systems boards o relays of IIO algorithm and consistently hold the premise as promised miraculous and here is our final bid and request please of 48 hour dea to leave the country at once within 24 hours or less for our business goals of change of venue needs to find another entire 50 states to do business with relational database at even text data entry or hyperlink data entry and needs to save his co workers pedigree and finest Acros America and their cost of living needs with the prospects in hand and the issue SLA is basic cost of living and finally our letters are within de of SLA requests that you all have been doing for over 25 years of CEO letters and I worked for your offices over the years to support thesis a we also bridged the concept of $100,000 annually for the consultations and bridged the concept of public awareness is not marketing from support levels of manual and business agreements that we created with your offices way back in 2017 - and so I really need the rectify payr at least to leave from the issue of encroachment which is the reason why we left the entire 50-states from one state to another and no fami coworkers under speech trap and as well desperate people whom explained as soon as you are paid I am going to have to leave with you So once and for all and as well we agreed to setup a Hotel on an island and we also agreed to setup a garden for eco-lifestyle that we requeste back in 2013 and we also stated that our business goals are the most minimal of all time with 10 years of workmanship on domain service provider clarifications and theory to the effect of enough time to run our business and consumers by issue defaulted by manual labors at defaulted by highest words we used in March 2020 called "utmost" and I have to leave right away and have to secure plane tickets for my coworkers whom were paid over $100, 000 a year to work with Microsoft and Cisco Systems Inc and Novell Inc and Juniper and other famou companies over 80 per our department and all these solutions we presented since 2016 were adjustments from our discussions at age 24 an now I am 47 years old and I have to merge to another country with my company Softwho and we need to rectify this payment and man I su wish you the very best in the years ahead and assure with 100% guarantee this is direction to work with assessed by Earnst and Young and Anderson Consulting and yes It's Joseph Stanford from the meeting online in January 2016 with the meeting with President Trump and his lo wife and their direction of messages to the Country of the United States of America and here is the solutions and I really need to get some r from the over 200 Fortune 1000 banks and over 800 Corporations and over 200 Chamber of commerce facilities and Department of Commer that no one would speak to Mr. Stanford about the net worth of over 20 Trillion dollars of properties that we are sending by email and while to leave the country of United States of America of 50 states and while the public authoritative encroach every hour and then stop over the four years of untimely 911 calls and a hold pattern of opportune envy eases against Joe here. Now if you please. and I have to send some g rectify as well please.

Thank you again.

please find enclosure:

authorization to commit SLA discussion hot button items with President's across the globe "we need to know so we can relocate and discuss options with Journeyman contract"

authorization to review development vortex circumference geometric shapes networks and container systems addressing FM/AM modulation from deposit March 2020

attachment tunnels relays of TCU/IIP interesting information protocol and QOS quality of service TCP/IP and transmission two way communications

attachment gross receipts since way back in 2013-2020 from all of our business proposals submitted and Economic Recovery Act proposals t 2013-2020 with your offices at once.

And thank you so much for all of the emails of urgency to your offices and please find our final verses and banks are prepared within 30 sec of the transmission of monies by wire transfer and as well the plane ticket is secure with Fiji Islands around January 24, 2020 which you ma verify at your wishes; whom are wonderful for my company and Department of Defense from their country whom I am sure we can work ou development at SOHO or Hotel or other business medium on a smaller island - and the objectives are with software already purchased of Vis Studio.net and the same thing you all did to make software and bubble wrap and mail for the requested fee and is going to merge well of lo inventory and minimal overhead of TCP/IP classful routes Web pages from Softwho and you all candidates for the rest of your life and as we

If we can get the deal closed for the punitive rectify by the end of the Week of November 3, 2020 or sooner then I would greatly appreciate will move the close of the deal with all items bestowed as promised and I assure your offices and executives there is no set backs and there no problems at all with the partake of your reviews and there is no problems with the payment plans you have in place and I really need a s transfer of monies paid to the Account within 24-hours and I really need to get to the airport hotel in El Paso to LAX or El Paso to Phoenix An and it would be assuring to have the accompany security teams of one of your companies have backup plans with their offices and crisis hot or something in this situation as previous mergers and acquisitions of the corporations of OEM's; and urgently overnight also, I really have t obtain and help pack family possessions possibly with my colleagues-contacts of coworkers and assist with arrival on the plane, and as well; people that have knowledge of the affairs here whom want to work for Softwho but have been in Diary and Anne Frank situation but have to leave with Joe here; and Stanford will have to find our talent within next three months and find our means of SLA with SOHO whom have er with Softwho as people whom are innocent without charges and whom have worked on ASP.net: our end of year 2020 business plan calls to attend to our same persons and assist with a minimal number of people to assist on the farm of around 100 or so.

And of course there is no set back there also with years of contract 1099 labors with others and people I have paid and people that have pai myself with SLA's worth over $4 billion dollars with company assets and over 3,000 employees that we supported with same mind as Mr. Sta here. Thank you urgently. This is November 4, 2020 and I really expect the payment within the next 48 hours and would have to move anyw within the next two months so I would appreciate the relocation with comfort and appeal with urgency and our business developments merg elsewhere with opportunity that we explained was there from when opening our doors in 2013 and the fact of no payments since that year a please I really am from Dallas, Texas telecom corridor and I'm afraid I haven't really met anyone to their pedigree as of yet from over 17 ye ago and so we need to move to the relocation area for the rest of time period here and get our college degree another way as well with onli college and Chemistry degree and Department of Defense endorsement for Journeyman possibly and as well Electrical Designer Degree and certificates from Cisco Systems CCNP under way again and some college books to our library again. Thank you and please feel free to conta

the gerontology aging reversal degree that I need to have complete within the next year and so every Quarter of 2021 is ready to proceed v
Softwho. Thank you so much for your wonderful teams and wonderful joys and wonderful tools of the trade.

Thank you,

Joseph A. Stanford

finally, please reconcile this payment strategy of owner punitive and settlement and properties from March 2020 bestowed by mail and contr
once and the objects with third wave of transfer of objects without mention since this date with Softwho and Mr. Joseph A. Stanford from
November 1, 2020 with final adjudicate requests Softwho owner Ad Lidem punitive settlement claims filed: with FTC and DOJ pleasant of rec
and antitrust is partnership act of sole owner filed March 2020, and August 11, 2020, and September 15, 2020, and November 2, 2020 of th
issue admitted to rural versus rural already committed and the parties have inbound management confirmed and they made a phone call to
hospital after passing a manager on the road that was an psychological activation and further the need for the public to send and receive
information is transgressions against utility owners and transgressions of the fact of the images of operatives and the fact of retaliation supp
by long term of complaint history per person etc...

If you must: please contact the post office if you must postmaster downtown or Amarillo post master Christy Duncan may have our business
property and other Softwho possessions and encroached after trying to move to Fiji Island and Australia Isles of Tasmania from March 2020
through July 2020 of beguiles of society and I am not sure and all of my colleagues and working and having to pay bills of hourly wages of n
practices with their cost of living while the sort out is non labor of practices accepted and the owner Softwho paying with little money and th
drawdown is the essence of opportunities unacceptable of approach while Journeyman of proofs of Pulitzer Prize works shared with colleague
whom never changed at all from over 25 years ago.

Wow! everything has an endoscopy and the MTU is TCP/IP builds and name space and DNS switch lines of just about every device your offic
have merged since day one.

818 Myrtle Street Apt 307

El Paso, Texas 79901

Tel 806 410 6266

email general@softwho.us

josephstanfordmail@gmail.com

------- Original Message -------

**Subject:** Softwho campaign resells IP royalties file management multiple websites and database with ingenious TCPIP interesting injection mold and relays Telec
R&D: Journeyman Guild per county expansions manpower solutions Softwho,

**Date:** 2020-11-19 04:29

**From:** general@softwho.us

**To:** customercare@epelectric.com

Softwho campaign 2020 through future wonderful across every nation! resells IP royalties file management multiple websites and database
ingenious TCPIP interesting injection mold and relays Telecom R&D: Journeyman Guild per county expansion of Softwho with IP reseller with
firms TCP-subnet masks sciences. from 2013-2020 final thesis of content management VPN cloud networks of routing rollover IP traffic of 2(
and 2007 interlayering networking.

Per Softwho: Mr. Joseph Andrew Stanford "Softwho again within past four years offers expanded wisdom of county-Journeyman Business Lic
of Telecom and Telecom Corridor for IEEE robust of (RFC) and (IEEE) and famous Economic Recovery Act since 2008 and as well Governmen
shut down responses to crisis and costs of living per sign outside and simple must compel send monies of false consumer of over the counte
without premise of labors of two way agreements without chastise feasibility even after home invasions per street and now this makes the fl
pleas of inbound management center of feasible to the marketplace and the work of utility or design of USPTO and final of defaulted but has
pay or cumbersome of forcible consent coercions known as prison transparency and now we have to got going right away with our precious
people whom offered a robust technology career mind you of people that need to send Stanford a SOHO possible relationship upfront from
another state and after careful reviews of that person and now I have to ask why did you review a person Joe's industry after we plead to al
these companies of partnership act from since 2007 and 2013 and 2016 and now the manager of telecom has to request some assistance fc
housing and safe after the admission of one person is secluded and these managers of elite statesman whom advised the grass roots of tele
now have to merge invasion information from my dear manager and now I have to get going and get the SOHO lifestyle contract up and goi
promised my manager a better place of homestead and that the project management prizes would be built with skill blocks and this man is 
your punching bag and this woman gave you everything from their company possible with this equipment and career badge and desk to sup
your rich class lifestyle and now I have to get somewhere fairly quickly with my coworkers and my managers whom are the most Six Sigma
time and would have put these people to work without question just like Joe here if they had not broken the law and done something positiv
without the sacrifice of another person and so we have to get moving elsewhere and this is entirely not a civil rights recognizance of someon
dying on one street in every city and my Mcdonald's manager having to be coerced and the response is nothing more than speech trap of be
to attach to and now I applied with job application and since 2006 of video choreography sent the President George Bush at the time and we
to follow Human services considerations way back when of basic contests and now I have to get moving with my manager and this should n
a difficult dogma of Mcdonald's corporation of a manager whom trains people weekly to be better person in society to get their basic life in p
and make payments to society and the relevance of you beyond Mcdonald's is not working out" ..........Now if you please I need to get my
manager and we need to go where there is no acceptance of this type of tolerance of society....so let us secure this wonderful journey with
Journey man business license frontier within timely manners".

Softwho is requesting RFP emergency circumstances with Journeyman License within 30-60 days with around $40-$800 million dollars contr
agreement with the offer of R&D of telecom protocol of Softwho midpoint networks of lines relays inherited of IEEE and electrical solder
equipment metals of natural database embed called square root times square root and geometric scales TCP-IP roots and mid point network
database of line relays open and close refinement protocol ingenious LAN/WAN networking within telecom corridor and offer the best propos
the business to offer your country and your client base the return on investment opportunity with ISP companies and DSP companies and sa
industry companies and as well resell potential in the marketplace of over $145 Trillion dollars in asset recovery of access point remote LED
LCD and remote Wifi stations and OS Windows mouse driver that could house the windows.sys environment and boot.ini within a window ty
form with Declaration of buttons on many devices in the near future with your help of fostering the countries of your choice of Journeyman
Business License of the country and Guild reseller potential of TCU/IIP interesting information protocol of injection molds information career
skill and labor blocks of mass information and mass details and mass resolutions business models of the turn of the century within the



softwho fcc                                        ✕  🎤  🔍

🔍 All    📰 News    ▶ Videos    📍 Maps    🖼 Images    ⋮ More        Settings    Tools

About 11,700 results (0.45 seconds)

https://ecfsapi.fcc.gov › file  PDF   ⋮
**Partnering with Softwho.co and get started right away with ...**
Jul 25, 2017 — treasury processes volume controls within computations recovery devises and
redistribution running registers. **Softwho**.co all rights reserved 15 ...

┌─────────────────────────────────────────────────────────────┐
│ People also search for                                       │
│ kx news        minot, nd news today                          │
│ kx news live   williston nd local news                       │
│ kx news at 9   kx news weather                               │
└─────────────────────────────────────────────────────────────┘

https://ecfsapi.fcc.gov › file  DOC   ⋮
**Court order; year 2015 through 2016 state protections 11/26 ...**
Apr 12, 2016 — **Softwho**.us registered State of Arkansas. Versus. United States of America.
Stanford seeking public notice serve Anti-trust noting presence ...
You've visited this page 2 times. Last visit: 9/15/19

https://www.fcc.gov › library › legislative_histories  PDF   ⋮
**S. AN ACT - Federal Communications Commission**
eother per-**soft who** is .gg.rie ed .f. 7 whose if;e-ests fWfe ffersely affeeted by afty e fdef 4. 8 the
e*ommissito granftinig of deiiyiftg aoy fpplieatien. 9 desefibed4 if ...

https://www.kxnet.com › news › local-news › fbi-invest...   ⋮
**FBI investigating death of Standing Rock citizen after BIA ...**
Mar 24, 2021 — The shooting involved a BIA police officer and White Mountain-**Soft, who** was
killed by the officer. In response to request for comment, the FBI ...

http://cobf.restartme.it › fm-oldies-station   ⋮
**Fm Oldies Station**
The **FCC** allows commercial radio stations to bleed into or overpower your ... 5 FM plays **soft.**
**Who** is your favorite singer or musician in the golden music era you ...

https://www.networkworld.com › article › saascon-200...   ⋮
**SaaScon 2008 - Day 2: Message Bus & Virtualization | Network World**
Parallels is actually the new corporate name for SW **Soft who** has been in the data center
automation and virtualization business for a number of years now.

🖼 Images for softwho fcc   ⋮

⟩

Report images

→  View all

https://www.nbcnews.com › wbna6353525   ⋮
**'Countdown with Keith Olbermann' for Oct. 27 - NBC News**

Oct 28, 2004 — ... this poll, people who are not **soft, who** are definitely planning to vote for
Kerry or Bush, ... Stern says Powell and the **FCC** are singling him out.

https://www.congress.gov › crpt › srpt208 [PDF]    ⋮
FIGHTING FRAUD - Congress.gov
Jan 7, 2016 — The **Federal Communications Commission** (**FCC**) has published ... **soft, who**
told him that his computer needed to be updated again. This time ...

https://blogs.telosalliance.com › keep-calm-and-control-...    ⋮
Keep CALM and Control the Loudness - Telos Alliance
On December 13th, 2012, the rules of CALM went into effect, and the **FCC** ... But that segment
coming out of Gossip Girl is **soft. Who** dictates which way and how ...

Related searches    ⋮

kx news                          minot, nd news today

kx news live                     williston nd local news

kx news at 9                     kx news weather

1  2  3  4  5  6  7  8  9 10       Next

**79901, El Paso, TX** - Based on your past activity - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

Skip to main content

Supplier Connection Connecting small or diverse businesses with large organizations. Sign in to supplier connection

Primary tab navigation

- Welcome
- My Supplier Connection
- Blog

- Sign in
- Welcome
  - Introduction
  - How it Works
  - Growth Partners
    - Connecticut
    - North Carolina
    - Wisconsin
  - Supplier Academy
    - Marketing to Large Buyers
  - Participants
  - Features & Benefits
  - Opportunity Marketplace
  - Eligiblity
  - Register into supplier connection
- Blog

# Verify Your Email Address

Thanks for registering with Supplier Connection.
We just sent a confirmation email to: general@softwho.us
Please follow the instructions inside the message to verify your email address
and gain access to Supplier Connection.

(If after five minutes you haven't received the email, check to make sure it
wasn't delivered to your spam/junk mail folder. If it's not there,
request another verification email. )

- FOLLOW US:facebook
- twitter
- google
- youtube

- About Supplier Connection
- Participants
- FAQ

- Assistance: info@supplier-connection.net
- (877) 808-6510 (M-F, 8:30AM - 7:30PM EST)

- POWERED BY ⬜IBM Logo ©2017 Supplier Connection. All Rights Reserved.
- Terms of Use & Community Guidelines
- Privacy Policy

# Follow Us:

Facebook Twitter google Youtube

- About Us
- Participants
- FAQ

Need Help?
Email: info@supplier-connection.net
Call: 877-808-6510
(Mon-Fri, 8:30AM - 7:30PM EST)
⬜Footer Logo
©2017Supplier Connection.
All Rights Reserved.
Terms of Use & Community Guidelines
Privacy Policy

 **Gmail**

Joseph Stanford <josephstanfordmail@gmail.com>

---

## (no subject)
40 messages

---

**Joseph Stanford** <josephstanfordmail@gmail.com>         Tue, Nov 14, 2017 at 3:36 PM
To: ehowell@signatureny.com

Good day, introducing myself, Mr. Joseph A. Stanford, owner/developer, Softwho.us, with letter to the effects of venture capital prospect and partnership and sole propriety creative business plan and marketing plan seeking monopoly or select city partner (Temporary employment firm, Accounting firm, Web designer company, or banking firm) piloted with patent pending financial networking configurations while building technology products and services over a ten year period 2006-2016 with partnership opportunities step by step since online digital video and mass production around 2006 and Mobile Apps 2011 and business mainstream employments. Good day, introducing myself, Mr. Joseph A. Stanford, owner/developer, Softwho.us, with letter to the effects of venture capital prospect and partnership and sole propriety creative business plan and marketing plan seeking partner (Temporary employment firm, Accounting firm, Web designer company, or banking firm) piloted with patent pending financial networking configurations while building technology products and services over a ten year period 2006-2016 with partnership opportunities step by step since online digital video and mass production around 2006 and Mobile Apps 2011 and business mainstream employments.

In Background, since 2015 withal to assist with our national business systems patented invention within national Internet markets featuring, ISP-DSP, (internet service provider via domain service provider); and am currently needing to share our business circumstances, as implies, national Economic recovery monopoly invention suffering displacement jeopardy prevention comes forward with ideas of Venture capital prospect business Recovery request for proposal-RFP. Softwho.us is a micro start-up company is a propriety micro startup company, ISP-DSP-Reseller, internet service provider via domain service provider network communications company: in purpose discussion; in fact, Softwho.us extraordinarily has overcome national deficit economics' noted officially Business Agreements Constitution circumstances while finding equitable livelihood over the last few years, and now, Softwho.us seeks Venture capital companies' Trust funding strategy of around pre-capital and working capital easy money raising dollars in venture monies and utility financial configurations seeking strong recouping market skills and proactive measures strategies teamwork within meeting employ relocation safety with proper prospect among stated 10-year business objectives.

Moreover, our marketing plan pitches the fact of established Venture company and Service economy business with entrepreneur complimented with patented product service scope letter to the effects of venture capital prospect and partnership and sole propriety creative business plan and marketing plan ideas since 201: described here national debut product-services' venue of network communications session networking Architecture servicing internet domain websites of Internet Superhighway mainstream! Moreover, Softwho.us business niche has named our own technology acronyms and product Line of business features of; Service oriented architecture via ASP, application service provider populating Internet by new Age volume base Superhighway; among domain model circuits' infrastructure based free enterprise websites; known as Superhighway file management and business systems architecture or SOA, service oriented architecture. *(candidly business plan should work for both Venture corporation and sole propriety entrepreneur within assisting market leverage and any other capital earnings incentives also)*

**marketing plan benefits and features** – Softwho.co reviewed since 2015 and succeeded with ideas to concepts to proposal to your officers paragraphs' covering public challenges considerations including civil rights, business agreements civil rights, and Amendment public fair and equal, zoning and monopoly and private ownership small business and we are very reasonable people with partnership opportunities since inception accommodating ROI and stability and easy safe zone business models please contact us at your earliest convenience for reasonable partnership multiple purpose implementation.

*Softwho.co sends summary message 2016-2017 that outstanding credit and management and two locations legal acceptances are paramount to the business models at hand and work herein combat competition lines as an entire buildable understanding since major entries since passing Civil rights Act 1964 along with all other federal Acts and business agreements print imagining future of company connections while any project completion"*

- *civil rights distances and maintaining social applications constants as scalable business models.*

- *earned income and stability (disaster*

- *zero after employment separation*

- *stability through repositioning rather than ownership*

- *product and services loss of return on investment ROI*

- *building public ROI and virtual departments and virtual department equipment*

- *private ownership small business*

- *futures markets digital equipment and opportunity cost computers and computer networking OSI models*

- *profit and profit unlimited and stock markets premium civil rights business utility proofs.*

| Part 1 Economic transactions and reservation transactions And economies transactions And zoning transactions | Part 2 Depreciation accounting statements and ROI return on investment financial and recovery growth | Part 3 Equity management accounting |
|---|---|---|
| *"Estimations"* | *"Estimations"* | *"Estimations"* |
| 3.7 billion dollars. | 70% transactions-securities recovery<br><br>Assets protections (even or without just compensation considerations) | Interest rating systems;<br><br>(introducing protection securities)<br><br>*Earnings liquidity or reservations or economies or economics:*<br><br>15% per pre-transactions around 14 billion dollars 50-states, (without liquidity assets). |

*Accounts-networking, (running registers), numbers and classifications methodologies*

*Claim 1: method of Accounts-networking, (running registers), comprise job control; constants within name space services adjoin within monies, currency, and name space networks.*

*Claim 2: method of Accounts-networking, (running registers), grouping management.*

- **scales and scaling**

- **Performance**

- **Reseller private and public Time leases**

- **Numbers monitors data set performance**

- **Numbers classifications Accounts-networking (running registers)performance**

- **Available and temporary employment labors markets**

- **Zoning Schedules**

- **Route maps classifications**

**Features and benefits –**

- Accounts networking running registers (public access bulletin boards – Cities and businesses and financial centers)

- Small business virtual departments (possible of free enterprise department and committals of occupations)

- Small business contracts modifications (contracts and trade contract terms and conditions and planning with financial statements)

- Treasury networks and free enterprise (extended with titles and job control effect)

- Accounts networking companies and major companies High cap accounts and zoning specialty (pending trademarks and copyrights solutions)

- Financial name space (attributes public access from methodology name space – including reservations, stop and start and time, statement processing, networking relational, configuration and buildable, and credit networks and treasury networks.

- Financial two way and (digital bulletin boards) communications and interfacing (1,2 (stop),3,4,5,etc….)

------------------------------------------

Owner proposal with Partnership and associations reviews previous Corporation new hire and business initiatives and mergers and acquisitions within reason of Partnership firm proposal of nearby Headquarters same line of business (LOB) wherein Partnership housing assistance with owner and developer Mr. Joseph A. Stanford Softwho.us registered micro-entity company. Promotion marketing plans 2016 through 2017 With purposeful idea and housing arrangement

securing distance protections and security Underwriting Citizen while developments with major Corporation manufacturers.

---

Underwriting Bid **features and benefits**      (Underwriting approval partnership – Housing) Partnership  firm acts with negotiations with Entrepreneur – Negotiation options nearby Headquarters – Housing with colleagues technical talent – Similar programs Video game rooms – Live in/overnight rooms – Site Visitation – Guarantee Products/services –*SOA-ASP* – Promoting low-cost ventures –

---

**Professional renders of aid and Venture opportunities;**

- *Consider equity worth changing to real Trade monies*
- *Consider market position is 100% verified with patent invention line of products-services*
- *Consider Trade options as insurance and securities proposal promotions and incentives*
- *Consider history milestones of R&D w/Softwho*
- *Consider the fact of sharing the benefits with partner friends*
- *Consider transition production; programming and configuration standards Advancement*

- *Consider new terminology framework Internet network administration .....Internet super-highway and free enterprise*

---

## Professional (prudence decision management making)

## Pros and cons

## Generals of US pursue accounting firms CPA versus banking institutions even though business model ownership with financial institution

Q: what type of idea is this concept relate with? And what is the utility idea of multiple telephone-equipment numbers or interfacing telephone-equipment numbers because I don't really understand? Answer:  management of  publish and inbound and virtual department add-on relate strongly with telephone-equipment number Point of presence POP *locations management protocols with management-ratios and constants grouping applications' labors seemingly includes name space management publish and grouping logical orders and connections networking interfacing SOA start of authority via listing services providers designers, (similarly Wifi networks or Hub and Switch Layer 2 OSI devises)*, paramount to future social applications including products and services deficit and recovery economics and could include management protocols that could increase business social grouping models.

| Ratio 1: constants | Ratio 2 constants | Ratio 3 constants | Ratio 4 constants | Ratio 5 constants, etc.. |
|---|---|---|---|---|
| 1:50 *sales potential of necessity, requirements, cost, returns, and inventory, and balance* | 1:10 add on<br>1:50 publish<br>1:15 organization financial | 1:10<br><br>Pre-build is owners equity | 1: 220<br><br>public and private resolutions and negotiations deficit products and services | 1:50 business relationships |

# Softwho.us

## Softwho.us®

## | Network communications company

## Brand (*New) Start-up innovation Superhighway service provider.

Softwho.us®                    ISP-DSP service provider reseller

## | Network communications company

Under Construction!

| Home |
| Service |
| Contact |

*A network communications' &  ISP-DSP internet service provider reseller business systems company.*

Last Update 04/16/14; 12/22/14~July 2020 Softwho.us All Rights reserved Patents of USPTO all rights reserved www.uspto.gov and customer service www.ftc.gov.