UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JOSEPH ANDREW STANFORD,<br><br>*Plaintiff,*<br>v.<br><br>MICROSOFT INCORPORATED; IBM *(International Business Machines)*; **DEPARTMENT OF JUSTICE** *(DOJ)*; **DEPARTMENT OF COMMERCE** *(DOC)*; **and FEDERAL TRADE COMMISSION** *(FTC)*.<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   EP-21-CV-00105-DCG |

## ORDER DISMISSING CASE

On May 12, 2021, *pro se* Plaintiff Joseph Andrew Stanford filed an application to proceed *in forma pauperis* under 42 U.S.C. § 1983. On May 13, 2021, the Court issued an order granting Plaintiff's application, and his "Complaint" (ECF No. 3) was filed thereafter. In that same order, the Court directed that "[p]rior to ordering service of process on Defendants, the Court [would] engage in judicial screening of [Plaintiff's] Complaint pursuant to 28 U.S.C. § 1915." ECF No. 3. After screening Plaintiff's Complaint, the Court concludes that Plaintiff's Complaint should be dismissed, without prejudice, under 28 U.S.C. § 1915(e)(2)(B), for being frivolous and for failure to state a claim.

A district court may dismiss a complaint filed *in forma pauperis* if it concludes that the action is frivolous or malicious. 28 U.S.C. § 1915(e)(2). An action is frivolous if it lacks an arguable basis in either law or fact. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Henson–El v. Rogers*, 923 F.2d 51, 53 (5th Cir. 1991), *cert. denied*, 501 U.S. 1235 (1991). A complaint is without an arguable basis in law if it is grounded upon an untenable or discredited legal theory.

*Neitzke*, 490 U.S. at 325. A claim may be deemed to lack an arguable basis in fact only if it is based upon factual allegations that are clearly fanciful or delusional in nature. *Denton v. Hernandez*, 504 U.S. 25, 33 (1992).

Plaintiff's *pro se* complaint consists of various unintelligible passages made up of incomprehensible phrases and extremely long sentences that are sometimes over three pages long. For example, the second page of Plaintiff's complaint begins with the following passage:

> ... Softwho, and further, within, "laissez faire rules"; includes, bestow agreements of fair gains as reseller properties support levels economies wherein charges indictment right of way against Monopoly Incorporated utility industries: herein civil class actions substantive due process (Amendment 14) charges and warrants motions of petitions where were any and all responsible for ergonomics or hate levels injections to society and supremacy alleged simultaneous negligence of overcasts against we the people clauses' [and] failures of entire industries by way encroachment predatory practices and indictment parallels of methods of hold patterns specifics endurances civil tort claims injustice and incurred skin and face and death threats per second since 2011 and prior year 2020 death threats convenience competition hoaxes of timely to stand in hold patterns of counties and hold patterns threats conveniences by trial and error public receivers and incurred damages by stand off tactics of reseller and/or partnership and/or seed monopoly firms and deprivations public policies accord hereto against owner of Softwho comes Amendment 14 substantive due process of natures requirements to available to seizures life, liberty, or property of basis blank, syllables, or words within society versus utility availability utility-uses earmarks properties of Softwho includes return on investment ROI national gross domestic products properties while one person enters marketplace, [and/or more], one person enters basic cost of living plaintiff Softwho . . . .

Compl. at 2, ECF No. 3.

Within his assertion of jurisdiction, Plaintiff included the following passage:

> ... thereof, laissez-fairer, enters summary herein of breaches and violations against Constitutional rights substantive due process and substantive economic due process and responsible for civil domain rights of national business and freedoms of Homestead Act within fair and equals of right of way utilities and designs properties and includes the violations extended within homestead casualties and unfair hold pattern extremist false of worldly rationale just utilities-properties of suffrage, herein: summary against joint defendants, (manufacturers and Government), where sureties here above and right to bear arms above favor of self restitution and compensatory recovery and right of way remedies recovery law suit complaint

sustained losses while afore Softwho properties negligence-conflicting statement among "Amendment 1", (an act of no act is/are act of acted where breaches conveniences), "Amendment 14", substantive due process indictments . . . .

The rest of the complaint contains similar ramblings that span over twenty pages, none of which are intelligible to the Court. The remaining eighty-two pages in Plaintiff's Complaint consist of a variety of different accompanying exhibits, including: copies of Plaintiff's personal identifying information; state court litigation documents from a previous lawsuit Plaintiff filed; PowerPoint slides; emails; and Plaintiff's correspondence with the U.S. Patent and Trademark Office, among others.

Although *pro se* pleadings are to be treated more liberally, "some facts must be alleged that convince [the court] that the plaintiff has a colorable claim; conclusory allegations will not suffice." *Mills v. Criminal Dist. Court # 3*, 837 F.2d 677, 678 (5th Cir. 1988). Even when indulging Plaintiff's Complaint with great leeway, the Court concludes that it is without an arguable basis in fact or law. Plaintiff does not present a logical set of facts which would enable the Court to determine the factual or legal basis for any cause of action. Instead, his complaint is virtually unintelligible, and therefore, dismissal is warranted under the circumstances.

Accordingly **IT IS ORDERED** that *pro se* Plaintiff Joseph Andrew Stanford's "Complaint" (ECF No. 3) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **CLOSE** this matter after docketing the Final Judgment to be issued separately on this day.

So ORDERED and SIGNED this 13th day of May 2021.

DAVID C. GUADERRAMA
**UNITED STATES DISTRICT JUDGE**