UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOSEPH ANDREW STANFORD,<br><br>*Plaintiff,*<br>v.<br><br>**MICROSOFT INCORPORATED; IBM** *(International Business Machines)*; **DEPARTMENT OF JUSTICE** *(DOJ)*; **DEPARTMENT OF COMMERCE** *(DOC)*; **and FEDERAL TRADE COMMISSION** *(FTC)*.<br><br>*Defendants.* | §§§§§§§§§§§§§ | EP-21-CV-00105-DCG |

## FINAL JUDGMENT

In accordance with the Court's "Order Dismissing Case" (ECF No. 4) issued on this date, the Court hereby enters, pursuant to Federal Rule of Civil Procedure 58, its Final Judgment disposing of this action in its entirety. There being no just cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

**IT IS ORDERED** that *pro se* Plaintiff Joseph Andrew Stanford's "Complaint" (ECF No. 3) is **DISMISSED WITH PREJUDICE**.

**IT IS MOREOVER ORDERED** that all pending motions, if any, are denied as **MOOT**.

**IT IS FINALLY ORDERED** the Clerk of the Court **SHALL CLOSE** this case.

So ORDERED and SIGNED this 7th day of May 2021.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE